UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 1519 |
| | ) Destruction, Alteration, or |
| SAMMIE LEE SIAS | ) Falsification of Records in Federal |
| | ) Investigations and Bankruptcy |
| | ) |
| | ) 18 U.S.C. § 1001(a)(2) |
| | ) False Statement or Representation |
| | ) Made to a Department or Agency of |
| | ) the United States |

FILED
U.S. DISTRICT COURT
2021 JUL -6 P 3:06
CLERK
SO DIST OF GA.

CR121-0048

THE GRAND JURY CHARGES:

## COUNT ONE
*Destruction, Alteration, or Falsification of Records in a Federal Investigation*
18 U.S.C. § 1519

On or about August 5, 2019, in Richmond County, within the Southern District of Georgia, the defendant, **SAMMIE LEE SIAS** did knowingly alter, destroy, mutilate, conceal, and coverup records, documents and other objects, to wit, digital files belonging to Sandridge Community Association (SCA), which included invoices, spreadsheets, work orders, payments, agendas, minutes, financial reports and other documentation of Jamestown Community Center (Jamestown), Jamestown Special Purpose Local Option Sales Tax (SPLOST), SCA Board of Directors, SCA Summer Camp, with the intent to impede, obstruct, and influence the investigation and proper administration of a federal criminal grand jury investigation, a matter that the defendant knew was within the jurisdiction of the Department of Justice and Federal Bureau of Investigation, a department and agency of the United States.

All in violation of Title 18, United States Code, Section 1519.

## COUNT TWO
*False Statement or Representation Made to a Department or Agency of the United States*
18 U.S.C. § 1001(a)(2)

On or about August 9, 2019, in Richmond County, within the Southern District of Georgia, the defendant, **SAMMIE SIAS**, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Department of Justice, an agency of the United States, by falsely and fraudulently representing to Special Agent Charles McKee of the Federal Bureau of Investigation, at the residence of **SAMMIE LEE SIAS**, in Hephzibah, Georgia, in the Southern District of Georgia, that he, **SAMMIE LEE SIAS,** had provided all electronic and paper files in his possession related to Sandridge Community Association and Jamestown. The statement and representation were false because, as **SAMMIE LEE SIAS** then and there knew, on August 5 and 6, 2019, **SAMMIE LEE SIAS** had not provided all electronic and paper files in his possession related to Sandridge Community Association and Jamestown and, instead, still possessed digital files belonging to Sandridge Community Association (SCA), which included invoices, spreadsheets, work orders, payments, agendas, minutes, financial reports and other documentation of Jamestown, Jamestown Special Purpose Local Option Sales Tax (SPLOST), SCA Board of Directors, SCA Summer Camp.

All in violation of Title 18, United States Code, Section 1001.

*(Signatures on following page)*

                                                      A True Bill
                                                      Foreperson

David H. Estes  
Acting United States Attorney

Karl Knoche  
Assistant United States Attorney  
Chief, Criminal Division

Patricia G. Rhodes  
Assistant United States Attorney  
Branch Office Chief  
Co-lead Counsel

Tara M. Lyons  
Assistant United States Attorney  
Co-lead Counsel