UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CR121-0048

| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
|---|---|
| v. | ) |
|  | ) 18 U.S.C. § 1519 |
| SAMMIE LEE SIAS | ) Destruction, Alteration, or |
|  | ) Falsification of Records in Federal |
|  | ) Investigations and Bankruptcy |
|  | ) |
|  | ) 18 U.S.C. § 1001(a)(2) |
|  | ) False Statement or Representation |
|  | ) Made to a Department or Agency of |
|  | ) the United States |

FILED U.S. DISTRICT COURT 2021 JUL -6 P 3:13 CLERK SO. DIST. OF GA.

## PENALTY CERTIFICATION

| Count(s)/Charge | Statutory Penalty |
|---|---|
| Count 1<br>18 U.S.C. § 1519 | Not more than 20 years imprisonment; a fine of not more than $250,000; a term of supervised release of not more than 5 years; and a $100 special assessment. (Each count) |
| Count 2<br>18 U.S.C. § 1001(a)(2) | Not more than 5 years imprisonment; a fine of not more than $250,000; a term of supervised release of not more than 1 year; and a $100 special assessment. (Each count) |

Respectfully submitted,

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

*s/ Tara M. Lyons*
Tara M. Lyons
Assistant United States Attorney
South Carolina Bar Number 16573