**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:21-cr-00048 |
| | ) | |
| SAMMIE LEE SIAS, | ) | |

**NOTICE OF APPEARANCE**

The law firm of Crowder Stewart LLP gives notice of its appearance on behalf of Mr.

Sias in the above-styled matter.

Respectfully submitted this 4th day of August, 2021.

CROWDER STEWART LLP

*/s/ David M. Stewart*
Georgia Bar # 142029
540 James Brown Blvd.
Post Office Box 160
Augusta, Georgia 30903
706-434-8799
david@crowderstewart.com

1

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on August 4, 2021, served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

*/s/ David M. Stewart*