# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

## CLERK'S MINUTES

**CASE NO.:** 1:21cr048  **DATE:** August 4, 2021

**UNITED STATES OF AMERICA**

v.  **TIMES:** 2:01 - 2:25

Sammie Lee Sias

---

**Honorable:** Brian K. Epps, United States Magistrate Judge  **Courtroom Deputy:** Courtnay Capps
**Court Reporter:** FTR  **Interpreter:**
**Probation Officer:** Chris Doughtie  **Security:** CSO Ingram, Russell

---

**Attorney for Government:** Tara Lyons, Patricia Rhodes
**Attorney for Defendant(s):** David Stewart, Ken Crowder

---

**PROCEEDINGS: INITIAL APPEARANCE/ARRAIGNMENT**

- [x] Defendant advised of rights
- [ ] CJA counsel appointed
- [x] Defendant advised of charges and penalties
- [x] Not guilty plea entered
- [x] Defendant's pretrial motions due within **14** days;  [x] Rule 5/Brady materials reviewed
- [ ] Government moves for detention:
    - [ ] Defendant waives detention hearing at this time
    - [ ] Matter of detention is moot due to
    - [ ] Defendant requests 5 days to prepare for detention hearing
    - [ ] Government requests 3 days to prepare for detention hearing
    - [ ] Detention hearing scheduled for:
    - [ ] Detention hearing held
        - [ ] Witness for Gov't:  [ ] Witness Sworn
        - [ ] Witness for Def:  [ ] Witness Sworn
- [ ] Defendant detained pending trial
- [ ] Defendant remanded to custody of USMS
- [x] Defendant granted bond: **$50,000 unsecured until 5:00 p.m. Monday, August 9, 2021 at which time it shall be secured by 10% ($5,000)**

Notes: