UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2021 AUG -6 A II: 31

CLERK
SO. DIST. OF GA.

UNITED STATES OF AMERICA )

VS. )  CASE NO. CR 121-048

SAMMIE LEE SIAS )

## AFFIDAVIT BY OWNER OF CASH SECURITY

I, Sammie Lee Sias, Surety for above-named defendant, on oath state that I reside at 3839 Crest Dr., Hephzibah, GA 30815 and that the $ 5,000.00 cash deposited this date as security on the appearance bond posted for the above-named defendant, in the above-captioned case is owned by me and is to be returned to me at the above address upon exoneration of this bond. I understand that I am to inform the Clerk's Office in writing should I change my address.

I hereby consent and agree that if above-named defendant fails to appear when ordered, or otherwise violates the terms and conditions of the bond, **including using, possessing or distributing controlled substances, or testing positive on a drug screen**, the Court will proceed to forfeit the bond to the United States. I understand that in that case the owner will lose all of the $ 5,000.00 , and will be liable for the entire balance of the bond in the amount of $ 45,000.00 .

Among other things the defendant's bond requires the defendant to comply with all laws, and as noted above, to refrain from using or possessing any illicit drugs. By signing this bond, I certify that I am familiar with all of the conditions of the defendant's release and that I guarantee not only his/her appearance in this case, but also his/her compliance with all other conditions set by the Court. I further consent to forfeiture of bond should defendant use, possess, test positive to a drug screen, or distribute any controlled substance.

_____
Signature of Owner of Cash Security/Surety
Soc. Security No: 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
Telephone No: 706.840.5240

_____

Sworn to and subscribed before me this 6th day of August, 20 21.

_____
Signature of Deputy Clerk
Receipt No: AUG0296889

*Attach copy of photo I.D.

# APPEARANCE BOND SURETY INFORMATION

Case Number: CR 121-048

## SURETY INFORMATION *

NAME OF SURETY: Sammie L. Sias

MAILING ADDRESS: Same as below

TELEPHONE NUMBER:

SOCIAL SECURITY NUMBER: 256 86 4987

CASH AMOUNT POSTED:

## DEFENDANT'S INFORMATION

NAME OF DEFENDANT: Sammie L. Sias

DEFENDANT'S MAILING ADDRESS: 3839 Crest Dr, Hephzibah, GA 30815

DEFENDANT'S TELEPHONE NUMBER: 706 840 5240

**Bonds in the form of cashier's check may be made payable to:
Clerk, U.S. District Court, Southern District of Georgia**

The owner of the cash security or property posting the bond for the defendant is required to appear in person.

In order to serve you better, please notify the clerk's office of your intended arrival date and time so that all necessary documents may be prepared and ready for review.

The information provided above should be given to the Clerk's Office at:
Clerk of Court
Southern District of Georgia
P.O. Box 1130
Augusta, Georgia 30903
(706)849-4400

## NOTICE TO SURETIES

### *READ CAREFULLY BEFORE SIGNING BAIL / BONDS*

A bail bond is an agreement wherein the surety assures the defendant's compliance with <u>all</u> conditions of release, <u>not</u> merely attendance in court. A violation of any of the conditions may result in the loss of all or a portion of property pledged by the surety. Many bonds are forfeited, often to the detriment of a defendant's family members, friends, or loved ones.

After executing a bond, a surety who wishes to be exonerated (released as surety) must make a request therefor to the Court *in writing* and provide the surety's proper current mailing address. A surety may be exonerated by paying into court the entire amount of the bond <u>or</u> by surrendering the defendant into custody (prior to the initiation of any bond revocation proceedings). Exoneration of the surety is not automatic at the conclusion of the case against the defendant. Pledged collateral cannot be returned to a surety except upon order of the court.

The Court will consider in due course any written request for exoneration or return of collateral which includes the surety's current address. In the event the Court orders the return of any pledged collateral, the surety will be contacted by United States Mail at the supplied address.

Further information with respect to the responsibilities, duties, rights, and liabilities of a surety may be obtained from the surety's attorney, the defendant's attorney, or the Clerk of Court.

**Address:**
Clerk of Court
Southern District of Georgia
P.O. Box 1130
Augusta, GA 30903
(706) 849-4400

_____
**Signature of Surety**

6 Aug 2021
**Date**

**GEORGIA DRIVER'S LICENSE**

Governor: B. Ph.

Commissioner:

- 4d DL NO. 052238330
- 3 DOB 08/05/1954
- 9 CLASS C
- 4b EXP 08/05/2027
- 2 SAMMIE LEE
- 1 SIAS
- 8 3839 CREST DR
  HEPHZIBAH, GA 30815-6113
  RICHMOND
- 12 REST A
- 9a END NONE
- 4a ISS 08/02/2019
- 15 SEX M
- 18 EYES BRO
- 16 HGT 5'-10"
- 17 WGT 230 lb
- 5 DD 388939794120035965 Veteran

VETERAN

**AMERIS BANK**

OFFICIAL CHECK

854593

64-175
612

REMITTER: Sammie Lee Sias

Date: August 06, 2021

PAY TO THE ORDER OF: *Clerk of Court Case # 1:21cr48*   $ *******5,000.00

FIVE THOUSAND DOLLARS AND ZERO CENTS                                    DOLLARS

AV4029689

⑈854593⑈ ⑆061201754⑆ 20 200 28 243⑈

```
Court Name: Southern District of Georgia
Division: 1
Receipt Number: AUG029689
Cashier ID: jsabalza
Transaction Date: 08/06/2021
Payer Name: Sammie Lee Sias
--------------------------------
TREASURY REGISTRY
 For: Sammie Lee Sias
 Case/Party: D-GAS-1-21-CR-000048-001
 Amount:         $5,000.00
--------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 854593
 Amt Tendered: $5,000.00
--------------------------------
Total Due:        $5,000.00
Total Tendered:   $5,000.00
Change Amt:       $0.00
```