IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| vs. | ) | CASE NUMBER: CR 121-048 |
| SAMMIE LEE SIAS | ) | |
| Defendant | ) | |

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that _____Sammie Lee Sias_____ has deposited with the Court the sum of $ ___5,000.00___ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __6th__ day of _____August_____, __2021__, by Order of this Court.

JOHN E. TRIPLETT, CLERK OF COURT

By: *Jamie Sabalza*
Deputy Clerk

(Rev. 03/20)