UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:21-CR-48** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |

**GOVERNMENT'S FIRST CERTIFICATE OF DISCLOSURE**

Now comes the United States of America, by and through David H. Estes, Acting United States Attorney for the Southern District of Georgia, and states that copies of discovery materials, as listed on the attached Index of Discovery (*see* Exhibit A), were made available to defense counsel via hard drive on August 4, 2021.

    Respectfully submitted,

    DAVID H. ESTES
    ACTING UNITED STATES ATTORNEY

    */s/ Tara M. Lyons*

    Tara M. Lyons
    Assistant United States Attorney
    South Carolina Bar No.16573

Post Office Box 2017
Augusta, Ga. 30903
Telephone Number: (706) 826-4532

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:21-CR-48** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |

## CERTIFICATE OF SERVICE FOR GOVERNMENT'S
## FIRST CERTIFICATE OF DISCLOSURE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 6th day of August, 2021.

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

*/s/ Tara M. Lyons*

Tara M. Lyons
Assistant United States Attorney
South Carolina Bar No. 16573

Post Office Box 2017
Augusta, Ga. 30903
Telephone Number: (706) 826-4532