UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:21-CR-48** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |

**GOVERNMENT'S FIRST CERTIFICATE OF DISCLOSURE**

Now comes the United States of America, by and through David H. Estes, Acting United States Attorney for the Southern District of Georgia, and states that a copy of the Grand Jury Transcript, as listed on the attached Index of Discovery (*see* Exhibit A), were made available to defense counsel via email on August 10, 2021.

        Respectfully submitted,

        DAVID H. ESTES
        ACTING UNITED STATES ATTORNEY

        ***/s/ Tara M. Lyons***

        Tara M. Lyons
        Assistant United States Attorney
        South Carolina Bar No.16573

Post Office Box 2017
Augusta, Ga. 30903
Telephone Number: (706) 826-4532

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:21-CR-48** |
| | ) | |
| v. | ) | |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |

**CERTIFICATE OF SERVICE FOR GOVERNMENT'S**
**FIRST CERTIFICATE OF DISCLOSURE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 10th day of August, 2021.

                                                    DAVID H. ESTES
                                                    ACTING UNITED STATES ATTORNEY

                                                    ***/s/ Tara M. Lyons***

                                                    Tara M. Lyons
                                                    Assistant United States Attorney
                                                    South Carolina Bar No. 16573

Post Office Box 2017
Augusta, Ga. 30903
Telephone Number: (706) 826-4532