# United States v. Sammie Lee Sias
## 1:21-CR-048

Index of Discovery #2

| Date of Production | File type | Discovery | Production Format |
|---|---|---|---|
| 08/10/2021 | PDF | S. Sias Grand Jury Transcript | Email |