UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:21-cr-00048 |
| | ) | |
| SAMMIE LEE SIAS, | ) | |

## MOTION FOR EXTENSION OF TIME

COMES NOW Defendant Sammie Lee Sias, by and through his undersigned counsel, and files this motion requesting an extension of time for the filing of pre-trial motions until November 18, 2021. In support of this request, counsel show the Court that the government, as disclosed at the Initial Appearance/Arraignment, provided over 600gb of data on a hard drive, much of it from a computer or computers, necessitating a significant amount of time to analyze the data to determine whether any pre-trial motions are warranted and to determine whether any forensic examinations need to be completed. Government counsel indicated no opposition to the request.

This request is not designed to delay the disposition of this case. Defendant consents to this time being excluded from computation for any matters related to trial date requirements.

Respectfully submitted this 18th day of August, 2021.

CROWDER STEWART LLP

*/s/ Ken Crowder*
540 James Brown Blvd.
Post Office Box 160
Augusta, Georgia 30903
706-434-8799
ken@crowderstewart.com

1

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

*/s/ Ken Crowder*