## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:21-CR-48** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |

## GOVERNMENT'S CERTIFICATE OF DISCLOSURE

Now comes the United States of America, by and through David H. Estes, Acting United States Attorney for the Southern District of Georgia, and states that additional discovery, as listed on the attached Index of Discovery (*see* Exhibit A), were made available to defense counsel via email on September 10, 2021.

        Respectfully submitted,

        DAVID H. ESTES
        ACTING UNITED STATES ATTORNEY

        ***/s/ Tara M. Lyons***

        Tara M. Lyons
        Assistant United States Attorney
        South Carolina Bar No.16573

Post Office Box 2017
Augusta, Ga. 30903
Telephone Number: (706) 826-4532

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:21-CR-48** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |

**CERTIFICATE OF SERVICE FOR GOVERNMENT'S**
**CERTIFICATE OF DISCLOSURE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 10th day of September, 2021.

>DAVID H. ESTES
>ACTING UNITED STATES ATTORNEY
>
>***/s/ Tara M. Lyons***
>
>Tara M. Lyons
>Assistant United States Attorney
>South Carolina Bar No. 16573

Post Office Box 2017
Augusta, Ga. 30903
Telephone Number: (706) 826-4532