UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:21-cr-00048 |
| | ) | |
| SAMMIE LEE SIAS, | ) | |

**DEFENDANT'S MOTION TO MODIFY TRAVEL RESTRICTION**

COMES NOW Defendant Sammie Lee Sias, by and through his undersigned counsel, and files this motion requesting modification of the travel restriction in his conditions of release. In support of this request, Mr. Sias submits the following:

1. Mr. Sias has fully complied with all conditions of his pretrial release.

2. Under his current conditions, Mr. Sias is permitted to travel only within the Southern District of Georgia.

3. Mr. Sias is from Cordele, Georgia and his relatives continue to live there. Due to their age and health, it is easier for Mr. Sias to travel to Cordele to visit his relatives and receive their support than it is for them to travel to Augusta.

4. Mr. Sias' current travel restriction allows him to drive four hours from his home in Augusta to the Florida border but prevents him from driving three hours to Cordele because it is in the Middle District of Georgia.

5. The undersigned has communicated with the U.S. Probation Officer assigned to this case, who has no objection to a modification of the travel restriction in Mr. Sias' conditions of release so that he can travel to the Middle District of Georgia without obtaining an order from the Court, but only upon approval by his pre-trial services officer.

Wherefore, Mr. Sias prays that the Court expand the travel restriction in his conditions of

1

2

release to include the Middle District of Georgia.

    Respectfully submitted this 6th day of October, 2021.

                                  */s/ David M. Stewart*
                                  CROWDER STEWART LLP
                                  Post Office Box 160
                                  Augusta, Georgia 30903

## **CERTIFICATE OF SERVICE**

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This 6th day of October, 2021

*/s/ David M. Stewart*
CROWDER STEWART LLP
540 James Brown Boulevard
Post Office Box 160
Augusta, Georgia 30903
706.434.8799
706.922.7874 (Fax)