IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 121-048 |
| | ) | |
| SAMMIE LEE SIAS | ) | |

**ORDER**

The Court **GRANTS** Defendant's motion, (doc. no. 24), and **MODIFIES** condition (7)(f) of the Order Setting Conditions of Release to permit Defendant's travel into the Middle District of Georgia for purposes of visiting his family.

SO ORDERED this 8th day of October, 2021, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA