UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:21-cr-00048 |
| | ) | |
| SAMMIE LEE SIAS, | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

COMES NOW Defendant Sammie Lee Sias, by and through his undersigned counsel, and respectfully requests an extension of time for the filing of pre-trial motions until January 18, 2022. In support of this request, counsel notes that there have been two productions of discovery materials so far from the government which include a large amount of highly technical computer data which require expert examination. Furthermore, the parties are coordinating the physical inspection of items in this case. Accordingly, counsel for the government does not oppose this request.

This request is not designed to delay the disposition of this case. Defendant consents to this time being excluded from computation for any matters related to trial date requirements.

Respectfully submitted this 18th day of November, 2021.

CROWDER STEWART LLP

*/s/ Ken Crowder*
540 James Brown Blvd.
Post Office Box 160
Augusta, Georgia 30903
706-434-8799
ken@crowderstewart.com

1

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

*/s/ Ken Crowder*