# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO:   1:21-CR-48 |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |

## ORDER

Based upon the motion of the government, and for good cause shown therein, the government's motion for protection on behalf of Tara M. Lyons, an attorney of record in this case is **GRANTED** during the criminal trial of *United States of America v. Travis McMichael, Gregory McMichael and William "Roddie" Bryan*, Case No: 2:21-CR-22 for the following dates:

a)   January 20, 2022 through and including February 25, 2022.

**SO ORDERED**, this _____ day of January, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA