UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR121-040, USA v. Calihua |
| | ) | CR121-074, USA v. Gamble |
| LEAVE OF ABSENCE REQUEST | ) | CR120-014, USA v. Gunn |
| | ) | CR121-048, USA v. Sias |
| TARA M. LYONS | ) | CR121-041, USA v. Smith |
| April 4, 2022 – April 8, 2022 | ) | CR121-024, USA v. Synenberg |
| | ) | CR116-044, USA v. Durate |
| | ) | |

## ORDER

**Tara M. Lyons** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Tara M. Lyons be granted leave of absence for the following periods: **April 4, 2022 through April 8, 2022.**

This 4th day of February, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA