# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT NO.: 1:21-cr-048 |
| | ) | |
| SAMMIE SIAS | ) | |
| | ) | |

## MOTION TO CONTINUE JURY SELECTION & TRIAL

Now comes the United States of America, by and through David H. Estes, United States Attorney for the Southern District of Georgia, the undersigned Assistant United States Attorney, and hereby respectfully move the Court to continue jury selection and trial in the above-referenced case currently scheduled for March 28, 2022, showing the Court as follows:

1. The defendant is currently scheduled to appear before this Court for jury selection and trial on March 28, 2022, at 9:00 a.m. in Augusta, Georgia.

2. Due to recent workload, including engagement in a recent trial, counsel for the Government, has not had sufficient time to devote to trial preparation.

3. The Government has conferred with defendant's counsel, who does not object to the request for continuance.

4. This request for a continuance is made in the interest of justice and not for the purpose of undue delay.

WHEREFORE, based upon the foregoing, counsel for the Government respectfully moves this Court to enter an Order continuing the jury selection and trial from March 28, 2022 to a new date as certain determined by the Court.

Respectfully submitted this 25th day of February 2022.

DAVID H. ESTES
UNITED STATES ATTORNEY


*s/ Patricia Green Rhodes*
Patricia Green Rhodes
Assistant United States Attorney

*s/ Tara M. Lyons*
Tara M. Lyons
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing on all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 28th day of February 2022.

                DAVID H. ESTES
                UNITED STATES ATTORNEY

                *s/ Patricia Green Rhodes*
                Patricia Green Rhodes
                Branch Office Chief
                Deputy Chief, Criminal Division
                Assistant United States Attorney
                Georgia Bar No. 307288