UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO: 1:21-CR-00048 |
| | ) | |
| SAMMIE SIAS | ) | |
| | ) | |

## ORDER

Presently pending before the Court is the Motion to Continue Jury Selection and Trial filed on February 28, 2022.

After careful consideration, this Court finds that this request has not been made for the purpose of undue delay but in the interest of justice. The Court further finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, after consideration of the factors set forth in 18 U.S.C. § 3161(h)(7)(A), and finding just cause to support the same, the Court GRANTS the continuance, and excludes from the time calculation under the Speedy Trial Act the time between the making of the motion and the new trial date.

THEREFORE, IT IS ORDERED that the Motion to Continue Jury Selection and Trial is GRANTED. The Jury Selection and Trial in this matter are continued until such time as rescheduled by the Court.

SO ORDERED, this ___ day of _____, 2022.

_____
J. RANDAL HALL
CHIEF JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA