# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **CASE NO: 1:21-CR-48** |
| ) | |
| **SAMMIE LEE SIAS** ) | |

## MOTION FOR LEAVE OF ABSENCE

COMES NOW, United States of America, by and through Tara M. Lyons, the undersigned Assistant United States Attorney, and requests the Court grant her leave of absence for the dates below:

    a)    May 30, 2022, through and including June 6, 2022, for the purpose of out-of-district personal travel.

Further, should this Honorable Court schedule a hearing during the above-referenced dates, the Government respectfully requests permission to have another Assistant United States Attorney handle the matter on behalf of the Government in the absence of the undersigned Assistant United States Attorney.

WHEREFORE, the Government respectfully requests that this Honorable Court GRANT its Motion for Leave of Absence for the above-stated dates.

This 8th day of March, 2022.

                                        Respectfully submitted,

                                        DAVID H. ESTES
                                        UNITED STATES ATTORNEY

                                        ***s/ Tara M. Lyons***
                                        Tara M. Lyons
                                        Assistant United States Attorney
                                        South Carolina Bar No. 16573
                                        United States Attorney's Office
                                        Southern District of Georgia
                                        Post Office Box 2017
                                        Augusta, Georgia 30903
                                        T: (706) 826-4532
                                        tara.lyons@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO: 1:21-CR-48** |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |

**CERTIFICATE OF SERVICE**
**ON MOTION FOR LEAVE OF ABSENCE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 8th day of March, 2022.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

***s/ Tara M. Lyons***
Tara M. Lyons
Assistant United States Attorney
South Carolina Bar No. 16573
United States Attorney's Office
Southern District of Georgia
Post Office Box 2017
Augusta, Georgia 30903
T: (706) 826-4532
tara.lyons@usdoj.gov