**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUST DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:21-CR-48** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE JURY SELECTION AND TRIAL

COMES NOW, the United States of America, by and through David H. Estes, United States Attorney for the Southern District of Georgia, and hereby files this unopposed motion to continue the jury selection and trial, which is currently scheduled for Monday, July 18, 2022, and in support of such motion states as follows:

1. The case agent for the above captioned matter is Special Agent Charles E. McKee, III, Federal Bureau of Investigation. The government intends to call SA McKee to testify during its case-in-chief.

2. SA McKee is scheduled to be on leave, outside of the district, during the week of July 18, 2022.

3. The undersigned has conferred with counsel for the defendant, Kenneth Crowder, who does not oppose this motion for a continuance.

4. The undersigned has conferred with counsel for the defendant, Kenneth Crowder, and agrees that a trial date during the week of July 25, 2022, would allow all parties and witnesses to appear for jury selection and trial.

Page **1** of **3**

For the reasons listed above, the government moves to continue the jury selection and trial date from July 18, 2022, to the week of July 25, 2022, with such time excluded from the speedy trial computation,.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*s/ Tara M. Lyons*
Tara M. Lyons
Assistant United States Attorney
South Carolina Bar No. 16573
United States Attorney's Office
Southern District of Georgia
Post Office Box 2017
Augusta, Georgia 30903
(706) 826-4532
Email: tara.lyons@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 12th day of March, 2022.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

***s/ Tara M. Lyons***
Tara M. Lyons
Assistant United States Attorney
South Carolina Bar No. 16573
United States Attorney's Office
Southern District of Georgia
Post Office Box 2017
Augusta, Georgia 30903
(706) 826-4532
Email: tara.lyons@usdoj.gov