UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 1:21-CR-48 |
| | ) | |
| v. | ) | |
| | ) | |
| SAMMIE LEE SIAS | ) | |

## ORDER

Presently pending before the Court is the Government's Unopposed Motion for a Continuance of the scheduled Jury Selection and Trial on Monday, July 18, 2022.

After careful consideration, this Court finds that this request has not been made for the purpose of undue delay but in the interest of justice. The Court further finds that the ends of justice served by granting the continuance.

Accordingly, after consideration of the factors set forth in 18 U.S.C. § 3161(h)(7)(A), and finding just cause to support the same, the Court GRANTS the continuance.

THEREFORE, IT IS ORDERED that Government's Unopposed Motion for a Continuance is GRANTED. The Jury Selection and Trial in this matter is continued until Tuesday, July 26, 2022.

SO ORDERED, this ___ day of _____, 2022.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA