UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR121-048 |
| | ) | |
| SAMMIE LEE SIAS | ) | |

## ORDER

Presently pending before the Court is the Government's Unopposed Motion to Continue Jury Selection and Trial [Doc. 41] filed on March 12, 2022.

After careful consideration, the Court finds that this request has not been made for the purposes of undue delay but in the interest of justice. The Court further finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendants in a speedy trial.

Accordingly, after consideration of the factors set forth in 18 U.S.C. § 3161(h)(7)(A), and finding just cause to support the same, the Court GRANTS the continuance, and excludes from the time calculation under the Speedy Trial Act the time between the making of the motion and the new trial date.

THEREFORE, IT IS ORDERED that the Government's motion to continue is GRANTED [Doc.41]. Jury Selection and Trial in this matter are hereby continued until <u>Tuesday, July 26, 2022 at 9:00 am</u>.

SO ORDERED, this 14th day of March, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA