UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 1:21-CR-48 |
| | ) | |
| v. | ) | |
| | ) | |
| SAMMIE LEE SIAS | ) | |

**GOVERNMENT'S EXPERT DISCLOSURE
PURSUANT TO FED. R. CRIM. P. 16**

Now comes the United States of America, by and through David H. Estes, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, and, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), hereby makes the following expert witness disclosures:

Absent a stipulation, the Government will call Senior Forensic Examiner Charles A. McStotts ("SFE McStotts") as an expert witness at the trial of this case. SFE McStotts as an Information Technology Specialist Senior Forensic Examiner (ITS-SFE) with the Federal Bureau of Investigation, he is responsible for conducting forensic examinations on computers, mobile phones, cameras and GPS evidence, including evidence utilizing Microsoft Windows OS, Linux/Unix OS, Apple iOS and Google Android OS. SA McStotts is also responsible for performing search and seizure operations relating to digital data.

SFE McStotts will testify at the trial about the steps that he took to image the electronic devices seized during the investigation and the evidence of deletion of files he found during the forensic examination of those devices. Specifically, the government anticipates that he will testify to the following steps in the forensic

1

imaging process, both generally and as applied in this case: (1) physical examination of the original computer media, including the receipt, inspection and preparation of each item for forensic imaging; (2) write protecting the media, e.g., the process by which the original computer media is protected from being modified, overwritten or otherwise altered during the forensic imaging process; (3) wiping the staging media, which ensures that the media destined to receive and store the forensic image is completely empty and does not contain any data on it; (4) collecting hardware geometry and system information, e.g., obtaining information about the original media; (5) creating a forensic image; (6) verification, e.g., confirmation that the forensic image is an exact copy of the original media through a process known as "hashing"; and (7) conducting forensic analysis of the acquired forensic image. SFE McStotts will explain that a hash value is a mathematical algorithm used to fingerprint the original media, and that where the forensic image contains the same hash value as the original, it is an exact copy. He will testify that for all of the original media that he imaged, the hash values matched. SFE McStotts will also explain that

he used digital forensic software to complete the forensic imaging process that is approved and validated by the FBI.

Respectfully submitted this 21st day of March 2022.

                DAVID H. ESTES
                UNITED STATES ATTORNEY

                ***/s/ Tara M. Lyons***

                Tara M. Lyons
                South Carolina Bar No. 16573
                Assistant United States Attorney
                United States Attorney's Office
                Southern District of Georgia
                P.O. Box 2017
                Augusta, GA 30903
                T: (706) 826-4532
                tara.lyons@usdoj.gov

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:21-CR-48** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 21st day of March 2022.

>DAVID H. ESTES
>UNITED STATES ATTORNEY
>
>***/s/ Tara M. Lyons***
>
>Tara M. Lyons
>South Carolina Bar No. 16573
>Assistant United States Attorney
>United States Attorney's Office
>Southern District of Georgia
>P.O. Box 2017
>Augusta, GA 30903
>T: (706) 826-4532
>tara.lyons@usdoj.gov