UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR120-026, USA v. Howard |
| | ) | CR121-013, USA v. Valero, et al |
| LEAVE OF ABSENCE REQUEST | ) | CR121-047, USA v. Hardman, et al |
| | ) | CR121-048, USA v. Sias |
| PATRICIA G. RHODES | ) | CR121-084, USA v. Cogan |
| June 3, 2022 – June 9, 2022 | ) | CR122-001, USA v. Ramsey |
| | ) | CR122-012, USA v. Dukes |
| | ) | CR122-013, USA v. Liddell |

## ORDER

**Patricia G. Rhodes** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Patricia G. Rhodes** be granted leave of absence for the following period **June 3, 2022 through June 9, 2022.**

This 22nd day of March, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA