UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR120-014, USA v. Gunn, et al |
| | ) | CR121-048, USA v. Sias |
| LEAVE OF ABSENCE REQUEST | ) | CR121-074, USA v. Gamble |
| | ) | |
| TARA M. LYONS | ) | |
| June 27, 2022 – July 1, 2022 | ) | |
| | ) | |
| | ) | |

### ORDER

**Tara M. Lyons** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Tara M. Lyons** be granted leave of absence for the following period **June 27, 2022 through July 1, 2022.**

This 24th day of March, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA