UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR121-074, USA v. Gamble |
| | ) | CR121-048, USA v. Sias |
| LEAVE OF ABSENCE REQUEST | ) | |
| | ) | |
| TARA M. LYONS | ) | |
| August 1, 2022 – August 5, 2022 | ) | |

## ORDER

Tara M. Lyons having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Tara M. Lyons be granted leave of absence for the following period **August 1, 2022 through August 5, 2022.**

This 3rd day of May, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA