UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:21-CR-048 |
| | ) | |
| SAMMIE LEE SIAS | ) | |

**Government's Motions in Limine to Exclude Certain Defense Statements at Trial and Motion to Admit Evidence at Trial**

Now comes the United States of America, by and through David H. Estes, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorneys, and files the following Motions in Limine. As set forth below, the Government moves the Court to (1) limit statements Defendant may attempt to introduce at trial and (2) admit evidence at trial.

**Motion to Exclude**

The Government anticipates that Defendant will seek to admit his statements made to federal law enforcement during an interview on August 8, 2019. Those statements are plainly hearsay under Federal Rule of Evidence 801 and should be excluded under Federal Rule of Evidence 803.  See also United States v. Cunningham, 194 F.3d 1186, 1199 (11th Cir. 1999)  (a defendant cannot attempt to introduce an exculpatory statement made at the time of his arrest without subjecting himself to cross-examination…"the defense sought to place [the defendant's] remarks before the jury without subjecting [him] to cross examination. This is precisely what is forbidden by the hearsay rule.")

1

## Motion to Admit

In 2019, the FBI began investigating Defendant Sammie Lee Sias and Sandridge Community Association, Inc. for fraud and potential misuse of government funds, including Special Purpose Local Option Sales Tax ("SPLOST") funds. That investigation spanned two years and encompassed a number of grand jury subpoenas, witness interviews, and collection of other evidence. Mr. Sias has been charged with destruction, alteration, or falsification of records in the course of that investigation and with making a false statement or representation to a federal agent, also in the course of that investigation. Accordingly, the Government must be able to present the basic facts of that underlying investigation order to prove the elements of the crimes with which Mr. Sias has been charged here.

The facts of the underlying investigation are inextricably intertwined with and/or necessary to prove the facts of the Government's case-in-chief. For example, on July 29, 2019 the Sandridge Community Association, of which Mr. Sias was then President, was served with a grand jury subpoena ordering it to produce documentation related to the association by August 6, 2019. On August 6, 2019, Mr. Sias deleted a number of computer files responsive to the subpoena, including, for example, files with names like "SPLOST.doc" and "SPLOSTI-IVConciseReport.pdf." If the Government cannot discuss the nature of SPLOST funds and the significance of these kinds of files to the underlying investigation, it cannot prove the materiality of the deleted files to the investigation or Mr. Sias's knowledge of their materiality, and thus cannot prove its case-in-chief.

By analogy, in a prosecution involving possession of a firearm by a convicted felon, the Government must be allowed to prove that the defendant was, in fact, a convicted felon. Such evidence is not more prejudicial than probative under Federal Rule of Evidence 403 and is in fact *necessary* to the Government's case-in chief. The Government further submits that it does not intend to present every fact of the underlying investigation, but only those necessary to explain the context for Mr. Sias's charges and to prove the elements of those crimes.

WHEREFORE, the government requests that the Court exclude the foregoing statements identified in its Motion to Exclude, as well as admit the evidence set forth in its Motion to Admit.

Respectfully submitted this 2nd day of July, 2022.

> DAVID H. ESTES
> UNITED STATES ATTORNEY
>
> *s/ Patricia G. Rhodes*
> Patricia G. Rhodes
> Assistant United States Attorney
> Chief, Criminal Division
> Georgia Bar No. 307288
> United States Attorney's Office
> Southern District of Georgia
> Post Office Box 2017
> Augusta, Georgia 30903
> T: (706) 826-4534
> patricia.rhodes@usdoj.gov
>
> *s/ Tara M. Lyons*
> Tara M. Lyons
> Assistant United States Attorney
> Deputy Chief, Criminal Division
> South Carolina Bar No. 16573
> United States Attorney's Office
> Southern District of Georgia

        Post Office Box 2017
        Augusta, Georgia 30903
        T: (706) 826-4532
        tara.lyons@usdoj.gov

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all parties in this case in accordance with the notice of electronic filing ("NEF"), which was generated as a result of electronic filing in this Court.

This 2nd day of July, 2022.

                                         DAVID H. ESTES
                                         UNITED STATES ATTORNEY

                                         ***s/ Patricia G. Rhodes***
                                         Patricia G. Rhodes