# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUST DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO: 1:21-CR-48 |
| | ) | |
| v. | ) | |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |

## UNITED STATES' PROPOSED VERDICT FORM

Now comes the United States of America, by and through David H. Estes, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorneys, and respectfully submits the attached proposed Verdict Form.

Respectfully submitted this 7th day of July, 2022.

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Patricia Green Rhodes*
Patricia Green Rhodes
Chief, Criminal Division
Assistant United States Attorney
Georgia Bar No. 307288
P.O. Box 2017
Augusta, GA  30903
(706) 724-0517
patricia.rhodes@usdoj.gov

*/s/ Tara M. Lyons*
Tara M. Lyons
Deputy Chief, Criminal Division
Assistant United States Attorney
South Carolina Bar No. 16573
United States Attorney's Office
Southern District of Georgia
P.O. Box 2017
Augusta, Georgia 30903
T: (706) 724-0517
tara.lyons@usdoj.gov

# VERDICT FORM

### COUNT ONE – DESTRUCTION, ALTERATION, OR FALSIFICATION OF RECORDS IN A FEDERAL INVESTIGTION

As to Count One of the Indictment, we, the jury, unanimously find the Defendant, Sammie Lee Sias _____ (guilty/not guilty) as charged in Count One of the Indictment.

### COUNT TWO – FALSE STATEMENT OR REPRESENTATION MADE TO A DEPARTMENT OR AGENCY OF THE UNITED STATES

As to Count Two of the Indictment, we, the jury, unanimously find the Defendant, Sammie Lee Sias _____ (guilty/not guilty) as charged in Count Two of the Indictment.

_____           _____
**DATE**                                                              **FOREPERSON**

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 7th day of July, 2022.

    Respectfully submitted,

    DAVID H. ESTES
    UNITED STATES ATTORNEY

    ***/s/ Tara M. Lyons***
    Tara M. Lyons
    Deputy Chief, Criminal Division
    Assistant United States Attorney
    South Carolina Bar No. 16573
    United States Attorney's Office
    Southern District of Georgia
    P.O. Box 2017
    Augusta, Georgia 30903
    T: (706) 724-0517
    tara.lyons@usdoj.gov