**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:21-CR-48** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |

**UNITED STATES' FIRST NOTICE OF INTENT TO OFFER**
**CERTIFIED RECORDS PURSUANT TO F.R.E. 902**

The United States notifies the Court and counsel of its intent to offer at trial self-authenticating records pursuant to Federal Rule of Evidence 902(14).

Said records consist of data copied from electronic devices, in this case nine (9) digital devices, seized by the Federal Bureau of Investigation during the course of the investigation. Pursuant to lawful search warrants, law enforcement seized and examined the devices using forensic extraction software.

Federal Bureau of Investigation Charles A. McStotts conducted the forensic extraction and imaging of the devices. He attests that he is qualified to conduct these extractions and that the process used to create the images was reliable. The certification attached hereto meets the requirements of Rules 902(11) and (14). *See* Ex. A.

Digital images and extractions of all devices have been made available to defense counsel in discovery.

This 8th day of July, 2022.

        Respectfully submitted,

        DAVID H. ESTES
        UNITED STATES ATTORNEY

        */s/ Patricia Green Rhodes*
        Patricia Green Rhodes
        Chief, Criminal Division
        Assistant United States Attorney
        Georgia Bar No. 307288
        P.O. Box 2017
        Augusta, GA  30903
        (706) 724-0517
        patricia.rhodes@usdoj.gov

        */s/ Tara M. Lyons*
        Tara M. Lyons
        Deputy Chief, Criminal Division
        Assistant United States Attorney
        South Carolina Bar No. 16573
        United States Attorney's Office
        Southern District of Georgia
        P.O. Box 2017
        Augusta, Georgia 30903
        T: (706) 724-0517
        tara.lyons@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO: 1:21-CR-48 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |

**CERTIFICATE OF SERVICE FOR UNITED STATES'
FIRST NOTICE OF INTENT TO OFFER
CERTIFIED RECORDS PURSUANT TO F.R.E. 902**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 8th day of July, 2022.

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Patricia Green Rhodes*
Patricia Green Rhodes
Chief, Criminal Division
Assistant United States Attorney
Georgia Bar No. 307288
P.O. Box 2017
Augusta, GA  30903
(706) 724-0517
patricia.rhodes@usdoj.gov

*/s/ Tara M. Lyons*
Tara M. Lyons
Deputy Chief, Criminal Division
Assistant United States Attorney
South Carolina Bar No. 16573
United States Attorney's Office
Southern District of Georgia
P.O. Box 2017
Augusta, Georgia 30903
T: (706) 724-0517
tara.lyons@usdoj.gov