**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | **CASE NO: 1:21-CR-48** |
| | **)** | |
| **v.** | **)** | |
| | **)** | |
| **SAMMIE LEE SIAS** | **)** | |

# EXHIBIT A

## CERTIFICATE OF AUTHENTICITY OF RECORDS
## PURSUANT TO FEDERAL RULES OF EVIDENCE
## 902(14)

I, ITS/FE Charles A. McStotts, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am an Information Technology Specialist Forensic Examiner (ITS/FE) with the Federal Bureau of Investigation. I am qualified to authenticate the copies of the devices referred to herein because I am trained on how to make and authenticate copies of digital devices including thumb drives, computers, hard drives, and cellphones. I state that the copies of the devices and the records they contain are true duplicates of those on the original devices that I copied using a process of digital identification and using an electronic process or system that produces an accurate result. The data copied and the records I am certifying as accurate and digitally identified are located on a hard drive being provided to the Court and is marked 1:21-cr-48. I have reviewed the contents of the hard drive and verify it is an exact duplicate of the data extraction I created of the digital devices. I further state as follows:

1. Between the dates of August 23, 2019 and January 9, 2020, at the FBI Atlanta Computer Analysis Response Team (CART) Laboratory, I began the duplication or data extraction and review of the digital devices listed below.

   - **E6360397 1B1 – QAT01** - 1 (One) 32GB SanDisk Cruzer Glide, S/N: 4C530000160608108415

- **E6360413 1B5 – QAT02** – 1 (One) Samsung cell phone, Model SM-N950U Galaxy Note 8; Carrier: Verizon; Phone# 706-840-5240 (Derived from phone) IMEI: 352077096057668; SIM ID: 89148000003904384620
- **E6360404 1B14 – QAT03** – 1 (One) HP laptop, 15-d083nr, S/N: 5CB4023378
- **QAT03_01** – 1 (One) 500GB HGST hard disk drive, S/N: 131228TE85134N2PMXYR
- **E6360466 1B1 – QAT04** – 1 (One) 64GB SanDisk Cruzer Glide, S/N: 4C530000320619103293
- **E6360467 1B2 – QAT05** – 1 (One) 32GB SanDisk Cruzer Glide, S/N: 4C530000200608108414
- **E6360568 1B21 – QAT06** – 1 (One) HP Pavilion A6500F, S/N: CNX8191QZP
- **QAT06_01** – 1 (One) 500GB Western Digital hard disk drive, S/N: WCAS86410744

2. Between the dates of April 5, 2022 and May 19, 2022, at the FBI Atlanta Computer Analysis Response Team (CART) Laboratory, I began the duplication or data extraction and review of the digital devices listed below.

- **E6360412 1B6 – QAT07** – Apple iPad, Model # A1709, S/N: DLXV91BPJ2D1
- **E6360403 1B15 - QAT08** – Gateway desktop, Model# 510M, S/N: 1099857908
- **QAT08_01** – 80GB Western Digital hard disk drive, S/N: WCAHL4934836
- **E6360402 1B16 QAT09** – QAT09 – HP desktop, Model# Pavilion 500 PC 500-a60, S/N: 4CE3390FGG
- **QAT09_01** – 1TB Seagate hard disk drive (HDD), S/N: S1DEFCNG

3. For laptops, computers, USB and hard drives, I used an electronic programs or systems, Access Data(AD), Forensic Toolkit (FTK) Imager, AD Lab Forensic Toolkit (FTK) and Internet Evidence Finder (IEF), that produced an accurate result, to wit:

    a.  the files were extracted from the devices in a manner to ensure that they are true duplicates of the original files;

    b.  the process or system is regularly verified by the FBI; and

    c.  and at all times pertinent, the process and system functioned properly and normally, and the data opened in Access Data (AD), Forensic Toolkit (FTK) Imager, AD Lab Forensic Toolkit (FTK) and Internet Evidence finder (IEF) without error, displaying expected content such as computer artifacts, and media.

4. For cell phones and tablets, I used an electronic process or system, Cellebrite Universal Forensic Extraction Device for PC (UFED 4 PC) and Cellebrite Physical Analyzer, that produced an accurate result, to wit:

- the files were extracted from the devices in a manner to ensure that they are true duplicates of the original files;

- the process or system is regularly verified by the FBI; and

- and at all times pertinent, the process and system functioned properly and normally, and the data opened in Cellebrite Physical Analyzer without error, displaying expected content such as text messages, call logs, images, and videos.

I further state that this certification is intended to satisfy Rules 902(11) and 902(14)
of the Federal Rules of Evidence.

_7/8/2022_____        _Charles A. McNatt_____
Date                            Signature