# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA0
# AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 1:21-CR-048 |
| | ) | |
| v. | ) | |
| | ) | |
| SAMMIE LEE SIAS | ) | |

### UNITED STATES' SECOND NOTICE OF INTENT TO OFFER CERTIFIED RECORDS PURSUANT TO F.R.E. 902

The United States notifies the Court and counsel of its intent to offer at trial self-authenticating records pursuant to Federal Rule of Evidence 902(11) & (13).

Said records consist of account information for Augusta Richmond County Commission, Sammie Lee Sias, Sammie Lee Sias DBA Committee to Elect Sammie L. Sias, and Sammie Lee Sias DBA Sandridge Community from Army and Air Force Exchange Service, Bank of America, Capital One, Discovery, Pentagon Federal Credit Union ("Pen Fed"), and Wells Fargo.

1. Account records for a credit card account were generated by Army and Air Force Exchange Service's electronic process or system that produces an accurate result and that is subject to regular verification by Army and Air Force Exchange Service, as described in the certification of Brittney L. Green, Fraud Risk Technician, for Army and Air Force Exchange Service. The certification attached hereto meets the requirements of Rules 902(11) and (13) and 803(6) A-C.  *See* Ex. A.

2. Account records for a checking account were generated by Bank of America's electronic process or system that produces an accurate result and that is subject to regular verification by Bank of America, as described in the certification of Brandi Lofland, custodian of records, for Bank of America. The certification attached hereto meets the requirements of Rules 902(11) and (13) and 803(6) A-C. *See* Ex. B.

3. Account records for a credit card account were generated by Capital One's electronic process or system that produces an accurate result and that is subject to regular verification by Capital One, as described in the certification of Ryan Woodward, authorized agent, for Capital One. The certification attached hereto meets the requirements of Rules 902(11) and (13) and 803(6) A-C. *See* Ex. C.

4. Account records for six (6) checking accounts, three (3) credit card accounts, and one (1) line of credit were generated by Wells Fargo's electronic process or system that produces an accurate result and that is subject to regular verification by Wells Fargo, as described in the certifications of Subpoena Processing Representatives Michelle Hall, Lorraine Dudley, and Tierney Evans for Wells Fargo. The certifications

attached hereto meet the requirements of Rules 902(11) and (13) and 803(6) A-C. *See* Ex. D.

5. Account records for two (2) credit card accounts were generated by Discover's electronic process or system that produces an accurate result and that is subject to regular verification by Discover, as described in the certification of Jackie Thomas, Custodian of Records, for Discover. The certification attached hereto meets the requirements of Rules 902(11) and (13) and 803(6) A-C. *See* Ex. E.

6. Accounting history of purchases were generated by Lowe's Home Centers, LLC's electronic process or system that produces an accurate result and that is subject to regular verification by Lowe's Home Centers, LLC, as described in the certification of D'Arcy McCormick, Paralegal, for Lowe's Home Centers, LLC. The certification attached hereto meets the requirements of Rules 902(11) and (13) and 803(6) A-C. *See* Ex. F.

All of the above listed bank records have been provided to the defense in discovery.

        This 12th day of July, 2022.

                Respectfully submitted,

                DAVID H. ESTES
                UNITED STATES ATTORNEY

*/s/ Tara M. Lyons*
Tara M. Lyons
Deputy Chief, Criminal Division
Assistant United States Attorney
South Carolina Bar No. 16573
United States Attorney's Office
Southern District of Georgia
P.O. Box 2017
Augusta, Georgia 30903
T: (706) 724-0517
tara.lyons@usdoj.gov

**/s/ Patricia G. Rhodes**
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division
Georgia Bar No. 307288
United States Attorney's Office
Southern District of Georgia
Post Office Box 2017
Augusta, Georgia 30903
T: (706) 826-4534
patricia.rhodes@usdoj.gov

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO: 1:21-CR-048 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |

### CERTIFICATE OF SERVICE FOR UNITED STATES' SECOND NOTICE OF INTENT TO OFFER CERTIFIED RECORDS PURSUANT TO F.R.E. 902

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 12th day of July, 2022.

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Tara M. Lyons*
Tara M. Lyons
Deputy Chief, Criminal Division
Assistant United States Attorney
South Carolina Bar No. 16573
United States Attorney's Office
Southern District of Georgia
P.O. Box 2017
Augusta, Georgia 30903
T: (706) 724-0517
tara.lyons@usdoj.gov

5