UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 1:21-CR-048 |
| | ) | |
| v. | ) | |
| | ) | |
| SAMMIE LEE SIAS | ) | |

# EX. A



AAFES Reference # S20-068
RE: Grand Jury – Sias, Sammie L.

## AFFIDAVIT of CERTIFICATION

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS**

PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Brittney L. Green__, attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by **The Army and Air Force Exchange Service (AAFES)**, **located at 3911 S. Walton Walker Blvd, Dallas, TX  75236-1598**. My official title is **Fraud Risk Technician** . I am a qualified person who is authorized to make this certification on behalf of the AAFES Custodian of Records regarding the attached document(s).

I state the records attached hereto are true duplicates of the original data in the possession of or under the control of the **AAFES**. I also attest that the attached documents, consisting of **a total of _583_ pages, is responsive to information ordered on November 5, 2020 Subpoena to Testify Before a Grand Jury regarding Mr. Sammie Lee Sias Exchange Military Star Account.**

I further state that:

  A.  all records attached to this certificate were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

  B.  such records were kept in the course of a regularly conducted business activity of **AAFES** and

  C.  such records were made or obtained by **AAFES** by regularly conducted activity as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

__Brittney L. Green__
**Affiant Printed Name**

__27 November 2020__
Date

*Brittney Green*
**Affiant Signature**

__Fraud Risk Technician__
**Affiant Official Title**

*Teresa Schreurs*
**Witness Signature**

__Teresa Schreurs, Senior Paralegal__
**Witness Name and Title**

Notarization at the current time is problematic due to preventive measures taken due to the COVID pandemic. In lieu of notarization, Affiant eSignature is provided by CLIO via HelloSign consisting of a comprehensive transaction trail of eSignatures; legally permissible in court actions. All eSignatures provided are completed through a U.S. Federal Government Information System using officially assigned credentials and two-point identification authorization.

Doc ID: 0c68591fbe23c01bd158fb8814b563cd437d23fe



# Audit Trail

| | |
|---|---|
| **TITLE** | Certificate of Authenticity.pdf |
| **FILE NAME** | Certificate%20of%20Authenticity.pdf |
| **DOCUMENT ID** | 0c68591fbe23c01bd158fb8814b563cd437d23fe |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | • Completed |

This document was requested from app.clio.com

## Document History

**SENT** — 11 / 27 / 2020  20:18:51 UTC
Sent for signature to Brittney L Green (greenbl@aafes.com) and Teresa Schreurs (Schreurste@aafes.com) from schreurste@aafes.com
IP: 199.67.7.155

**VIEWED** — 11 / 27 / 2020  20:23:24 UTC
Viewed by Brittney L Green (greenbl@aafes.com)
IP: 199.67.7.153

**SIGNED** — 11 / 27 / 2020  20:23:52 UTC
Signed by Brittney L Green (greenbl@aafes.com)
IP: 199.67.7.153

**VIEWED** — 11 / 27 / 2020  20:26:12 UTC
Viewed by Teresa Schreurs (schreurste@aafes.com)
IP: 199.67.7.155

**SIGNED** — 11 / 27 / 2020  20:37:35 UTC
Signed by Teresa Schreurs (schreurste@aafes.com)
IP: 199.67.7.155

**COMPLETED** — 11 / 27 / 2020  20:37:35 UTC
The document has been completed.

Powered by HELLOSIGN