UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 1:21-CR-048 |
| | ) | |
| v. | ) | |
| | ) | |
| SAMMIE LEE SIAS | ) | |

# EX. B

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

Fed Ex

20

AUG 0 8 2019

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Bank of America, N.A.
Attn: Legal Order Processing/Christina IV
800 Samoset Drive
Newark, DE 19713 (980) 233-7070; Mail Code DE5-024-02-08

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. Federal Courthouse, Grand Jury Room<br>125 Bull Street<br>Savannah, GA 31401 | Date and Time:<br>09/11/2019   at 10:00 a.m. |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: Please See Attached. (If Box is Checked) ☒

IF YOU FURNISH THIS INFORMATION BEFORE THE REQUESTED DATE TO:
SA Charles E. McKee, III
Federal Bureau of Investigation
One 10th Street, Ste. 630
Augusta, GA 30901
email: cemckee@gbi.gov

YOU WILL NOT BE REQUIRED TO APPEAR BEFORE THE GRAND JURY.

Date: 08/07/2019

CLERK OF COURT   SCOTT L. POFF

*Signature of Clerk or Deputy*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Tara M. Lyons, AUSA
U.S. Attorney's Office, Southern District of Georgia
P.O. Box 2017
Augusta, GA 30903
Phone: (706) 724-0517   Email: tara.lyons@usdoj.gov

## ATTACHMENT TO SUBPOENA ISSUED TO:

Bank of America, N.A.
Attn: Legal Order Processing/Christina IV
800 Samoset Drive
Newark, DE 19713
(980) 233-7070

Please forward all records, and direct all questions regarding this Subpoena directly to:

SA Charles E. McKee, III
Federal Bureau of Investigation
One 10th Street, Ste. 630
Augusta, GA 30901
cemckee@fbi.gov

Please provide copies of the front and back of the below identified checks written on the account of Augusta-Richmond Commission, Room 105, Accounting Department, 530 Greene Street, Augusta, Georgia 30911, Phone (706) 821-2334, Routing number: 061000052, Possible account number: 003282507658:

Check number: 379509
Check date: 04/03/2014
Check amount: $75,000.00
Pay to the Order of: Sandridge Community Assoc

Check number: 383976
Check date: 06/13/2014
Check amount: $71,250.00
Pay to the Order of: Sandridge Community Assoc

Check number: 402007
Check date: 02/13/2015
Check amount: $3,750.00
Pay to the Order of: Sandridge Community Assoc

RECORDS FORMAT: Records must be provided in electronic format. Data may be provided on CD or DVD, in Microsoft Excel, Adobe PDF or ASCII delimited format. A record layout for the data is also requested.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Bank of America, N.A. and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Bank of America, N.A.. The attached records consist of

_____

_____

[generally describe records (pages/CDs/megabytes)].

I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Bank of America, N.A. and they were made by Bank of America, N.A. as a regular practice; and

b. such records were generated by an electronic process or system of Bank of America, N.A. that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Bank of America, N.A. in a manner to ensure that they are true duplicates of the original records; and

Bank of America Legal Order Processing
Regarding reference number: D081319000699
Court case number: n/a
Court or issuer: UNITED STATES ATTORNEY'S OFFICE
Court case name: AUGUSTA GEORGIA VENDOR ACCOUNT

## AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

Before me, the undersigned authority, personally appeared,
Brandi Lofland
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Brandi Lofland, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| AUGUSTA GEORGIA VENDOR ACCOUNT | 7658 | Checks | 04/2014 - 02/2015 |

3.) **Production.**
   ✓ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

OR

_____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.
Date: 8/26/19   Signature: Brandi Lofland

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated therein.

X  Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this 26th day of August 2019 In witness thereof I have set my hand and official seal.

Angela Biamonte Bowers
Signature of Notary Public in and for
State of Delaware
City/County of Newark/New Castle

ANGELA BIAMONTE BOWERS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 10, 2020

Amount:        $75,000.00            Sequence Number: 9692375509
Account:       3282507658            Capture Date:    04/08/2014
Bank Number:   06100005              Check Number:    379509

**AUGUSTA-RICHMOND COUNTY COMMISSION**
ROOM 105, ACCOUNTING DEPARTMENT
530 GREENE STREET
AUGUSTA, GEORGIA 30911
PHONE (706) 821-2334

| CHECK DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 04/03/14 | 379509 | **$75,000.00 |

*****************************************************$75,000ANDNOCENTS

PAY TO THE ORDER OF

T00600
SANDRIDGE COMMUNITY ASSOC
3647 NEW KARLEEN ROAD
HEPHZIBAH, GA 30815

VOID AFTER 90 DAYS

Donna B. Williams
ASSISTANT FINANCE DIRECTOR

Bank of America, N.A.

⑈379509⑈ ⑆061000052⑆ 003282507658⑈

Endorse Here
X For Deposit
Act #9916

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/08/2014 | 009692375509 | 111012822 | Pay Bank | N | | BANK OF AMERICA NA |
| 04/08/2014 | 000002281942508 | 122105278 | Rtn Loc/BOFD | Y | | WELLS FARGO BK NA |

Amount: $71,250.00  
Account: 3282507658  
Bank Number: 06100005  
Sequence Number: 8192134649  
Capture Date: 06/16/2014  
Check Number: 383976  



**AUGUSTA-RICHMOND COUNTY COMMISSION**  
ROOM 105, ACCOUNTING DEPARTMENT  
530 GREENE STREET  
AUGUSTA, GEORGIA 30911  
PHONE (706) 821-2334  

CHECK DATE: 06/13/14  
CHECK NO.: 383976  
AMOUNT: **$71,250.00  

****************************************************$71,250 AND NO CENTS

PAY TO THE ORDER OF:  
T00600  
SANDRIDGE COMMUNITY ASSOC  
3647 NEW KARLEEN ROAD  
HEPHZIBAH, GA 30815  

VOID AFTER 90 DAYS  
Donna B. Williams  
ASSISTANT FINANCE DIRECTOR  
Bank of America, N.A.  

⑈383976⑈ ⑆061000052⑆ 003282507658⑈

2181644339

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 06/16/2014 | 008192134649 | 111012822 | Pay Bank | N | | BANK OF AMERICA NA |
| 06/16/2014 | 000002181644339 | 122105278 | Rtn Loc/BOFD | Y | | WELLS FARGO BK NA |

Amount:        $3,750.00            Sequence Number: 9692021829
Account:       3282507658           Capture Date:    02/17/2015
Bank Number:   06100005             Check Number:    402007

**AUGUSTA-RICHMOND COUNTY COMMISSION**
ROOM 105, ACCOUNTING DEPARTMENT
630 GREENE STREET
AUGUSTA, GEORGIA 30911
PHONE (706) 821-2334

| CHECK DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 02/13/15 | 402007 | ***$3,750.00 |

**************************************************$3,750ANDNOCENTS

VOID AFTER 90 DAYS

PAY TO THE ORDER OF

T00600
SANDRIDGE COMMUNITY ASSOC
3647 NEW KARLEEN ROAD
HEPHZIBAH, GA 30815

*Donna B. Williams*
ASSISTANT FINANCE DIRECTOR

Bank of America, N.A.

⑊402007⑊ ⑊061000052⑊ 003282507658⑊

2281697821

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 02/17/2015 | 009692021829 | 111012822 | Pay Bank | N | | BANK OF AMERICA NA |
| 02/17/2015 | 000002281697821 | 122105278 | Rtn Loc/BOFD | Y | | WELLS FARGO BK NA |