UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA    )    CASE NO: 1:21-CR-048
                            )
v.                          )
                            )
SAMMIE LEE SIAS             )

# EX. C



Attn:  12070-7000
15000 Capital One Drive
Richmond, VA  23238-1119
subpoena@capitalone.com

October 31, 2019

**VIA INTRALINKS**

Charles E. McKee, III
Federal Bureau of Investigation
One 10th Street
Suite 630
Augusta, Georgia 30901
cemckee@fbi.gov

> Re:  **Subpoenaed Entity:  Capital One Bank (USA), N.A.**
> **Responding Entity:  Capital One Bank (USA), N.A.**
> **Case No./Name:  In re Sammie Lee Sias**
> **Our File Number:  2019029867**

Dear Special Agent McKee,

I am writing in response to the subpoena or information request for the above-referenced matter ("Subpoena") directed to the above Subpoenaed Entity.  Subject to and without waiving the below objections,[1] the Responding Entity /Entities ("Capital One") has exercised reasonable diligence in searching its systems of record for the documents and/or information reasonably requested by the Subpoena, and the enclosed documents and/or information represent all available documents and/or information yielded by this search.  Please note that there are multiple Capital One entities and that the responsive documents produced herewith represent only those in the possession, custody, or control of the Responding Entity/Entities.

Please also note that it is not possible for Capital One or any of its employees to represent that any document production contains "all documents" for any specific customer and/or account. Based upon our interpretation of your request, however, we believe the enclosed documents fully satisfy your request.  Capital One shall assume that this response constitutes a full and complete response requiring no further action by Capital One in response to the Subpoena unless you should advise it in writing otherwise within ten days of this letter.  If you have any questions, please contact us at subpoena@capitalone.com.

Sincerely,
Subpoena Fulfillment Team

---

[1] To the extent that the above-listed Subpoenaed Entity does not match the above-listed Responding Entity ("Capital One"), Capital One objects to the Subpoena on the grounds that the Subpoena is directed to an incorrect legal entity, as the Subpoenaed Entity does not exist, is not a legal entity, or is not the correct entity to which the Subpoena should be directed.  Information regarding the primary Capital One operating subsidiaries and subpoenas to such entities is available from Capital One's website (www.capitalone.com/legal/subpoena-policy).  Capital One also objects to the Subpoena to the extent that (1) the method of service of the Subpoena is not specifically authorized by applicable law; (2) the Subpoena has not been issued in full compliance with all applicable law; (3) the Subpoena fails to allot a reasonable period of time for compliance; (4) the Subpoena requests privileged or confidential information; (5) the full scope of the information requested by the Subpoena is not relevant or reasonably calculated to lead to the discovery of admissible evidence; (6) the Subpoena fails to provide sufficient information to uniquely identify some or all of the individuals and/or entities about which information is sought; (7) the full scope of the information requested by the Subpoena is overbroad; (8) compliance with the Subpoena would pose an undue burden and expense upon Capital One; and (9) the Subpoena seeks information that is confidential and proprietary and that will not be produced unless subject to an appropriate protective order.  Capital One further reserves its right to assert any additional objection to the Subpoena.

## BUSINESS RECORDS AFFIDAVIT (GRAND JURY)

**BEFORE ME,** the undersigned authority, personally appeared the herein named Affiant, who, being by me duly sworn, deposed as follows:

1.      I, the below-signed Affiant, am an adult citizen of the United States of America.

2.      This Affidavit is made in conjunction with Capital One's response to the Grand Jury subpoena issued by **Tara Lyons, AUSA** in the matter of **Case In re Sammie Lee Sias** dated **October 1, 2019** ("Subpoena").

3.      I am an agent authorized by **Capital One Services, LLC**, and in this position I have personal knowledge of the business records and systems of record of and am a qualified person authorized to declare and certify on behalf of **Capital One Bank (USA), N.A. ("Capital One")** that the documents and/or information attached hereto represent such documents and/or information responsive to any reasonable request of the Subpoena as returned from a reasonably diligent search of Capital One's systems of record and are true and accurate duplicates of the original business records maintained by Capital One and/or true and accurate representations of the information reflected in Capital One's systems of record.

4.      I further certify that the documents and/or information reflected in Capital One's systems of record attached hereto (i) were made and/or entered in its systems of record at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; (ii) were kept and/or entered in its systems of record in the course of the regularly conducted business activity of Capital One; and (iii) were made and/or entered in its systems of record by Capital One as a regular practice during its regularly conducted business activity.

5.      Capital One is providing the records and/or information attached hereto to the requested agent of the State, as directed by the Subpoena, to take custody of and present the documents and/or information to the Grand Jury in lieu of an actual appearance by Capital One before the Grand Jury.

_____          _____
Signature of Affiant                                              Printed Name of Affiant — Ryan Woodward

**COMMONWEALTH OF VIRGINIA**
**(COUNTY OF GOOCHLAND)**

**The foregoing instrument was SWORN TO AND SUBSCRIBED before me** on this, the _31st_ day of _October_ , 2019, by _Ryan Woodward_ , who personally appeared and is [ ] personally known to me, or [ ] produced the following identification: _____.

David Ryan Freeman
Commonwealth of Virginia
Notary Public
Commission No. 7681003
My Commission Expires 5/31/2020

_____
Signature of Notary Public
Notary Registration number: _768-1005_
My commission expires the _31_ day of _May_ , _2020_

**For Capital One Use Only**
File #: 2019029867