UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 1:21-CR-048 |
| | ) | |
| v. | ) | |
| | ) | |
| SAMMIE LEE SIAS | ) | |

# EX. D



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: (480) 724-2000

# BUSINESS RECORDS DECLARATION

I, Michelle Hall, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

- A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and
- B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.
- C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

The records produced are described as follows:

Case number: 22293427

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Checks/Debits | XXXXXX9916 | 10 | 10 |
| Statements | XXXXXX9916 | 16 | 16 |
| Deposits with offsets | XXXXXX9916 | 6 | 6 |
| Signature Cards | XXXXXX9916 | 4 | 4 |
| | Total Copies Delivered: | | 36 |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Georgia that the foregoing is true and correct according to my knowledge and belief. Executed on this 11th day of September, 2019, in the City of Charlotte, State of NORTH CAROLINA.

*Michelle Hall*
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 22293427; Agency Case No: Not Provided



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: (480) 724-2000

# BUSINESS RECORDS DECLARATION

I, Michelle Hall, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

- A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and
- B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.
- C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

The records produced are described as follows:

Case number: 22469648

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Deposits with offsets | XXXXXX9916 | 237 | 237 |
| Statements | XXXXXX9916 | 120 | 120 |
| Signature Cards | XXXXXX9916 | 4 | 4 |
| Checks/Debits | XXXXXX9916 | 40 | 40 |
| | Total Copies Delivered: | | 401 |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Georgia that the foregoing is true and correct according to my knowledge and belief. Executed on this 30th day of September, 2019, in the City of Charlotte, State of NORTH CAROLINA.

*Michelle Hall*
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 22469648; Agency Case No: Not Provided



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: (480) 724-2000

# BUSINESS RECORDS DECLARATION

I, Lavaina Dudley, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.  I certify that the attached records:

- A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and
- B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.
- C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

The records produced are described as follows:

Case number: 22274486

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Signature Cards | XXXXXX2291 | 2 | 2 |
| Credit Card Statements | XXXXXXXXXXXX9563 | 200 | 200 |
| XCC Applications | XXXXXXXXXXXX0766 | 0 | 0 |
| Note to Client: Unable to locate application for account ending (0766). | | | |
| XCC Applications | XXXXXXXXXXXX4740 | 0 | 0 |
| Note to Client: Unable to locate application for account ending (4740). | | | |
| XCC Applications | XXXXXXXXXXXX1302 | 2 | 2 |
| Checks Only | XXXXXX4246 | 11 | 11 |
| XCC Applications | XXXXXXXXXXXX9563 | 0 | 0 |
| Note to Client:  Unable to locate copy of application for account ending(9563). | | | |
| Signature Cards | XXXXXX4246 | 6 | 6 |
| Signature Cards | XXXXXX7864 | 5 | 5 |
| Credit Card Statements | XXXXXXXXXXXX1302 | 24 | 24 |
| XCC Applications | XXXXXX4740 | 0 | 0 |
| Note to Client:  Unable to locate copy of application for account ending(4740) | | | |
| Credit Card Statements | XXXXXXXXXXXX4740 | 206 | 206 |
| Deposits with offsets | XXXXXX7864 | 173 | 173 |
| Checks Only | XXXXXXXX6165 | 397 | 397 |
| Deposits with offsets | XXXXXXXX6165 | 538 | 538 |

Case No: 22274486; Agency Case No: Not Provided

1 of 2

| | | | |
|---|---|---:|---:|
| Statements | XXXXXXXX6165 | 481 | 481 |
| Deposits with offsets | XXXXXX4246 | 123 | 123 |
| Credit Card Statements | XXXXXXXXXXXX0766 | 46 | 46 |
| Statements | XXXXXX4246 | 155 | 155 |
| Statements | XXXXXX2291 | 24 | 24 |
| Deposits with offsets | XXXXXX2291 | 48 | 48 |
| Credit Card Statements | XXXXXX4740 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Statements | XXXXXX7864 | 46 | 46 |
| Deposits with offsets | XXXXXXXX6809 | 1,909 | 1,909 |
| Checks Only | XXXXXXXX6809 | 330 | 330 |
| Signature Cards | XXXXXXXX6165 | 3 | 3 |
| Statements | XXXXXXXX6809 | 305 | 305 |
| Checks Only | XXXXXX2291 | 0 | 0 |
| No records found with the information provided | | | |
| Checks Only | XXXXXX7864 | 37 | 37 |
| | **Total Copies Delivered:** | | **5,071** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Georgia that the foregoing is true and correct according to my knowledge and belief. Executed on this 12th day of September, 2019, in the City of Charlotte, State of NORTH CAROLINA.

*Loraine Dudley*
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.



Summons and Subpoenas Department  
PO Box 1415 MAC #D1111-016  
Charlotte, NC 28201  
Voice: (480) 724-2000

# BUSINESS RECORDS DECLARATION

I, Michelle Hall, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

- A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and
- B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.
- C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 22469648

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Deposits with offsets | XXXXXX9916 | 237 | 237 |
| Statements | XXXXXX9916 | 120 | 120 |
| Signature Cards | XXXXXX9916 | 4 | 4 |
| Checks/Debits | XXXXXX9916 | 40 | 40 |
| | **Total Copies Delivered:** | | **401** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Georgia that the foregoing is true and correct according to my knowledge and belief. Executed on this 30th day of September, 2019, in the City of Charlotte, State of NORTH CAROLINA.

*Michelle Hall*  
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 22469648; Agency Case No: Not Provided



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: (480) 724-2000

# BUSINESS RECORDS DECLARATION

I, Tierney Evans, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

- A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and
- B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.
- C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 22525250

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Checks Only | XXXXXXXX6165 | 21 | 21 |
| Statements | XXXXXXXX6165 | 24 | 24 |
| Checks Only | XXXXXXXX6809 | 19 | 19 |
| Deposits with offsets | XXXXXXXX6165 | 36 | 36 |
| Deposits with offsets | XXXXXXXX6809 | 25 | 25 |
| Statements | XXXXXXXX6809 | 14 | 14 |
| | **Total Copies Delivered:** | | **139** |

Additional comments: Unable to produce checks and deposit images prior to 10/1/2012 due to bank's seven-year retention period. Unable to locate credit card statements for accounts 2000125786809 and 1065307446165.

Additional comments:

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Georgia that the foregoing is true and correct according to my knowledge and belief. Executed on this 4th day of October, 2019, in the City of Charlotte, State of NORTH CAROLINA.



Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 22525250; Agency Case No: B001SH