UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 1:21-CR-048 |
| | ) | |
| v. | ) | |
| | ) | |
| SAMMIE LEE SIAS | ) | |

# EX. E



## AFFIDAVIT

I, __Jacki Thomas__ hereby state that I am the Custodian of Records for Discover Products Inc., a division of Discover Financial Services, hereinafter referred to as "Discover" and that I am authorized to make this statement on its behalf. I declare:

- I am an employee of Discover and in the regular course of my employment have access to the business records of Discover
- I have authority to certify the attached records
- The copies attached hereto are duplicates of the original are true and correct copies of the records requested

The enclosed records were prepared and kept by personnel of Discover in regularly conducted business activity. It is the regular practice of Discover for an employee or representative of the company with knowledge of the act, event, condition, and/or opinion recorded to make the record or to transmit information thereof to be included in such record, and the record was made at or near the time of the act, condition, or event.

I hereby swear and affirm, under the penalties of perjury, that the foregoing statements are true and correct.

_Jacki Thomas_  
Affiant

10-14-2019  
Date

State of _____

County of _____

This instrument was acknowledged before me on _____ (date) by _____ (name/s of person/s) as _____ (type of authority, e.g., officer, trustee, etc.) of _____ (name of party on behalf of whom instrument was executed).

_____ (Signature of Notary Public)



## AFFIDAVIT

I, Jackelyn Thomas, hereby state that I am the Custodian of Records for Discover Products Inc., a subsidiary of Discover Financial Services, hereinafter referred to as "Discover" and that I am authorized to make this statement on its behalf. I declare:

- I am an employee of Discover and in the regular course of my employment have access to the business records of Discover;

- I have authority to certify the attached records; and

- The copies attached hereto are duplicates of the original and are true and correct copies of the records requested.

The enclosed records were prepared and kept by personnel of Discover in regularly conducted business activity. It is the regular practice of Discover for an employee or representative of the company with knowledge of the act, event, condition, and/or opinion recorded to make the record or to transmit information thereof to be included in such record, and the record was made at or near the time of the act, condition, or event.

I hereby swear and affirm, under the penalties of perjury, that the foregoing statements are true and correct.

_Jackelyn Thomas_  
Affiant

07/11/2022  
Date

State of _____
County of _____

The foregoing instrument was acknowledged before me this _____ by _____, an employee of Discover, a Delaware corporation, on behalf of the corporation.

_____  
Notary Public