UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 1:21-CR-048 |
| | ) | |
| v. | ) | |
| | ) | |
| SAMMIE LEE SIAS | ) | |

# EX. F



January 15, 2020

VIA UPS

Charles E. McKee
Special Agent FBI
One 10th Street, Suite 630
Augusta, GA 30901

Re:   Subpoena to Testify Before a Grand Jury-Sammie Lee Sias

Dear Mr. McKee:

We are in possession of your subpoena wherein you requested records pertaining to the matter listed above.

After a reasonable and diligent search of Lowe's records, please find a CD which contains the information you've requested pursuant to your subpoena. Please be advised that these records are provided on behalf of Lowe's Homes Centers, LLC (Lowe's).

We trust this satisfies Lowe's obligation with respect to your Subpoena. Please feel free to contact me directly should you have any questions.

Sincerely,

*D'Arcy McCormick*

D'Arcy McCormick
Paralegal

Enclosures

## RULE 902(11) CERTIFICATE OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

1. I **D'Arcy McCormick** am employed as a **Paralegal** with Lowe's, and in that capacity I provide services for its affiliate **Lowe's Home Centers, LLC** (collectively "Lowe's"). In the course of my employment, I have been authorized to collect information requested and make this verification on behalf of **Lowe's Home Centers, LLC.**

2. Pursuant to Subpoena regarding **Subpoena to Testify Before a Grand Jury- Sammie Lee Sias** records have been produced to **Special Agent Charles E. McKee** consisting of documents relating to the account(s) or person(s) listed below.

3. Pursuant to Federal Rule of Evidence 902(11), I certify that the records produced in response to Subpoena regarding **Subpoena to Testify Before a Grand Jury** after a reasonable and diligent search of Lowe's Records, Records and/or Documents were assembled by **Lowe's Home Centers, LLC** from such corporation records, files and from personnel in the appropriate offices and departments of such corporation and the documents provided are true and correct to the best of my knowledge and belief and:

   (A) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   (B) Were kept in the course of my employer's regularly conducted activity; and

   (C) Were made by the regularly conducted activity as a regular practice.

Under penalties of perjury under the laws of the United States, I certify that the above is true and correct.

Executed on this 15th day of January, 2020.

*D'Arcy McCormick* (signature)

CERTIFICATE PROVIDED TO:

[Notary Seal: JULIE A. O'NEILL, NOTARY PUBLIC, IREDELL COUNTY, NC]

Sworn to and subscribed before me this 15th day of January 2020.

*A. O'Neill* (signature)
Notary Public
My Commission Expires: 9/22/2023