UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO: 1:21-CR-048 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |

### UNITED STATES' THIRD NOTICE OF INTENT TO OFFER CERTIFIED RECORDS PURSUANT TO F.R.E. 902

The United States notifies the Court and counsel of its intent to offer at trial self-authenticating records pursuant to Federal Rule of Evidence 902(11) & (13).

Said records consist of account information for Sammie L. Sias from Pentagon Federal Credit Union ("PenFed").

1. Account records for one (1) checking account, one (1) savings account, one (1) credit card account, one (1) personal line of credit, one (1) home equity loan, one (1) mortgage account, and two (2) vehicle loans were generated by PenFed's electronic process or system that produces an accurate result and that is subject to regular verification by PenFed, as described in the certifications of Katina Spiggs, BSA/AML Specialist, and Marsha Tiaranai, Manager, for PenFed. The certification attached hereto meets the requirements of Rules 902(11) and (13) and 803(6) A-C. *See* Ex. A.

All of the above listed bank records have been provided to the defense in discovery.

This 13th day of July, 2022.

1

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Tara M. Lyons*
Tara M. Lyons
Deputy Chief, Criminal Division
Assistant United States Attorney
South Carolina Bar No. 16573
United States Attorney's Office
Southern District of Georgia
P.O. Box 2017
Augusta, Georgia 30903
T: (706) 724-0517
tara.lyons@usdoj.gov

*/s/ Patricia Green Rhodes*
Patricia Green Rhodes
Chief, Criminal Division
Assistant United States Attorney
Georgia Bar No. 307288
United States Attorney's Office
Southern District of Georgia
P.O. Box 2017
Augusta, GA  30903
(706) 724-0517
patricia.rhodes@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 1:21-CR-048 |
| | ) | |
| v. | ) | |
| | ) | |
| SAMMIE LEE SIAS | ) | |

### CERTIFICATE OF SERVICE FOR UNITED STATES' THIRD NOTICE OF INTENT TO OFFER CERTIFIED RECORDS PURSUANT TO F.R.E. 902

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 13th day of July, 2022.

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Tara M. Lyons*
Tara M. Lyons
Deputy Chief, Criminal Division
Assistant United States Attorney
South Carolina Bar No. 16573
United States Attorney's Office
Southern District of Georgia
P.O. Box 2017
Augusta, Georgia 30903
T: (706) 724-0517
tara.lyons@usdoj.gov