UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 1:21-CR-048 |
| | ) | |
| v. | ) | |
| | ) | |
| SAMMIE LEE SIAS | ) | |

# EX. A

DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declares as follows:

My name is _____Marsha Tiaranai_____. I am over eighteen years of age. I am the custodian of records for Pentagon Federal Credit Union (PenFed), or I am otherwise qualified as a result of my position with PenFed to make this declaration, and I am familiar with the manner in which the records are made and maintained.

I am in receipt of a subpoena dated __07/29/2019__, issued by __Tara M. Lyons_____ _____, requesting specified records referenced below.

Attached hereto are __600+___ pages of records regarding _account statements, check copies,_ _signature cards, and loan documents pertaining to Sammie L. Sias._____

*(brief description of type of documents being subpoenaed)* responsive to the subpoena. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of PenFed. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that:

1. all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;
2. such records were kept in the regular course of a regularly conducted business activity of PenFed; and
3. such records were made by PenFed as a regular practice.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on ___07/12/2022_____.
          *(date)*

Marsha Tiaranai
Digitally signed by Marsha Tiaranai
Date: 2022.07.12 10:42:30 -04'00'

*[signature of certifier]*

Marsha Tiaranai, Manager, Third-Party Legal Request
*[name and title of certifier]*



## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declares as follows:

My name is Katina Spriggs. I am over eighteen years of age. I am the custodian of records for Pentagon Federal Credit Union (PenFed), or I am otherwise qualified as a result of my position with PenFed to make this declaration, and I am familiar with the manner in which the records are made and maintained.

I am in receipt of a subpoena dated 12/10/2020, issued by United States District Court PO Number B172SB, requesting specified records referenced below.

Attached hereto are 672 pages of records regarding Cash Deposits, Credit Card Statements, Account Statements, Membership, Equity Loan Checks, and Checks
responsive to the subpoena. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of PenFed. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that:

1. all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

2. such records were kept in the regular course of a regularly conducted business activity of PenFed; and

3. such records were made by PenFed as a regular practice.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 5, 2021.

Katina Spriggs
BSA/AML Specialist

2930 Eisenhower Ave., Alexandria, VA 22314 | 800-247-5626 | PenFed.org