# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:21-CR-048** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |

## GOVERNMENT'S CERTIFICATE OF DISCLOSURE

Now comes the United States of America, by and through David H. Estes, United States Attorney for the Southern District of Georgia, and states that additional discovery, as listed on the attached Index of Discovery (*see* Exhibit A), were made available to defense counsel via USAfx on July 13, 2022.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*s/ Tara M. Lyons*
Tara M. Lyons
Assistant United States Attorney
Deputy Chief, Criminal Division
South Carolina Bar No. 16573

*s/ Patricia Green Rhodes*
Patricia Green Rhodes
Branch Office Chief
Deputy Chief, Criminal Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO: 1:21-CR-048 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |

**CERTIFICATE OF SERVICE FOR GOVERNMENT'S
CERTIFICATE OF DISCLOSURE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 13th day of July, 2022.

                                      DAVID H. ESTES
                                      UNITED STATES ATTORNEY

                                      ***s/ Tara M. Lyons***
                                      Tara M. Lyons
                                      Assistant United States Attorney
                                      Deputy Chief, Criminal Division
                                      South Carolina Bar No. 16573

Post Office Box 2017
Augusta, Ga. 30903
Telephone Number: (706) 826-4532