UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA  )   CASE NO: 1:21-CR-048
                                                                                        )
v.                                                                      )
                                                                      )
SAMMIE LEE SIAS              )

# EX. A

**USA v. Sammie Sias**
**1:21-CR-048**
**Index of Discovery #9 Provided via USAfx on 7/13/2022**

### *officialRecords gj serial 123*

| Name |
|---|
| 196D-AT-3145212-GJ_0000123.pdf |

### *officialRecords serial 87*

| Name |
|---|
| 196D-AT-3145212_0000087.pdf |

### *officialRecords serial 88*

| Name |
|---|
| 196D-AT-3145212_0000088.pdf |

| Name |
|---|
| 196D-AT-3145212-GJ_0000123.pdf |
| 196D-AT-3145212-GJ_0000123_1A0000062_0000001.pdf |
| 196D-AT-3145212-GJ_0000123_Import.txt |
| 196D-AT-3145212_0000087.pdf |
| 196D-AT-3145212_0000088.pdf |
| 196D-AT-3145212_0000088_1A0000066_0000001.xlsx |
| GJ Serial 123_14275685_20220713-1411_CEMCKEE.zip |
| Serial 87 - Sias Discovery.zip |
| Serial 88 - Sias Discovery.zip |
| manifest gj serial 123.xlsx |
| manifest serial 87.xlsx |
| manifest serial 88.xlsx |