UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO: 1:21-CR-048 |
| | ) | |
| v. | ) | |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |

### UNITED STATES' FOURTH NOTICE OF INTENT TO OFFER CERTIFIED RECORDS PURSUANT TO F.R.E. 902

The United States notifies the Court and counsel of its intent to offer at trial self-authenticating records pursuant to Federal Rule of Evidence 902(11) & (13).

Said records consist of account information for Sammie Lee Sias, from Walmart.

1. Business records related to history of purchases were generated by Walmart's electronic process or system that produces an accurate result and that is subject to regular verification by Walmart, as described in the certification of Hunter Main, Investigative Manager, for Walmart. The certification attached hereto meets the requirements of Rules 902(11) and (13) and 803(6) A-C. *See* Ex. A.

All of the above listed bank records have been provided to the defense in discovery.

1

This 14th day of July, 2022.

        Respectfully submitted,

        DAVID H. ESTES
        UNITED STATES ATTORNEY

        */s/ Tara M. Lyons*
        Tara M. Lyons
        Deputy Chief, Criminal Division
        Assistant United States Attorney
        South Carolina Bar No. 16573

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 1:21-CR-048 |
| | ) | |
| v. | ) | |
| | ) | |
| SAMMIE LEE SIAS | ) | |

**CERTIFICATE OF SERVICE FOR UNITED STATES' FOURTH NOTICE OF INTENT TO OFFER CERTIFIED RECORDS PURSUANT TO F.R.E. 902**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 14th day of July, 2022.

        DAVID H. ESTES
        UNITED STATES ATTORNEY

        ***/s/ Tara M. Lyons***
        Tara M. Lyons
        Deputy Chief, Criminal Division
        Assistant United States Attorney
        South Carolina Bar No. 16573
        United States Attorney's Office
        Southern District of Georgia
        P.O. Box 2017
        Augusta, Georgia 30903
        T: (706) 724-0517
        tara.lyons@usdoj.gov