UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 1:21-CR-048 |
| | ) | |
| v. | ) | |
| | ) | |
| SAMMIE LEE SIAS | ) | |

# EX. A



# Legal

Date:   July 12, 2022

To:   Charles E. Mckee II           From:   Hunter Main
One 10th street                   Investigative Manager II
Suite 630                         Wal-Mart Inc. Global Investigations
Augusta, Georgia 30901            2914 S I Street
                                  Bentonville, AR 72716-0405

**RE: 2020-11-00431**

### CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
### PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, Hunter Main, certify that I am employed by Wal-Mart Inc. and that my official title is Investigative Manager.  I am a custodian of records for Wal-Mart Inc.  I state that each of the records attached hereto is the original record, or a true duplicate of the original record, in the custody of Wal-Mart Inc. and that I am the custodian of the attached records.

I further state that:

1.  All records attached to this certificate were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

2.  Such records were kept in the course of a regularly conducted business activity of Wal-Mart Stores, Inc.; and

3.  Such records were made by Wal-Mart Inc. as a regular practice.

I declare that under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this certificate is intended to satisfy the requirements of Rule 902(11) of the Federal Rules of Evidence

*Hunter Main*
Hunter Main
Investigative Manager