UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 1:21-CR-48 |
| | ) | |
| v. | ) | |
| | ) | |
| SAMMIE LEE SIAS | ) | |

**UNITED STATES' FIFTH NOTICE OF INTENT TO OFFER
CERTIFIED RECORDS PURSUANT TO F.R.E. 902**

The United States notifies the Court and counsel of its intent to offer at trial self-authenticating records pursuant to Federal Rule of Evidence 902(11).

Said records consist of business records provided by the City of Augusta-Richmond County.

1. Business records provided by Donna Williams, Finance Director for the City of Augusta-Richmond County, in response to a grand jury subpoena dated July 29, 2019. The certification attached hereto meets the requirements of Rules 902(11) and 803(6) A-C. *See* Ex. A.

2. Business records provided by Lena Bonner, Clerk of Commission for the City of Augusta-Richmond County, in response to a grand jury subpoena dated August 1, 2019. The certification attached hereto meets the requirements of Rules 902(11) and 803(6) A-C. *See* Ex. B.

3. Business records provided by Maurice McDowell, Director of Parks & Recreation for the City of Augusta-Richmond County, in response to grand jury subpoenas dated October 29, 2019, and November 4, 2019. The

1

certification attached hereto meets the requirements of Rules 902(11) and 803(6) A-C. *See* Ex. C.

4. Business records provided by Maurice McDowell, Director of Parks & Recreation for the City of Augusta-Richmond County, in response to a grand jury subpoena dated December 10, 2020. The certification attached hereto meets the requirements of Rules 902(11) and 803(6) A-C. *See* Ex. D.

5. Business records provided by Donna Williams, Finance Director for the City of Augusta-Richmond County, in response to a grand jury subpoena dated May 11, 2021. The certification attached hereto meets the requirements of Rules 902(11) and 803(6) A-C. *See* Ex. E.

All of the above listed business records have previously been provided to the defense in discovery.

This 22nd day of July, 2022.

        Respectfully submitted,

        DAVID H. ESTES
        UNITED STATES ATTORNEY

        ***/s/ Tara M. Lyons***
        Tara M. Lyons
        Deputy Chief, Criminal Division
        Assistant United States Attorney
        South Carolina Bar No. 16573
        United States Attorney's Office
        Southern District of Georgia
        P.O. Box 2017
        Augusta, Georgia 30903
        T: (706) 724-0517
        tara.lyons@usdoj.gov

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO: 1:21-CR-48 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |

### CERTIFICATE OF SERVICE FOR UNITED STATES' FIFTH NOTICE OF INTENT TO OFFER CERTIFIED RECORDS PURSUANT TO F.R.E. 902

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 22nd day of July, 2022.

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Tara M. Lyons*
Tara M. Lyons
Deputy Chief, Criminal Division
Assistant United States Attorney
South Carolina Bar No. 16573
United States Attorney's Office
Southern District of Georgia
P.O. Box 2017
Augusta, Georgia 30903
T: (706) 724-0517
tara.lyons@usdoj.gov

4