**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:21-CR-48** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |

# EXHIBIT A

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Donna Williams, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by the City of Augusta-Richmond County, and my title is Finance Director. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Augusta-Richmond County. The attached records consist of seventy-four (74) pages and one (1) compact disc (CD). I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Augusta-Richmond County, and they were made by Augusta-Richmond County as a regular practice; and

    b.    such records were generated by Augusta-Richmond County electronic process or system that produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **Augusta, its employees, and agents** in a manner to ensure that they are true duplicates of the original records; and

      2.    the process or system is regularly verified by **Augusta, its employees, and agents**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_7-21-2022_  
Date

_Dennis L. Williams_ dbw  
Signature  
Finance Director  
Augusta, GA

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:21-CR-48** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |

# EXHIBIT B

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Lena Bonner, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by the City of Augusta-Richmond County, and my title is Clerk of Commission. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Augusta-Richmond County. The attached records consist of nine (9) pages and one (1) audio file. I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Augusta-Richmond County, and they were made by Augusta-Richmond County as a regular practice; and

    b.    such records were generated by Augusta-Richmond County electronic process or system that produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **Augusta, its employees, and agents** in a manner to ensure that they are true duplicates of the original records; and

2.  the process or system is regularly verified by **Augusta, its employees, and agents**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

July 21, 2022
Date

Lena J Bonner, Clerk of Commission
Signature

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **CASE NO: 1:21-CR-48** |
| ) | |
| **v.** ) | |
| ) | |
| **SAMMIE LEE SIAS** ) | |

# EXHIBIT C

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Maurice McDowell, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by the City of Augusta-Richmond County, and my title is Director of Parks & Recreation. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Augusta-Richmond County. The attached records consist of one hundred and thirty-five (135) pages. I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Augusta-Richmond County, and they were made by Augusta-Richmond County as a regular practice; and

    b.    such records were generated by Augusta-Richmond County electronic process or system that produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **Augusta, its employees, and agents** in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by **Augusta, its employees, and agents**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

21 July 2022
Date

*[Signature]*
Signature

Maurice McDowell
Director of Parks & Recreation

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **CASE NO: 1:21-CR-48** |
| ) | |
| **v.** ) | |
| ) | |
| **SAMMIE LEE SIAS** ) | |

# EXHIBIT D

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Maurice McDowell, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by the City of Augusta-Richmond County, and my title is Director of Parks & Recreation. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Augusta-Richmond County. The attached records consist of eleven (11) pages. I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Augusta-Richmond County, and they were made by Augusta-Richmond County as a regular practice; and

    b.    such records were generated by Augusta-Richmond County electronic process or system that produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **Augusta, its employees, and agents** in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by **Augusta, its employees, and agents**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

21 July 2022
Date

Signature

Maurice McDowell
Director of Parks and Recreation

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:21-CR-48** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |

# EXHIBIT E

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Donna Williams, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by the City of Augusta-Richmond County, and my title is Finance Director I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Augusta-Richmond County. The attached records consist of forty-five (45) pages. I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Augusta-Richmond County, and they were made by Augusta-Richmond County as a regular practice; and

    b.    such records were generated by Augusta-Richmond County electronic process or system that produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **Augusta, its employees, and agents** in a manner to ensure that they are true duplicates of the original records; and

        2.    the process or system is regularly verified by **Augusta, its employees, and agents**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_7-21-2022_   _Donna L. Williams_
Date                Signature
                              Finance Director
                              Augusta, GA.