**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:21-CR-48** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |

# EXHIBIT A

IN T[HE] COURT OF **Richmond** COUNTY, GEORGIA **FINAL DISPOSITION**

CRIMINAL ACTION NO. _00RCCR 1303_
OFFENSE(S) _1,2,4. Forgery - First Degree_
_3. Theft by Taking_

VS

_Willa Mae Thomas_

OTN: _P642406_

_Sept._ Term, 20 _00_

☑ PLEA    ☐ VERDICT   ☐ JURY   ☐ NON-JURY   ☑ OTHER DISPOSITION

☐ NEGOTIATED
☑ GUILTY ON COUNT(S) _3_
☐ NOLO CONTENDERE ON COUNT(S) _____
☐ TO LESSER INCLUDED OFFENSE(S) _____ ON COUNT(S) _____

☐ GUILTY ON COUNT(S) _____
☐ NOT GUILTY ON COUNT(S) _____
☐ GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

☑ NOLLE PROSEQUI ORDER ON COUNT(S) _1, 2, 4_
☐ DEAD DOCKET ORDER ON COUNT(S) _____
(SEE SEPARATE ORDER)

☐ DEFENDANT WAS ADVISED OF HIS/HER RIGHT TO HAVE THIS SENTENCE REVIEWED BY THE SUPERIOR COURTS SENTENCE REVIEW PANEL.

**FIRST OFFENDER TREATMENT**

WHEREAS, no adjudication of guilt has been made subsequent to the entry of the plea of verdict shown above, and
WHEREAS, the Court has reviewed the defendant's criminal record on file with the Georgia Crime Information Center, and
WHEREAS, the defendant has not previously been convicted of a felony or used the provisions of the
First Offender Act (Ga. Laws 1968, p. 324).
NOW, THEREFORE, the defendant consenting hereto, it is the judgment of the Court that no judgment of guilt be imposed at this time, but that further proceedings are deferred and defendant is hereby sentenced to confinement for the period of
_Four years_

HOWEVER, it is further ordered by the Court:
☑ That the sentence may be served on probation;
☐ That upon service of _____ of the sentence, the remainder
of _____ may be served on probation;

PROVIDED, that the defendant complies with the following general and special conditions herein imposed by the Court as part of the sentence.
PROVIDED, further, that upon violation of the terms of probation, upon conviction for another crime during the period of probation, or upon the Court's determination that the defendant is or was not eligible for sentencing under the First
Offender Act, the Court may enter an adjudication of guilt and proceed to sentence the defendant to the maximum sentence as provided by law.

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised, that the Court may, at any time, revoke, any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition of probation herein granted. If such probation is revoked, the Court may enter an adjudication of guilt and proceed to sentence the defendant to the maximum sentence authorized by law with or without credit for time served on probation.

Upon fulfillment of the terms of this sentence, or upon release of the defendant by the court prior to the termination of this sentence, the defendant shall stand discharged of said offense without court adjudication of guilt and shall be completely exonerated of guilt of said offense charged.

Let a copy of this Order be forwarded to the Probation Division of the Department of Corrections and the Identification Division of the Federal Bureau of Investigation.

**MB 779**    578

_____    _____
Initials of Probation Officer    Initials of Defendant

SC-6.1 Rev.89    Page 1 of 2

IN THE SUPERIOR COURT OF _Richmond_ COUNTY, GEORGIA **FINAL DISPOSITION**

VS  CRIMINAL ACTION NO. _00RCCR1303_

_Willa Mae Thomas_

## FIRST OFFENDER TREATMENT (Page 2)

### GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [✓] 1) The defendant shall violate no laws of any government unit.
- [✓] 2) The defendant shall pay in full any fine and fees imposed above.
- [✓] 3) The defendant shall report to and comply with all rules set forth by the State Probation Office.
- [✓] 4) The defendant shall be employed or enrolled in some educational or vocational training program.
- [✓] 5) Avoid persons or places of disreputable or harmful character.
- [✓] 6) Do not change his (her) present place of abode, move outside the jurisdiction of the Court, or leave the State for a period of time without prior permission of the Probation Supervisor.
- [✓] 7) Support his (her) legal dependents to the best of his (her) ability.
- [ ] 8) The defendant shall report for assessment by a DUI Alcohol or Drug Use Risk Reduction Program and shall complete the 16-hour education intervention course or the 24-hour intensive intervention course.
- [ ] 9) The defendant shall submit to drug/alcohol screens plus counseling at own expense and at full charge and be subject to random urine screens as deemed necessary by the Probation Office.
- [ ] 10) The defendant shall consume no alcoholic beverages or narcotic or other dangerous drug unless lawfully prescribed and shall not consume alcohol and operate a motor vehicle.
- [ ] 11) The defendant shall have no contact with and/or enter upon the premises of the victim.
- [ ] 12) The defendant shall perform _____ days _____ hours of community service.

### OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED, that the defendant pay a FINE of _$500_ plus COURT COSTS OF _____ plus $50 or 10%, whichever is less pursuant of O.C.G.A. § 15-21-70 and pay RESTITUTION in the amount of _2039.64_ and pay ATTORNEY'S FEE of _____, plus 10% of fine pursuant to O.C.G.A. § 15-21-90 (Richmond & Columbia Counties only), plus 50% of fine pursuant to O.C.G.A. § 15-21-100, plus 5% of fine pursuant to O.C.G.A. § 15-21-132, plus 10% of fine pursuant to O.C.G.A. § 15-21-149, plus $50.00 pursuant to O.C.G.A. § 42-8-34 (d) (1), plus $25.00 pursuant to O.C.G.A. § 42-8-34 (b), plus 10% up to $25.00 of fine (whichever is less) pursuant to O.C.G.A. § 15-21-112, plus $25.00 pursuant to O.C.G.A. § 40-6-391 (i).

Pay $ _23_ Probation Fees to be paid at the rate of $ _23_ each month beginning _Dec. 2001_

### OTHER SPECIAL CONDITIONS

_Restitution to be paid immediately._

The defendant was represented by the Honorable _Mike Spence_, Attorney at Law, _Richmond_ County, by (Employment) (Appointment).

So ordered, this _30th_ day of _November_, 20 _01_.

JUDGE, SUPERIOR COURT, AUGUSTA JUDICIAL CIRCUIT

Certificate of Service – This is to certify that a true and correct copy of both pages of this Final Disposition has been delivered in person and the defendant has been duly instructed regarding the conditions as set forth.

This _____ day of _____, 20 _____.

**MB 779 - 579**

Probation Officer  Defendant

Filed in this office this _____ day of _____, 20 _____.  Deputy Clerk

SC-6.1 Rev. 10/99 Miller Printing #26513-Q  Page 2 of 2

WITNESSES FOR THE STATE:

INV. R. WILLIS

00 OCT 17 PM 12:55

CLERK OF SUPERIOR COURT

580

MB 779

---

Indictment No. 00-RccR-1303

RICHMOND COUNTY SUPERIOR COURT

SEPTEMBER TERM, 2000

THE STAT

VS.

WILLA MAE THOMAS

FORGERY IN THE FIRST DEGREE (3),
THEFT BY TAKING

The Defendant:

**WILLA MAE THOMAS**
waives formal arraignment, copy of Bill of Indictment, list of witnesses sworn before the Grand Jury, and pleads ___NOT___ guilty.

This __3rd__ day of __Nov__, 2000.

_Willa Thomas_
Defendant

_M Pence_
Defendant's Attorney

DANIEL J. CRAIG
DISTRICT ATTORNEY

We, the Jury, find the Defendant

_____
_____
_____
_____

This _____ day of _____, 2000.

_____
Foreperson

__True__ Bill

__17__ day of __October__, 2000.

_Irene S. Jackson_, Foreperson
DANIEL J. CRAIG, District Attorney

**INDICTMENT**

STATE OF GEORGIA, RICHMOND COUNTY

IN THE SUPERIOR COURT OF SAID COUNTY

THE GRAND JURORS, selected, chosen and sworn for the County of Richmond, to-wit:

1. **YVONNE DECARLA JACKSON** ,FOREPERSON

| | |
|---|---|
| 2. **JULIAN MILLER** | 13. **MARSHA L. LEWIS-FRAILS** |
| 3. **LISA U. ANNIS** | 14. ~~ALVINA R. LEWIS~~ /DJ |
| 4. **ANNIE W. JOHNSON** | 15. ~~ANTONIO M. CAIN~~ /DJ |
| 5. **LILLIAN ABRAHAM** | 16. **JASON E. FAGLIER** |
| 6. **PAUL W. STARNES** | 17. **JOHNNY M. MOORE, JR.,** |
| 7. **SHAWN M. MCMILLAN** | 18. **CHARLENE HERNDON** |
| 8. **RONALD JOHNSON** | 19. **BETTY G. WILLIAMSON** |
| 9. **BOBBY K. DUNN** | 20. **ASBURY N. LAWTON, JR.,** |
| 10. **VENICE D. SMALL** | 21. **ULYCIA FIELDING** |
| 11. **PATRICIA L. LOCKAMY** | 22. **ALVITENE GILCHRIST** |
| 12. **LAWRENCE WASHINGTON** | 23. |

in the name and behalf of the citizens of Georgia, charge and accuse

### WILLA MAE THOMAS

with the offense of **FORGERY IN THE FIRST DEGREE (§16-9-1)** for that the said accused in the County of Richmond and State of Georgia, on the 13th day of February, 1998, with intent to defraud did knowingly make a certain writing, to-wit: a loan application at the Gracewood Federal Credit Union in the name of Tommy L. James, Sr., in the amount of $3,500.00, in such a manner that the writing as made purports to have been made by authority of one, to-wit: Tommy L. James, who did not give such authority and the accused did utter said writing, contrary to the laws of said State, the good order, peace and dignity thereof.

**MB 779 - 581**

## SECOND COUNT

The Grand Jurors aforesaid, chosen and sworn for the County of Richmond in the name and on behalf of the citizens of Georgia, further charge and accuse **WILLA MAE THOMAS** with the offense of **FORGERY IN THE FIRST DEGREE (§16-9-1)** for that the said accused, in the County of Richmond and State of Georgia, on the 8th day of June, 1998, with intent to defraud did knowingly make a certain writing, to-wit: a Disbursement Voucher and Security Agreement at the Gracewood Federal Credit Union in the name of Tommy L. James, Sr., in the amount of $1,250.00, in such a manner that the writing as made purports to have been made by authority of one, to-wit: Tommy L. James, Sr., who did not give such authority and the accused did utter said writing, contrary to the laws of said State, the good order, peace and dignity thereof.

## THIRD COUNT

The Grand Jurors aforesaid, chosen and sworn for the County of Richmond in the name and on behalf of the citizens of Georgia, further charge and accuse **WILLA MAE THOMAS** with the offense of **THEFT BY TAKING (§16-8-2)** for that the said accused, in the County of Richmond and State of Georgia, on the 5th day of November, 1998, being in lawful possession of United States Currency, the property of Gracewood Federal Credit Union and James Dixon, with a value greater than five hundred dollars ($500.00), did unlawfully appropriate said property with the intention of depriving said owner of said property, by generating a loan from Gracewood Federal Credit Union to James Dixon in the amount of $4,592.00, transferring $4,000.00 of said loan to James Dixon, and keeping $592.00 for her own use without the knowledge of or consent of Gracewood Federal Credit Union and James Dixon, contrary to the laws of said State, the good order, peace and dignity thereof.

**MB 779**   582

## FOURTH COUNT

The Grand Jurors aforesaid, chosen and sworn for the County of Richmond in the name and on behalf of the citizens of Georgia, further charge and accuse **WILLA MAE THOMAS** with the offense of **FORGERY IN THE FIRST DEGREE (§16-9-1)** for that the said accused, in the County of Richmond and State of Georgia, on the 12th day of November, 1998, with intent to defraud did knowingly make a certain writing, to-wit: an application for a refinancing loan at Gracewood Federal Credit Union in the name of James Dixon, in such a manner that the writing as made purports to have been made by authority of one, to-wit: James Dixon, Jr., who did not give such authority and the accused did utter said writing, contrary to the laws of said State, the good order, peace and dignity thereof.

SEPTEMBER TERM, 2000                    INV. R. WILLIS, PROSECUTOR

                                        DANIEL J. CRAIG, DISTRICT ATTORNEY

MB 779

- 583

## DEFENDANT'S CHANGE OF PLEA

INDICTMENT NUMBER: 00RCCR1303 (Use separate sheet for each indictment.)

DEFENDANT: Willa M. Thomas

DEFENDANT'S ATTORNEY: J. M. Spence

Now comes the defendant in the above indictment/accusation and changes his/her plea from not guilty to guilty of as set forth for each count of the indictment/accusation and waives any demand for speedy trial previously filed in this case. In addition, the defendant waives any right to modification of the sentence to be imposed pursuant to this agreement, and agrees that he shall not seek modification of said sentence in the future. Furthermore, the defendant now waives all rights of appeal to the process and procedure in this case; of the entry of his plea of guilty; and of the entry of judgement and the sentence of the court hereon.

| Count #. | Charge in Indictment/Accusation | Disposition/Plea (with any reduced charges) |
|---|---|---|
| 1 | 2cts Forgery 1st Degree | Guilty Felony Theft by Taking |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Date: 09/04/01

Willa Mae Thomas
Defendant

Attorney for Defendant

(REVISED 9-1-00)

**MB 779**   584

# IN THE SUPERIOR COURT OF Richmond COUNTY, GEORGIA

**State of Georgia**   ]   No. 00 RCCR 1303
                       ]
v.                     ]   OFFENSE: (F) Theft by Taking
                       ]
Willa Thomas           ]
                       ]   PLEA OF GUILTY (NOLO CONTENDERE)
                           ACKNOWLEDGMENT AND WAIVER OF RIGHTS

I am the person named in this case charged with the above offense(s). Of my own free will I want to plead guilty (nolo contendere) to the offense(s) of: Theft by Taking

My lawyer is J. M. Spence. Fully knowing and understanding my rights, I am waiving and giving them up by making my initials to my answers to the questions below.

1. Do you know and understand that you do not have to say, sign, or do anything that will show or tend to show you are guilty unless you want to:
   Yes ✓ wt    No _____

2. Are you now under the influence of any drug, medicine, or alcohol?
   Yes _____    No ✓ wt

3. Do you know and understand what you are charged with?
   Yes ✓ wt    No _____

4. Do you know and understand that you have a right to a jury trial?
   Yes ✓ wt    No _____

5. Do you want to be tried by a jury:
   Yes _____    No ✓ wt

6. Do you know and understand that you have the right to attack, challenge, complain or object to who is on the jury because of their race, color, sex, or other reason?
   Yes ✓ wt    No _____

7. Has your lawyer told you that you have this right?
   Yes ✓ wt    No _____

8. Do you know and understand that you are giving up and waiving this right?
   Yes ✓ wt    No _____

9. Do you know and understand that you have the right to make the State or District Attorney bring in witnesses to testify against you under oath at a court trial, and that you and your lawyer have the right to question and cross-question these witnesses under oath?
   Yes ✓ wt    No _____

10. Do you know and understand that the witnesses you think or feel will testify for you in your defense can be made to come to a court trial?
    Yes ✓ wt    No _____

11. Do you know and understand that you do not have to plead guilty or not guilty (nolo contendere) to any charge unless a Grand Jury has heard sworn evidence and then charged you in an indictment?
    Yes ✓ wt    No _____

12. Do you know and understand that a Grand Jury has (has not) heard sworn testimony and then charged you in an indictment?
    Yes ✓ wt    No _____

13. Do you know and understand that you can be sentenced as follows for the offense(s) of:
    (F) Theft by Taking    1 year    to    10 years
    _____    to    _____
    _____    to    _____
    _____    to    _____
    Yes ✓ wt    No _____

**MB 779**

(Form Revised 6-4-99)

585

14. Do you know and understand that whatever sentence(s) is (are) given can be made to start after any sentences you are now serving?
    Yes ✓       No _____

15. Do you know and understand that if you are on probation or parole your plea of guilty (nolo contendere) to this offense may cause your probation or parole to be revoked or taken away?
    Yes ✓       No _____

16. Are you pleading guilty (nolo contendere) because your lawyer has told you the State or District Attorney has agreed to ask for or recommend a certain sentence?
    Yes _____   No ✓

17. What have you been told the State or District Attorney agreed to ask for or recommend?
    _Nothing_

18. Do you know and understand that even through the State or District Attorney may ask for or recommend a certain sentence the Court is not bound to accept that request or recommendation but the Court can give you either a greater or a lesser sentence than asked for or recommended?
    Yes ✓       No _____

19. Knowing and understanding this, do you still want to plead guilty (nolo contendere)?
    Yes ✓       No _____

20. Has anybody made any other agreement or promise to you or your lawyer to cause you to plead guilty (nolo contendere)?
    Yes _____   No ✓

21. Has anyone made any threat against you to cause you to plead guilty (nolo contendere)?
    Yes _____   No ✓

22. Are you satisfied with what your lawyer has done for you in this case?
    Yes ✓       No _____

23. Are you satisfied that your lawyer is competent?
    Yes ✓       No _____

24. Do you know what competent means?
    Yes ✓       No _____

25. Are you satisfied that your lawyer is a good lawyer?
    Yes ✓       No _____

26. Are you satisfied that your lawyer has explained to you all of your constitutional rights and all of your civil rights and all of your due process rights.
    Yes ✓       No _____

27. Are you satisfied that your lawyer has acted in your best interest?
    Yes ✓       No _____

28. Do you understand all the questions you have answered so far and initialed?
    Yes ✓       No _____

29. Is your decision to plead guilty (nolo contendere) made freely and voluntarily?
    Yes ✓       No _____

30. Did you in fact commit the offense(s) of _(F) Theft by Taking_
    Yes ✓       No _____

31. Are you in fact guilty as charged in the indictment or accusation?
    Yes ✓       No _____

**MB 779** ⌐ 586

I understand all the questions above and I have shown that I know and understand my rights and waive them by putting my initials in the correct blank after each question.

Date: 11/30/01          X _William Thomas_
                              Defendant

(Form Revised 6-4-99)

## CERTIFICATE OF LAWYER

I am counsel for the defendant in the above case. I hereby certify that I have investigated the facts of this case and the evidence available to the State and I believe that it is in the best interests of the defendant to plead guilty (nolo contendere) to the offense(s) specified or indicated.

I further certify that I have reviewed all the above questions with the defendant and have assured myself that (s)he knows and understand them, and that (s)he has indicated his (her) rights and his (her) waiver of them by initialing the appropriate blank after each question.

_____
Counsel for Defendant

Date: 11/30/01

## CERTIFICATE OF (ASSISTANT) DISTRICT ATTORNEY

I hereby certify that I have carefully examined the foregoing plea, and I further certify that all the required and appropriate blanks thereon have been filled correctly to enable the Court to accept the plea and impose sentence.

Dated this 30th day of Nov., 2001.

_____   MB 779
(Assistant) District Attorney

‑ 587

(Form Revised 6-4-99)

IN THE SUPERIOR COURT OF _Richmond_ COUNTY, GEORGIA

| STATE OF GEORGIA | ) | NO: _00RCCR 1303_ |
| VS. | ) | OFFENSE: _Theft by Taking_ |
| _Willa Mae Thomas_ | ) | |
| | ) | |

## ORDER

The Court reviewed the foregoing plea, formal acknowledgment and waiver of rights of the defendant and has ascertained that the understanding and waiver of rights represented thereby is both intelligent and voluntary. In particular, from questioning of the defendant and his counsel and from the aforesaid plea, acknowledgment and waiver, the Court has affirmatively determined that (1) there is a factual basis for the plea; (2) that the defendant knows and understands the nature of the charge and the consequences of the plea; (3) that the plea is freely and voluntarily entered, uninfluenced by the slightest hope of benefit or the remotest fear of injury; (4) that the facts justify the plea and that there has been a knowing and intelligent waiver of (5) the right to trial by jury, (6) confrontation of witnesses, and (7) the privilege against self-incrimination.

WHEREFORE, the Court accepts the plea. Further ordered, that this order and defendant's plea, acknowledgment and waiver of rights, with certificates of defense and State's counsel attached, be filed as part of the record herein.

This _30_ day of _Nov_, 2001.

MB 770

- 588

_____
JUDGE, SUPERIOR COURT
AUGUSTA JUDICIAL CIRCUIT