UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 1:21-CR-48 |
| | ) | |
| v. | ) | |
| | ) | |
| SAMMIE LEE SIAS | ) | |

# EXHIBIT B

**STATE OF GEORGIA**

vs

Willa Mae Thomas

Docket No. 2000-RCCR-1303

In the **Superior** Court
Of **RICHMOND** County

### PETITION FOR DISCHARGE OF DEFENDANT (FIRST OFFENDER ACT)

COMES NOW THE undersigned Sherrill Pollard, and respectfully states to this Honorable Court that **Willa Mae Thomas** was on the **30th** of **November, 2001**, placed on probation with said defendant's consent under the provisions of the Act for Probation of First Offenders, (O.C.G.A. § 42-8-60 et. seq.) and with further proceedings being deferred in accordance with said Act for a period of **four (4) years**.

The Defendant being eligible for discharge as shown by having fulfilled the terms of said probation, and upon review of the Defendant's criminal record as on file with Georgia Crime Information Center (attached hereto);

WHEREFORE, it is respectfully requested that the above-named defendant be discharged under the provisions of said Act.

This 1st day of December, 2005

Sherrill Pollard
Probation Officer I

### ORDER OF DISCHARGE

WHEREAS, the above named defendant, having been placed on probation on the **30th** day of **November**, 2001, for a period of **four (4) years** in accordance with the provisions of the Probation for First-Offenders Act (O.C.G.A. § 42-8-60, seq.) without an adjudication of guilt, and .....

WHEREAS, this Court having been petitioned by the Defendant's Probation Officer and having reviewed the Defendant's criminal record showing eligibility for sentencing;

WHEREFORE IT IS ORDERED AND DIRECTED that in accordance with the provisions of the Probation for First-Offenders Act (O.C.G.A. § 42-8-60, seq.):
  A. The defendant be discharged without court adjudication of guilt;
  B. That this discharge shall completely exonerate the defendant of any criminal purpose.
  C. That this discharge shall not affect any of said defendant's civil rights or liberties; and
  D. The defendant shall not be considered to have a criminal conviction.

  E. This discharge may not be used to disqualify a person in any application for employment or appointment to office in either the public or private sector.

IT IS FURTHER ORDERED AND DIRECTED that the Georgia Crime Information Center be notified of this discharge in accordance with the provisions of said Act as amended.

ORDERED this 5 day of Dec, 2005

JUDGE, SUPERIOR COURT, AUGUSTA JUDICIAL CIRCUIT
SENTENCING JUDGE: J. Carlisle Overstreet