# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:21-CR-48** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |

## MOTION FOR LEAVE OF ABSENCE

COMES NOW, United States of America, by and through Tara M. Lyons, the undersigned Assistant United States Attorney, and requests the Court grant her leave of absence for the dates below:

a) October 22, 2022 through and including October 29, 2022 for the purpose of out-of-district personal travel.

Further, should this Honorable Court schedule a hearing during the above-referenced dates, the Government respectfully requests permission to have another Assistant United States Attorney handle the matter on behalf of the Government in the absence of the undersigned Assistant United States Attorney.

WHEREFORE, the Government respectfully requests that this Honorable Court GRANT its Motion for Leave of Absence for the above-stated dates.

This 22nd day of July 2022.

    Respectfully submitted,

    DAVID H. ESTES
    UNITED STATES ATTORNEY

    ***s/ Tara M. Lyons***
    Tara M. Lyons
    Assistant United States Attorney
    Deputy Chief, Criminal Division
    South Carolina Bar No. 16573
    United States Attorney's Office
    Southern District of Georgia
    Post Office Box 2017
    Augusta, Georgia 30903
    T: (706) 826-4532
    tara.lyons@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 22nd day of July, 2022.

> DAVID H. ESTES
> UNITED STATES ATTORNEY
>
> ***s/ Tara M. Lyons***
> Tara M. Lyons
> Assistant United States Attorney
> Deputy Chief, Criminal Division
> South Carolina Bar No. 16573
> United States Attorney's Office
> Southern District of Georgia
> Post Office Box 2017
> Augusta, Georgia 30903
> T: (706) 826-4532
> tara.lyons@usdoj.gov