UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR121-048, USA v. Sias |
| | ) | CR122-041, USA v. Cooper |
| LEAVE OF ABSENCE REQUEST | ) | CR122-053, USA v. Fearneyhough |
| | ) | CR121-074, USA v. Gamble |
| TARA M. LYONS | ) | |

## ORDER

Tara M. Lyons having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT Tara M. Lyons be granted leave of absence for the following period: **October 22, 2022 through October 29, 2022.**

This 25th day of July, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA