# USA v. Sammie Sias
# 1:21-CR-048
## Index of Discovery #10 Provided via USAfx on 7/26/2022

| Name |
| --- |
| LegalDoc_Doc_ID_16950572_1.pdf |
| RecordsDelivered_Doc_ID_16950807_3.pdf |
| SignatureCards_Account_Last_Four_Numbers_6809_Doc_ID_16950799_1.pdf |
| SignatureCards_Account_Last_Four_Numbers_6809_Doc_ID_16950804_1.pdf |
| SignatureCards_Account_Last_Four_Numbers_6809_Doc_ID_16950805_1.pdf |
| SignatureCards_Account_Last_Four_Numbers_6809_Doc_ID_16950806_1.pdf |