# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR121-048**  
TITLE **USA v. Sammie Lee Sias**  
DATE **July 26, 2022**  
TIMES **9:26 am - 5:01 pm**  
TOTAL **6 hr. 51 min.**

Honorable: **J. Randal Hall, Chief Judge, U.S. District Court**  
Courtroom Deputy: **Lisa Widener**  
Court Reporter: **Lisa Davenport**  
Interpreter:

**Attorney for Government**  
Tara M. Lyons  
Patricia G. Rhodes

**Attorney for Defendant(s)**  
Kenneth Crowder  
David Stewart

**Attorney for**

PROCEEDINGS: **Jury Selection and Trial**  
☑ In Court  
☐ In Chambers

All parties present and ready to proceed:
Jury selection; voir dire; jury impaneled; jury sworn; preliminary instructions given.
Court hears argument on Govt. Motion in Limine and takes matter under advisement.
Juror 69 is excused due to death in family.
Opening statement by Govt.
Govt calls FBI Agent Charles McStotts
Jury is excused until 9:00 am Wed 7/27
Court grants Govt Motion in Limine