# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CR121-048
TITLE USA v. Sammie Lee Sias

DATE July 27, 2022

TIMES 9:01 am - 4:56 pm

TOTAL 6 hrs. 50 min.

Honorable: J. Randal Hall, Chief Judge, U.S. District Court
Courtroom Deputy: Lisa Widener
Court Reporter: Lisa Davenport
Interpreter:

**Attorney for Government**
Tara M. Lyons
Patricia G. Rhodes

**Attorney for Defendant(s)**
Kenneth Crowder
David Stewart

**Attorney for**

PROCEEDINGS: Jury Trial Continued

☑ In Court
☐ In Chambers

All parties present and ready to proceed:
Cross exam of Agent Charles McStotts
Govt calls Donna Williams; cross exam
Govt calls Dr. Jacqueline Fason cross exam
Govt calls Olivia Scott; cross exam
Govt calls Kristy Burns; cross exam
Govt calls Donna Nichols; cross exam
jury is excused until 9:00 am Thurs 7/28

(Rev 7/2003)                                GENERAL CLERK'S MINUTES