# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CR121-048
TITLE  USA v. Sammie Lee Sias

DATE  July 28, 2022

TIMES  8:59 am - 4:57 pm

TOTAL  6 hrs. 49 min.

Honorable : J. Randal Hall, Chief Judge, U.S. District Court
Courtroom Deputy : Lisa Widener
Court Reporter : Lisa Davenport
Interpreter :

Attorney for Government
Tara M. Lyons
Patricia G. Rhodes

Attorney for Defendant(s)
Kenneth Crowder
David Stewart

Attorney for

PROCEEDINGS : Jury Trial Continued

☑ In Court
☐ In Chambers

All parties present and ready to proceed:
Govt calls Megan Poelking; cross exam
Govt calls FBI Sp. Agent Marcus Kirkland; cross exam
Govt calls FBI Sp. Agent Charles McKee; cross exam
Govt rests.
Oral Motion for Acquittal by Defense; court reserves ruling
Recess until 9:00 am Friday 7/29

(Rev 7/2003)

GENERAL CLERK'S MINUTES