# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR121-048**
TITLE **USA v. Sammie Lee Sias**

DATE **July 29, 2022**

TIMES **8:39 am - 6:50 pm**

TOTAL **7 hrs. 30 min.**

Honorable: **J. Randal Hall, Chief Judge, U.S. District Court**
Court Reporter: **Lisa Davenport**

Courtroom Deputy: **Lisa Widener**
Interpreter:

Attorney for Government
Tara M. Lyons
Patricia G. Rhodes

Attorney for Defendant(s)
Kenneth Crowder
David Stewart

Attorney for

PROCEEDINGS: **Jury Trial Continued**

☑ In Court
☐ In Chambers

| |
|---|
| All parties present and ready to proceed: |
| Charge conference with parties |
| Court denied defendant's motion for acquittal |
| Opening statement by defendant |
| Def calls Maurice McDowell; cross exam |
| Def calls Mary Johnson; cross exam |
| Def calls Ledford Cromartie; no cross |
| Def calls Andre Griffin; cross exam |
| Def calls Kenneth Scott; cross exam |
| Def calls Berman Woodwine; cross exam |
| Def calls Sammie Lee Sias; cross exam |
| Def rests. |
| Closing arguments by parties; jury is charged and begins deliberations. |
| Jury find defendant guilty on both counts; jury is polled and released |
| Appeal rights given to defendant; defendant is permitted to remain on bond |