UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA )  CASE NO:  1:21-CR-048
)
v. )
)
SAMMIE LEE SIAS )

## EXHIBIT LIST

| Presiding Judge: Hon. J. Randal Hall | Plaintiff's Attorney: Patricia Rhodes & Tara Lyons | Defendant's Attorney: Kenneth Crowder |
|---|---|---|
| Trial Date: July 26, 2022 | Court Reporter: Lisa Davenport | Courtroom Deputy: Lisa Widener |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | 7/26/2022 | X | X | PDF of Deleted Items |
| 2a | | 7/27/2022 | X | X | Encrypted Hard Drive: Images of Digital Devices |
| 2b | | | | | Encrypted Hard Drive: Bank Records |
| 3 | | 7/26/2022 | X | X | Pictures of Devices Reviewed by McStotts |
| 4 | | 7/26/2022 | X | X | McStotts Screenshots of Query SPLOST and Invoices |
| 5 | | 7/26/2022 | X | X | McStotts Screenshots of VSC |
| 6 | | 7/27/2022 | X | X | Selection of Pages from Ex 1 deleted files for McStotts |
| 7 | | 7/27/2022 | X | X | Jamestown Memorandum of Understanding |
| 8 | | 7/27/2022 | X | X | Check dated 4/8/14 to SCA 75k |
| 9 | | 7/27/2022 | X | X | Check dated 6/16/14 to SCA 71250k |
| 10 | | 7/27/2022 | X | X | Check dated 2/7/15 to SCA 3750 |
| 11 | | 7/27/2022 | X | X | Grand Jury Subpoena to J. Fason served July 30, 2019 |
| 12 | | 7/27/2022 | X | X | Photos of Jamestown (23) |
| 13 | | 7/28/2022 | X | X | M. Poelking Accounts Reviewed Summary Chart |

| # | | | | | Description |
|---|---|---|---|---|---|
| 14 | | 7/28/2022 | X | X | M. Poelking Summary Chart of Jamestown SPLOST Project Listing |
| 15 | | | | | M. Poelking Summary Chart of SPLOST Funds Disbursed |
| 16 | | | | | M. Poelking Jamestown Project Invoices |
| 17 | | | | | GJ Subpoena Burkette |
| 18 | | 7/27/2022 | X | X | Burkette Invoices/screenshots |
| 19 | | | | | GJ Subpoena Global Industrial |
| 20 | | 7/27/2022 | X | X | Global Industrial Invoice |
| 21 | | | | | GJ Subpoena Barco |
| 22 | | 7/27/2022 | X | X | Barco Invoices |
| 23 | | 7/28/2022 | X | X | Search Warrant Photos Sias Residence |
| 24 | | 7/28/2022 | X | X | Search Warrant Property Logs Sias Residence |
| 25 | | 7/28/2022 | X | X | August 9. 2020 Recorded Statement of Sammie Lee Sias |
| 26 | | 7/28/2022 | X | X | August 9. 2020 Transcript of Recorded Statement of Sammie Lee Sias |
| 27 | | | | | Mckee's Relevant Deleted Items Summary (16 pages) |
| 28 | | 7/29/2022 | X | X | McKee's Screenshots Recently Viewed Items Sias Laptop (4) |
| 29 | | 7/28/2022 | X | X | Grand Jury Subpoena to Sias served August 5, 2019 |
| 30 | | 7/29/2022 | X | X | Grand Jury Subpoena to J. Sias served September 10, 2019 |
| 31 | | 7/29/2022 | X | X | SCA Invoices Obtained by Subpoena from City of Augusta |
| 32 | | | | | Reports of Examination Mr. McStotts |
| 33 | | 7/26/2022 | X | X | Volume Shadow Copy from August 3, 2019 |
| 34 | | 7/26/2022 | X | X | HP Laptop User Account Information |
| 35 | | | | | G Drive Registered Devices (McStotts) |

| | | | | | |
|---|---|---|---|---|---|
| 36 | | 7/26/2022 | X | X | USB List from McStotts |
| 37 | | 7/27/2022 | X | X | Olivia Laura Scott Grand Jury testimony on October 7, 2020 (3 pages- Redacted) |
| 38 | | 7/26/2022 | X | X | 2014-027 Exhaust Fans word pad |
| 39 | | 7/26/2022 | X | X | 2014-027 Exhaust Fans note pad |
| 40 | | 7/26/2022 | X | X | 2014-007 Lectern word pad |
| 41 | | 7/26/2022 | X | X | 2014-007 Lectern note pad |
| 42 | | 7/26/2022 | X | X | Search Warrant Property Receipt left on livingroom table Sias Residence (1 photo) |