GAS 187(Rev. 9/03) Exhibit and Witness List

# United States District Court
## *Southern District of Georgia*

United States of America

Sammie Lee Sias

V.

**DEFENDANT'S EXHIBIT LIST**

CASE NUMBER: 1:21-cr-48

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hall | Lyons/Rhodes | Crowder/Stewart |
| TRIAL DATE(S) 7/26/22 - 7/29/22 | COURT REPORTER Davenport | COURTROOM DEPUTY Widener |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 7/27/22 | X | X | McStotts' 47 pages of notes |
| | 2 | 7/27/22 | X | X | Contents of DVD shown on page 47 of McStotts' notes |
| | 3 | 7/28/22 | X | X | McKee's deleted items summary |
| | 4 | 7/28/22 | X | X | 2014-007 Lectern (signed invoice from city office) |
| | 5 | 7/29/2022 | X | X | Photo of Jamestown roof |
| | 6 | 7/29/2022 | X | X | Photo of Jamestown kitchen |
| | 7 | 7/29/2002 | X | X | Photos of Jamestown (15) |
| | 8 | 7/29/2022 | X | X | Photos of Jamestown (26) |
| | 9 | 7/29/2022 | X | X | Videos of TV (2) |
| | 10 | 07/25/2022 | X | X | Photos of Jamestown (3) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include as a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages