IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 121-048 |
| | * | |
| SAMMIE LEE SIAS. | * | |

### VERDICT FORM

1. **COUNT ONE (Destruction, Alteration, or Falsification of Records in a Federal Investigation)**

We, the Jury, unanimously find the Defendant **SAMMIE LEE SIAS** __Guilty__ (guilty/not guilty) of the offense charged in **COUNT ONE** of the indictment.

2. **COUNT TWO (False Statement or Representation Made to a Department or Agency of the United States)**

We, the Jury, unanimously find the Defendant **SAMMIE LEE SIAS** __Guilty__ (guilty/not guilty) of the offense charged in **COUNT TWO** of the indictment.

_____        7/29/2022
FOREPERSON                               DATE

1