IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 121-048 |
| | ) | |
| SAMMIE LEE SIAS | ) | |

**O R D E R**

At the joint request of Defendant and his retained counsel, and for the reasons stated on the record during the *ex parte* hearing on August 30, 2022, the Court permits retained counsel to withdraw from representing Defendant. The Court **GRANTS** Defendant's motion for court-appointed counsel, (doc. no. 87), and **APPOINTS** Jesse W. Owen, 3540 Wheeler Road, Suite 315, Augusta, Georgia 30909, as defense counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Retained counsel shall immediately contact Mr. Owen and coordinate transfer of the case file. The Court **DIRECTS** the Clerk of Court to update the docket to reflect this change in counsel, and to terminate the motion for an *ex parte* hearing. (Doc. no. 82.)

The Court **STAYS** a ruling on Defendant's motion for new trial, (doc. no. 81), and **EXTENDS**, *nunc pro tunc*, the deadline for filing a motion for new trial through and including October 14, 2022, for the purpose of allowing newly appointed counsel to determine whether to supplement, replace, or withdraw the pending motion. If no action is taken by the extended deadline, the Court will proceed to rule on the pending motion for new trial.

SO ORDERED this 31st day of August, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA