# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT NO: 1:21-cr-00048 |
| ) | |
| SAMMIE LEE SIAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Presently pending before the Court is the Defendant's Motion to Extend the Time to Amend Defendant's Motion for New Trial, due on October 14, 2022.

After careful consideration, this Court finds that this request has not been made for the purpose of undue delay but in the interest of justice. The Court further finds that the ends of justice are served by granting such a continuance.

Accordingly, after consideration of the factors set forth in 18 U.S.C. § 3161(h)(7)(A), and finding just cause to support the same, the Court GRANTS the continuance.

THEREFORE, IT IS ORDERED that the Defendant's Motion to Extend the Time to Amend Defendant's Motion for New Trial is GRANTED. The time to Amend Defendant's Motion for a New Trial is extended until a time to be set by further order of the Court.

SO ORDERED this _____ day of _____ 2022.

_____
HON., _____
JUDGE / MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA