IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 121-048 |
| | ) | |
| SAMMIE LEE SIAS | ) | |

**O R D E R**

Defendant requests an open-ended extension of the deadline to amend his motion for new trial because his new counsel has not yet been able to review the complete file from his prior counsel or the transcripts of the pretrial conference, jury trial, and *ex parte* hearing that have not yet been prepared.  (Doc. no. 91.)  The Court is reluctant to grant a non-specific extension, and therefore **GRANTS IN PART** the motion.  The current deadline is extended sixty-days, through and including December 13, 2022.  Should it become apparent the necessary information will not be available by that deadline, counsel may file another motion for extension.

The Court continues the stay on a ruling on Defendant's motion for new trial.  If no action is taken by December 13, 2022, the Court will proceed to rule on the pending motion for new trial, (doc. no. 81).

SO ORDERED this 14th day of October, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA