UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR121-048, USA v. s. Sias |
| | ) | CR122-041, USA v. K. Cooper |
| LEAVE OF ABSENCE REQUEST | ) | CR122-053, USA v. B. Fearneyhough |
| | ) | CR122-082, USA v. F. Talley |
| TARA M. LYONS | ) | CR122-083, USA v. H. Torres |

## ORDER

**Tara M. Lyons** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Tara M. Lyons** be granted leave of absence for the following period: **November 21, 2022 through November 25, 2022.**

This 17th day of October, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA