IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 121-048 |
| | ) | |
| SAMMIE LEE SIAS | ) | |

**O R D E R**

For good cause shown, the Court **GRANTS** Defendant's motion for an extension of the deadline to amend his motion for new trial. (Doc. no. 98.) The current deadline is extended ninety days, through and including March 9, 2023. Should it become apparent the necessary information will not be available by that deadline, counsel may file another motion for extension. If no action is taken by March 9, 2023, the Court will proceed to rule on the pending motion for new trial, (doc. no. 81).

SO ORDERED this 9th day of December, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA