# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| IN RE:<br><br>LEAVE OF ABSENCE REQUEST<br>PATRICIA G. RHODES<br>May 1, 2023 through May 19, 2023. | ) Case Nos.:<br>)<br>)     CR 120-026, K. Howard<br>)     CR121-047, E. Hardman, et. al.<br>)     CR 121-048, S. Sias<br>)     CR 122-031, J. Wheatley, et. al.<br>)     CR 122-090, J. Fields, et. al.<br>)     CR 122-114, L. Wright, et. al. |

## MOTION FOR LEAVE OF ABSENCE

COMES NOW, United States of America, by and through David H. Estes, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, and requests the Court grant Patricia G. Rhodes a leave of absence from this Court for the dates of May 1, 2023 through May 19, 2023, for international travel; with respect to said motion shows the Court the following:

1.	Patricia G. Rhodes is currently attorney of record before this Court in the cases listed above, and requests that this leave of absence be applicable to all proceedings, which might otherwise be scheduled, in the listed case.

2.	All interested counsel of parties in the cases listed above have been notified of this request by receiving a service copy of this motion, in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

*Signature on Next Page*

Respectfully submitted, this 12th day of January 2023.

                                    DAVID H. ESTES
                                    UNITED STATES ATTORNEY

                                    ***/s/ Patricia G. Rhodes***
                                    Patricia G. Rhodes
                                    Branch Office Chief, Criminal Division
                                    Assistant United States Attorney
                                    Georgia Bar No. 307288
                                    P.O. Box 2017
                                    Augusta, GA  30903
                                    (706) 724-0517
                                    patricia.rhodes@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 12th day of January 2023.

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Patricia G. Rhodes*
Patricia G. Rhodes
Branch Office Chief, Criminal Division
Assistant United States Attorney
Georgia Bar No. 307288
P.O. Box 2017
Augusta, GA  30903
(706) 724-0517
patricia.rhodes@usdoj.gov