UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR120-026, USA v. Howard |
| | ) | CR121-047, USA v. Hardman, et al |
| LEAVE OF ABSENCE REQUEST | ) | CR121-048, USA v. Sias |
| | ) | CR122-031, USA v. Wheatley, et al |
| PATRICIA G. RHODES | ) | CR122-090, USA v. Fields, et al |
| | ) | CR122-114, USA v. Wright, et al |

## ORDER

**Patricia G. Rhodes** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Patricia G. Rhodes** be granted leave of absence for the following period: **May 1, 2023 through May 19, 2023.**

This 19th day of January, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA