UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case Nos. |
| | ) | CR122-113, USA v. Rolack |
| LEAVE OF ABSENCE REQUEST | ) | CR122-111, USA v. Miller |
| | ) | CR122-083, USA v. Torres |
| TARA M. LYONS | ) | CR122-095, USA v. Wimberly |
| | ) | CR121-048, USA v. Sias |
| | ) | CR122-053, USA v. Fearneyhough |
| | ) | CR122-082, USA v. Talley |

## ORDER

Tara M. Lyons having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Tara M. Lyons be granted leave of absence for the following period: **February 28, 2023 through March 1, 2023.**

This 19th day of January, 2023.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA