IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 121-048 |
| | ) | |
| SAMMIE LEE SIAS | ) | |

**O R D E R**

For good cause shown, the Court **GRANTS** the government's motion for an extension of time in which to respond to Defendant's Supplemental Motion For Judgement of Acquittal or, in the Alternative, For New Trial. (Doc. no. 110.) The government shall have through and including May 22, 2023, to file its response.

SO ORDERED this 15th day of March, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA