UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA AND SAVANNAH DIVISIONS

| | |
|---|---|
| IN RE: | ) Case Nos. CR121-048, USA v. Sias |
| | ) CR122-053, USA v. Fearneyhough |
| LEAVE OF ABSENCE REQUEST | ) CR122-083, USA v. Torres |
| | ) CR122-093, USA v. Travis |
| TARA M. LYONS | ) CR122-095, USA v. Wimberly |
| | ) CR122-111, USA v. Miller |
| | ) CR123-004, USA v. Edwards |
| | ) CR123-005, USA v. Flagg |
| | ) CR123-011, USA v. Brown |
| | ) CR123-017, USA v. Connelly |
| | ) CR423-020, USA v. Holloway |

### ORDER

Tara M. Lyons having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT Tara M. Lyons be granted leave of absence for the following period: May 1, 2023 through May 5, 2023; May 30, 2023 through June 2, 2023; and August 14, 2023 through August 18, 2023.

This 31st day of March, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA