UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CRIMINAL CASE NO. CR 121-048        DATE: 06/20/2023
USA v. Sammie Lee Sias              TIME: 10:01am - 10:35am

JUDGE: Honorable J. Randal Hall     COURTROOM DEPUTY: Lisa Widener

COURT REPORTER: ~~Lisa Davenport~~ FTR    INTERPRETER: —

ATTORNEY(S) FOR THE GOVERNMENT:     ATTORNEY(S) FOR THE DEFENDANT:
Patricia Rhodes & Tara Lyons        Jesse Owen

PROBATION OFFICER:                  DEFENDANT SENTENCED ON COUNT(S):
Joseph Brown                        1 and 2

Y  PSI reviewed in full             Custody: 36 months
N  Objections to factual basis      ea. ct. to be served concurrently
N  Objections to Guideline Calculations   Supervised Release: 3 years
N  Changes ordered                  ea ct to be served concurrently
                                    Y  Standard and Special Conditions of
                                    Release to be explained by USPO and a written
N  Factual Witness                  to be provided to defendant

Y  Statement by Counsel             Probation —
Y  Statement by Defendant           Fine $ 5000.00
Y  Appeal rights of defendant (explained)/waived    Restitution $ —
                                    AVAA Sp. Assessment $ —
Facility requested/recommended:     Special Assessment $ 100.00 ea. ct.
Estill SC FCI                       Community Service: — hours within
                                    — months of release

Defendant remanded —                Dismiss Count(s) —
Voluntary surrender 08/21/2023 by 2:00pm    Plea agreement accepted —
Departure from guidelines N         Upward —  Downward —