IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CR. 1:21-00048 |
| v. ) | |
| ) | |
| SAMMIE LEE SIAS, ) | |
| ) | |
| DEFENDANT. ) | |

## **NOTICE OF APPEAL**

Notice is hereby given that SAMMIE LEE SIAS, Defendant, in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on the 20th day of June, 2023.

This 30th day of June, 2023.

>  s/Jesse W. Owen
>  Georgia Bar No. 556225
>  Jesse W. Owen, P.C.
>  3540 Wheeler Road, Suite 315
>  Augusta, Georgia 30909
>  Attorney for Defendant

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that this pleading has been served on all parties in accordance with the Notice of Electronic Filing requirements of the United States District Court which was generated as a result of the electronic filing in this Court.

This 30th day of June, 2023.

                                                           s/Jesse W. Owen