APPEAL,CLOSED

# U.S. District Court
## Southern District of Georgia (Augusta)
## CRIMINAL DOCKET FOR CASE #: <u>1:21–cr–00048–JRH–BKE</u> All Defendants

Case title: USA v. Sias

Date Filed: 07/06/2021
Date Terminated: 06/20/2023

Assigned to: Chief Judge J. Randal Hall
Referred to: Magistrate Judge Brian K. Epps

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Sammie Lee Sias**<br>*TERMINATED: 06/20/2023* | represented by | **David Mitchell Stewart**<br>Crowder Stewart, LLP<br>540 James Brown Boulevard<br>P.O. Box 160<br>Augusta, GA 30903<br>706–434–8797<br>Email: <u>david@crowderstewart.com</u><br>*TERMINATED: 08/31/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **Jesse Weatherspoon Owen**<br>Jesse W. Owen, PC<br>3540 Wheeler Road<br>Suite 315<br>Augusta, GA 30909<br>706–426–3110<br>Fax: 866–426–5510<br>Email: <u>jowen@jesseowenlaw.com</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |
| | | **Kenneth D. Crowder**<br>Crowder Stewart, LLP<br>540 James Brown Boulevard<br>P.O. Box 160<br>Augusta, GA 30903<br>706–434–8545<br>Email: <u>ken@crowderstewart.com</u><br>*TERMINATED: 08/31/2022*<br>*ATTORNEY TO BE NOTICED* |

1

| Pending Counts | Disposition |
|---|---|
| 18 U.S.C. § 1519 Destruction, Alteration, or Falsification of Records in a Federal Investigation (1) | 36 months custody BOP to be served concurrently with Count 2; 3 years supervised release to be concurrently with Count 2; $5000 fine; $100 special assessment |
| 18 U.S.C. § 1001(a)(2) False Statement or Representation Made to a Department or Agency of the United States (2) | 36 months custody BOP to be served concurrently with Count 1; 3 years supervised release to be concurrently with Count 1; $100 special assessment |

**Highest Offense Level
(Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level
(Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

---

**Plaintiff**

| USA | represented by | **Patricia Green Rhodes** |
|---|---|---|

U.S. Attorney's Office – Augusta
P.O. Box 2017
Augusta, GA 30903
706–724–0517
Fax: 706–724–7728
Email: patricia.rhodes@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Tara M. Lyons**
U.S. Attorney's Office, SDGA
600 James Brown Blvd, Suite 200
Augusta, GA 30901
706–724–0517
Fax: 706–724–7728
Email: tara.lyons@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**David H. Estes**
DOJ–USAO
22 Barnard Street
Suite 300
Savannah, GA 31401
912–652–4422
Fax: 912–652–4326
Email: david.estes@usdoj.gov
*Designation: Retained*

**Karl Irving Knoche**
U.S. Attorney's Office – Savannah
P.O. Box 8970
22 Barnard Street, Suite 300
Savannah, GA 31401
912–652–4422
Fax: 912–652–4388
Email: karl.knoche@usdoj.gov
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/06/2021 | 1 | | INDICTMENT as to Sammie Lee Sias (1) count(s) 1, 2. (jlh) (Additional attachment(s) added on 7/7/2021: # 1 Signature Page) (jlh). (Entered: 07/07/2021) |
| 07/06/2021 | 2 | | PENALTY CERTIFICATION by Government as to Sammie Lee Sias. (jlh) (Entered: 07/07/2021) |
| 08/03/2021 | 7 | | Pretrial Services Report as to Sammie Lee Sias. This report is provided for the purpose of BAIL DETERMINATION ONLY and shall otherwise be confidential pursuant to: 18 USC Section 3153(c)(1). as to Sammie Lee Sias (USPO) (Entered: 08/03/2021) |
| 08/04/2021 | 9 | | NOTICE OF ATTORNEY APPEARANCE: appearing for Sammie Lee Sias (Stewart, David) (Entered: 08/04/2021) |
| 08/04/2021 | 10 | | Minute Entry for proceedings held before Magistrate Judge Brian K. Epps: Initial Appearance/Arraignment as to Sammie Lee Sias held on 8/4/2021. Not guilty plea entered as to Counts 1 and 2. Defendant granted bond: $50,000 unsecured until 5:00 p.m. Monday, August 9, 2021 at which time is shall be secured by 10% ($5,000). (Court Reporter FTR.) (cjc) (Entered: 08/04/2021) |
| 08/04/2021 | 11 | | ORDER Setting Conditions of Release in the amount of $5,000.00 cash deposit securing $50,000.00 bond by Monday, August 9, 2021 at 5:00 p.m. as to Sammie Lee Sias (1). Signed by Magistrate Judge Brian K. Epps on 08/04/2021. (jlh) (Entered: 08/04/2021) |
| 08/04/2021 | 12 | | Appearance Bond Entered in the amount of $50,000.00 (unsecured) as to Sammie Lee Sias. (jlh) (Entered: 08/04/2021) |

| 08/05/2021 | 13 | | NOTICE TO RETAINED COUNSEL as to Sammie Lee Sias; David Mitchell Stewart. (Attachments: # 1 Post–Conviction Obligations)(pts) (Entered: 08/05/2021) |
|---|---|---|---|
| 08/06/2021 | 14 | | Appearance Bond Entered as to Sammie Lee Sias in amount of $ 50,000.00, secured by 5,000.00. (loh) (Entered: 08/06/2021) |
| 08/06/2021 | 15 | | AFFIDAVIT BY OWNER OF CASH SECURITY by Sammie Lee Sias. (loh) (Entered: 08/06/2021) |
| 08/06/2021 | 16 | | CLERK'S CERTIFICATE/ORDER as to Sammie Lee Sias. (loh) (Entered: 08/06/2021) |
| 08/06/2021 | 17 | | MOTION for Reciprocal Discovery by Tara M. Lyons as to Sammie Lee Sias. Responses due by 8/20/2021. (Lyons, Tara) (Entered: 08/06/2021) |
| 08/06/2021 | 18 | | CERTIFICATE OF DISCLOSURE by USA as to Sammie Lee Sias (Attachments: # 1 – Index)(Lyons, Tara) (Entered: 08/06/2021) |
| 08/06/2021 | 19 | | SCHEDULING ORDER as to Sammie Lee Sias. Pretrial Motions due by 8/18/2021. Counsel shall file a separate motion for each relief sought and not file a consolidated motion. Signed by Magistrate Judge Brian K. Epps on 08/06/2021. (jlh) (Entered: 08/06/2021) |
| 08/09/2021 | | | NOTICE OF STANDING ORDER MC121–23 in re The National Emergency Declared on March 13, 2020: Fifth Renewal of the CARES Act Order. The authorizations contained in the Court's March 30, 2020 General Order (MC120–005), and renewed on June 20, 2020 (MC120–014), September 24, 2020 (MC120–021), December 21, 2020 (MC120–029), and March 18, 2021 (MC121–10) are hereby renewed. This authority is effective for ninety days unless otherwise ordered. (Click Here to View)Signed by Chief Judge J. Randal Hall on 8/6/2021. (pts) (Entered: 08/09/2021) |
| 08/09/2021 | | | MOTIONS as to Sammie Lee Sias REFERRED to Magistrate Judge: 17 MOTION for Reciprocal Discovery. (JH) (Entered: 08/09/2021) |
| 08/10/2021 | 20 | | CERTIFICATE OF DISCLOSURE by USA as to Sammie Lee Sias (Attachments: # 1 Exhibit A – Index)(Lyons, Tara) (Entered: 08/10/2021) |
| 08/18/2021 | 21 | | MOTION for Extension of Time to File Motions by Kenneth D. Crowder as to Sammie Lee Sias. Responses due by 9/1/2021. (Crowder, Kenneth) (Entered: 08/18/2021) |
| 08/19/2021 | | | MOTIONS as to Sammie Lee Sias REFERRED to Magistrate Judge: 21 MOTION for Extension of Time to File Motions. (slt) (Entered: 08/19/2021) |
| 08/19/2021 | 22 | | ORDER granting Defendant's 21 Motion for Extension of Time to file pretrial motions as to Sammie Lee Sias (1). Pretrial Motions due by 11/18/2021. The period of delay resulting from this extension – August 19, 2021, through and including November 18, 2021 – is excluded in computing the time within which the trial of this matter may commence. Signed by Magistrate Judge Brian K. Epps on 8/19/21. (ca) Modified on 8/19/2021 (thb). (Entered: 08/19/2021) |
| 08/19/2021 | | | Reset Deadline as to Sammie Lee Sias: Motions due by 11/18/2021. (ca) (Entered: 08/19/2021) |

| 09/10/2021 | 23 | | CERTIFICATE OF DISCLOSURE by USA as to Sammie Lee Sias (Lyons, Tara) (Entered: 09/10/2021) |
|---|---|---|---|
| 10/06/2021 | 24 | | MOTION to Travel by David Mitchell Stewart as to Sammie Lee Sias. Responses due by 10/20/2021. (Stewart, David) (Entered: 10/06/2021) |
| 10/08/2021 | | | MOTIONS as to Sammie Lee Sias REFERRED to Magistrate Judge: 24 MOTION to Travel. (pts) (Entered: 10/08/2021) |
| 10/08/2021 | 25 | | ORDER granting 24 Motion to Travel as to Sammie Lee Sias (1) and modifying the Order Setting Conditions of Release to permit Defendant's travel to the Middle District of Georgia. Signed by Magistrate Judge Brian K. Epps on 10/8/2021. (pts) (Entered: 10/08/2021) |
| 11/18/2021 | 26 | | MOTION for Extension of Time to File Motions by Kenneth D. Crowder as to Sammie Lee Sias. Responses due by 12/2/2021. (Crowder, Kenneth) (Entered: 11/18/2021) |
| 11/19/2021 | | | MOTIONS as to Sammie Lee Sias REFERRED to Magistrate Judge: 26 MOTION for Extension of Time to File Motions. (thb) (Entered: 11/19/2021) |
| 11/19/2021 | 27 | | ORDER granting 26 Motion for Extension of Time to File Motions as to Sammie Lee Sias. Pretrial motions due 1/18/2022. Counsel shall file a separate motion for each relief sought and not file a consolidated motion. The period of delay resulting from this extension – November 19, 2021, through and including January 18, 2022 – is excluded in computing the time within which the trial of this matter may commence. Signed by Magistrate Judge Brian K. Epps on 11/19/2021. (csr) Modified on 11/19/2021 (thb). (Entered: 11/19/2021) |
| 11/19/2021 | | | Set/Reset Deadlines as to Sammie Lee Sias: Pretrial Motions due by 1/18/2022. (csr) (Entered: 11/19/2021) |
| 12/20/2021 | | | NOTICE OF STANDING ORDER MC121–27 in re The National Emergency Declared on March 13, 2020: Sixth Renewal of the CARES Act Order. The authorizations contained in the Court's March 30, 2020 General Order (MC120–005), and renewed on June 20, 2020 (MC120–014), September 24, 2020 (MC120–021), December 21, 2020 (MC120–029), March 18, 2021 (MC121–10), and June 17, 2021 (MC121–23) are hereby renewed. This authority is effective for ninety days unless otherwise ordered. (Click Here to View)Signed by Chief Judge J. Randal Hall on 9/14/2021. (pts) (Entered: 12/20/2021) |
| 12/21/2021 | | | NOTICE OF STANDING ORDER MC121–35 in re The National Emergency Declared on March 13, 2020: Seventh Renewal of the CARES Act Order. The authorizations contained in the Court's March 30, 2020 General Order (MC120–005), and renewed on June 20, 2020 (MC120–014), September 24, 2020 (MC120–021), December 21, 2020 (MC120–029), March 18, 2021 (MC121–10), June 17, 2021 (MC121–23), and September 14, 2021 (MC121–27) are hereby renewed. This authority is effective for ninety days unless otherwise ordered. (Click Here to View)Signed by Chief Judge J. Randal Hall on 12/9/2021. (pts) (Entered: 12/21/2021) |
| 01/07/2022 | 28 | | MOTION FOR PROTECTION DURING CRIMINAL TRIAL by Tara M. Lyons as to Sammie Lee Sias. Responses due by 1/21/2022. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Proposed Order)(Lyons, Tara) Modified on 1/7/2022 (slt). (Entered: 01/07/2022) |
| 01/12/2022 | 29 | ORDER granting 28 Motion for protection on behalf of AUSA Tara M. Lyonsas to Sammie Lee Sias (1) for the following periods: January 20, 2022 through and including February 25, 2022. Signed by Chief Judge J. Randal Hall on 01/12/2022. (jlh) (Entered: 01/12/2022) |
| 01/21/2022 | 30 | NOTICE OF HEARING as to Sammie Lee Sias. Jury Selection and Trial set for 3/28/2022 09:00 AM in Augusta – 2nd Floor before Chief Judge J. Randal Hall. (lcw) (Entered: 01/21/2022) |
| 02/04/2022 | 31 | MOTION for Protective Order by Tara M. Lyons as to Sammie Lee Sias. Responses due by 2/18/2022. (Attachments: # 1 Text of Proposed Order)(Lyons, Tara) (Entered: 02/04/2022) |
| 02/04/2022 | 32 | ORDER granting 31 Motion for Leave of Absence for AUSA Tara M. Lyons as to Sammie Lee Sias (1) for the following periods: April 4, 2022 through April 8, 2022. Signed by Chief Judge J. Randal Hall on 02/04/2022. (jlh) (Entered: 02/04/2022) |
| 02/16/2022 | 33 | ORDER granting 17 Motion for Reciprocal Discovery as to Sammie Lee Sias (1). Any information not yet furnished shall be provided to the government no later than fourteen days prior to trial. Signed by Magistrate Judge Brian K. Epps on 02/16/2022. (jlh) (Entered: 02/16/2022) |
| 02/24/2022 | 34 | NOTICE OF HEARING as to Sammie Lee Sias. Pretrial Conference set for 3/24/2022 02:00 PM in Augusta – 2nd Floor before Chief Judge J. Randal Hall. (lcw) (Entered: 02/24/2022) |
| 02/28/2022 | 35 | MOTION to Continue *Jury Selection & Trial* by Patricia Green Rhodes as to Sammie Lee Sias. Responses due by 3/14/2022. (Attachments: # 1 Text of Proposed Order)(Rhodes, Patricia) (Entered: 02/28/2022) |
| 03/02/2022 | 36 | ORDER granting Defendant's 35 Motion to Continue Jury Selection and Trial – ends of justice served as to Sammie Lee Sias (1). Signed by Chief Judge J. Randal Hall on 3/2/2022. (ca) (Entered: 03/02/2022) |
| 03/02/2022 | | Terminate Hearings as to Sammie Lee Sias. (ca) (Entered: 03/02/2022) |
| 03/03/2022 | 37 | MOTION for Leave of Absence as to USA for dates of : April 4, 2022 through and including April 8, 2022 and June 13, 2022 through and including June 17, 2022 by on behalf of USA. Responses due by 3/17/2022. (Attachments: # 1 Proposed Order)(Lyons, Tara) (Entered: 03/03/2022) |
| 03/04/2022 | 38 | ORDER granting 37 Motion for Leave of Absence by Tara Lyons for the dates of April 4, 22 through April 8, 2022 and June 13, 2022 through June 17, 2022 as to Sammie Lee Sias (1). Signed by Chief Judge J. Randal Hall on 03/04/2022. (maa) (Entered: 03/04/2022) |
| 03/08/2022 | 39 | MOTION for Leave of Absence as to USA for dates of : May 30, 2022, through and including June 6, 2022 by on behalf of USA. Responses due by 3/22/2022. (Attachments: # 1 Proposed Order)(Lyons, Tara) (Entered: 03/08/2022) |
| 03/10/2022 | 40 | |

| | | | |
|---|---|---|---|
| | | | ORDER granting the Government's <u>39</u> Motion for Leave of Absence for dates: May 30, 2022, through June 6, 2022, as to Sammie Lee Sias (1). Signed by Chief Judge J. Randal Hall on 3/10/2022. (ca) (Entered: 03/10/2022) |
| 03/12/2022 | <u>41</u> | | ******* MOTION to Continue *Jury Selection and Trial* by Tara M. Lyons as to Sammie Lee Sias. Responses due by 3/26/2022. (Attachments: # <u>1</u> Text of Proposed Order)(Lyons, Tara) (Entered: 03/12/2022) |
| 03/14/2022 | <u>42</u> | | ORDER granting re <u>41</u> Motion to Continue Jury Selection and Trial as to Sammie Lee Sias. The Court further finds that the ends of Justice served by granting such a continuance outweigh the best interest of the public and the defendants in a speedy trial. THEREFORE, IT IS ORDERED that the Government's re <u>41</u> Motion to Continue is GRANTED. Jury Selection and Trial in this matter are hereby continued until Tuesday, July 26. 2022 at 9:00 a.m. Signed by Chief Judge J. Randal Hall on 3/14/22. (loh) (Entered: 03/14/2022) |
| 03/14/2022 | | | Set/Reset Hearings as to Sammie Lee Sias: Jury Selection set for 7/26/2022 09:00 AM in Augusta – 2nd Floor before Chief Judge J. Randal Hall. Jury Trial set for 7/26/2022 09:00 AM in Augusta – 2nd Floor before Chief Judge J. Randal Hall. (slt) (Entered: 03/16/2022) |
| 03/15/2022 | | | NOTICE OF STANDING ORDER MC122–8 in re The National Emergency Declared on March 13, 2020: Eighth Renewal of the CARES Act Order. The authorizations contained in the Court's March 30, 2020 General Order (MC120–005), and renewed on June 20, 2020 (MC120–014), September 24, 2020 (MC120–021), December 21, 2020 (MC120–029), March 18, 2021 (MC121–10), June 17, 2021 (MC121–23), September 14, 2021 (MC121–27), and December 9, 2021 (MC121–35) are hereby renewed. This authority is effective for ninety days unless otherwise ordered. (<u>Click Here to View</u>)Signed by Chief Judge J. Randal Hall on 3/9/22. (wwp) (Entered: 03/15/2022) |
| 03/21/2022 | <u>43</u> | | NOTICE *GOVERNMENTS EXPERT DISCLOSURE PURSUANT TO FED. R. CRIM. P. 16* by USA (Lyons, Tara) (Entered: 03/21/2022) |
| 03/21/2022 | <u>44</u> | | MOTION for Leave of Absence as to USA for dates of : June 3, 2022 through June 9, 2022 by on behalf of USA. Responses due by 4/4/2022. (Attachments: # <u>1</u> Text of Proposed Order)(Rhodes, Patricia) (Entered: 03/21/2022) |
| 03/22/2022 | <u>45</u> | | ORDER granting <u>44</u> Motion for Leave of Absence for Patricia G. Rhodes as to Sammie Lee Sias (1). Signed by Chief Judge J. Randal Hall on 3/22/2022. (gmh) (Entered: 03/22/2022) |
| 03/23/2022 | <u>46</u> | | MOTION for Leave of Absence as to USA for dates of : June 27, 2022, through and including July 1, 2022 by on behalf of USA. Responses due by 4/6/2022. (Attachments: # <u>1</u> Proposed Order)(Lyons, Tara) (Entered: 03/23/2022) |
| 03/24/2022 | <u>47</u> | | ORDER granting re <u>46</u> Motion for Leave of Absence for dates of June 27, 2022, through and including July 1, 2022 as to Sammie Lee Sias (1). Signed by Chief Judge J. Randal Hall on 3/24/22. (loh) (Entered: 03/24/2022) |
| 05/02/2022 | <u>48</u> | | MOTION for Leave of Absence as to USA for dates of : August 1, 2022 through and including August 5, 2022 by on behalf of USA. Responses due by |

| | | | |
|---|---|---|---|
| | | | 5/16/2022. (Attachments: # <u>1</u> Proposed Order)(Lyons, Tara) (Entered: 05/02/2022) |
| 05/03/2022 | <u>49</u> | | ORDER granting <u>48</u> Motion for Leave of Absence for Tara Lyon for the dates of August 1, 2022 through August 5, 2022 as to Sammie Lee Sias (1). Signed by Chief Judge J. Randal Hall on 5/3/22. (wwp) (Entered: 05/03/2022) |
| 06/15/2022 | | | NOTICE OF STANDING ORDER MC122–14 in re The National Emergency Declared on March 13, 2020: Ninth Renewal of the CARES Act Order. The authorizations contained in the Court's March 30, 2020 General Order (MC120–005), and renewed on June 20, 2020 (MC120–014), September 24, 2020 (MC120–021), December 21, 2020 (MC120–029), March 18, 2021 (MC121–10), June 17, 2021 (MC121–23), September 14, 2021 (MC121–27), December 9, 2021 (MC121–35), and March 9, 2022 (MC122–8) are hereby renewed. This authority is effective for ninety days unless otherwise ordered. (<u>Click Here to View</u>) (wwp) (Entered: 06/15/2022) |
| 06/29/2022 | 50 | | NOTICE OF HEARING as to Sammie Lee Sias. Pretrial Conference set for 7/14/2022 10:00 AM in Augusta – 2nd Floor before Chief Judge J. Randal Hall. (lcw) (Entered: 06/29/2022) |
| 07/02/2022 | <u>51</u> | | *******First MOTION in Limine by Patricia Green Rhodes as to Sammie Lee Sias. Responses due by 7/16/2022. (Rhodes, Patricia) (Entered: 07/02/2022) |
| 07/07/2022 | <u>52</u> | | Proposed Voir Dire by USA as to Sammie Lee Sias (Rhodes, Patricia) (Entered: 07/07/2022) |
| 07/07/2022 | <u>53</u> | | Proposed Verdict Form by USA as to Sammie Lee Sias (Lyons, Tara) (Entered: 07/07/2022) |
| 07/08/2022 | <u>54</u> | | Request to Charge by USA as to Sammie Lee Sias (Lyons, Tara) (Entered: 07/08/2022) |
| 07/08/2022 | <u>55</u> | | NOTICE *UNITED STATES FIRST NOTICE OF INTENT TO OFFER CERTIFIED RECORDS PURSUANT TO F.R.E. 902* by USA (Attachments: # <u>1</u> Exhibit A– Certificate of Authenticity)(Lyons, Tara) (Entered: 07/08/2022) |
| 07/12/2022 | <u>56</u> | | NOTICE *Government's Second Notice of Intent to Offer Certified Records Pursuant to F.R.E. 902* by USA (Attachments: # <u>1</u> Exhibit A– Army Certificate of Authenticity, # <u>2</u> Exhibit B– Bank of America Certificate of Authenticity, # <u>3</u> Exhibit C– Capitol One Certificate of Authenticity, # <u>4</u> Exhibit D– Wells Fargo Certificate of Authenticity, # <u>5</u> Exhibit E– Discover Certificate of Authenticity, # <u>6</u> Exhibit F– Lowes Certificate of Authenticity)(Lyons, Tara) (Entered: 07/12/2022) |
| 07/13/2022 | <u>57</u> | | NOTICE *Government's Third Notice of Intent to Offer Certified Records Pursuant to F.R.E. 902* by USA (Attachments: # <u>1</u> Exhibit A– PenFed Certificate of Authenticity)(Lyons, Tara) (Entered: 07/13/2022) |
| 07/13/2022 | <u>58</u> | | CERTIFICATE OF DISCLOSURE by USA as to Sammie Lee Sias (Attachments: # <u>1</u> Exhibit A – Index of Discovery)(Lyons, Tara) (Entered: 07/13/2022) |
| 07/14/2022 | <u>59</u> | | NOTICE *United States Fourth Notice Of Intent To Offer Certified Records Pursuant To F.R.E. 902* by USA (Attachments: # <u>1</u> Exhibit A – Walmart Certificate of Authenticity)(Lyons, Tara) (Entered: 07/14/2022) |

| 07/14/2022 | 80 | | Minute Entry for proceedings held before Chief Judge J. Randal Hall: Pretrial Conference as to Sammie Lee Sias held on 7/14/2022 (Court Reporter Lisa Davenport.) (lcw) (Entered: 08/04/2022) |
|---|---|---|---|
| 07/14/2022 | | | ORAL ORDER granting 51 Motion in Limine as to Sammie Lee Sias (1) by Chief Judge J. Randal Hall on 07/14/2022. (lcw) (Entered: 08/04/2022) |
| 07/19/2022 | 60 | | Proposed Voir Dire by Sammie Lee Sias (Stewart, David) (Entered: 07/19/2022) |
| 07/19/2022 | 61 | | Request to Charge by Sammie Lee Sias (Stewart, David) (Entered: 07/19/2022) |
| 07/22/2022 | 62 | | NOTICE *of Intent to Offer Certified Records Pursuant to FRE 902* by USA (Attachments: # 1 Exhibit Exhibits A–E)(Lyons, Tara) (Entered: 07/22/2022) |
| 07/22/2022 | 63 | | Second MOTION in Limine *to Exclude Potential Witnesss Criminal Conviction* by Tara M. Lyons as to Sammie Lee Sias. Responses due by 8/5/2022. (Attachments: # 1 Exhibit Exhibit A Willa Thomas Conviction, # 2 Exhibit Exhibit B Willa Thomas Discharge)(Lyons, Tara) (Entered: 07/22/2022) |
| 07/22/2022 | 64 | | MOTION for Leave of Absence as to USA for dates of : October 22, 2022 through and including October 29, 2022 by on behalf of USA. Responses due by 8/5/2022. (Attachments: # 1 Proposed Order)(Lyons, Tara) (Entered: 07/22/2022) |
| 07/25/2022 | 65 | | ORDER granting 64 Motion for Leave of Absence by Tara M. Lyons for the dates of October 22, 2022 through October 29, 2022 as to Sammie Lee Sias (1). Signed by Chief Judge J. Randal Hall on 7/25/2022. (maa) (Entered: 07/25/2022) |
| 07/26/2022 | 66 | | CERTIFICATE OF DISCLOSURE by USA as to Sammie Lee Sias (Attachments: # 1 Attachment – Index of Discovery)(Lyons, Tara) (Entered: 07/26/2022) |
| 07/26/2022 | 67 | | Minute Entry for proceedings held before Chief Judge J. Randal Hall: Voir Dire, jury selection and trial begun on 7/26/2022 Sammie Lee Sias (1) on Counts 1 and 2 (Court Reporter Lisa Davenport.) (lcw) (Entered: 08/02/2022) |
| 07/26/2022 | | | ORAL ORDER granting 63 Motion in Limine as to Sammie Lee Sias (1) by Chief Judge J. Randal Hall on 07/26/2022. (lcw) (Entered: 08/04/2022) |
| 07/27/2022 | 68 | | Minute Entry for proceedings held before Chief Judge J. Randal Hall: Jury Trial held as to Sammie Lee Sias held on 7/27/2022 (Court Reporter Lisa Davenport.) (lcw) (Entered: 08/02/2022) |
| 07/28/2022 | 69 | | Minute Entry for proceedings held before Chief Judge J. Randal Hall: Jury Trial held as to Sammie Lee Sias held on 7/28/2022 (Court Reporter Lisa Davenport.) (lcw) (Entered: 08/02/2022) |
| 07/29/2022 | 70 | | Minute Entry for proceedings held before Chief Judge J. Randal Hall: Jury Trial concluded as to Sammie Lee Sias held on 7/29/2022 (Court Reporter Lisa Davenport.) (lcw) (Entered: 08/02/2022) |
| 08/02/2022 | 71 | | Jury Impaneled as to Sammie Lee Sias (lcw) (Entered: 08/02/2022) |

| 08/02/2022 | 72 | | Jury List as to Sammie Lee Sias (lcw) (Entered: 08/02/2022) |
|---|---|---|---|
| 08/02/2022 | 73 | | Jury Panel Record as to Sammie Lee Sias (lcw) (Entered: 08/02/2022) |
| 08/02/2022 | 74 | | WITNESS LIST by USA as to Sammie Lee Sias (lcw) (Entered: 08/02/2022) |
| 08/02/2022 | 75 | | EXHIBIT LIST by USA as to Sammie Lee Sias (lcw) (Entered: 08/02/2022) |
| 08/02/2022 | 76 | | EXHIBIT LIST by Sammie Lee Sias (lcw) (Entered: 08/02/2022) |
| 08/02/2022 | 77 | | WITNESS LIST by Sammie Lee Sias (lcw) (Entered: 08/02/2022) |
| 08/02/2022 | 78 | | JURY VERDICT as to Sammie Lee Sias (1) Guilty on Count 1,2. (lcw) (Additional attachment(s) added on 8/2/2022: # 1 Supplement Unredacted Verdict) (lcw). (Entered: 08/02/2022) |
| 08/02/2022 | 79 | | Jury Charges as to Sammie Lee Sias (lcw) (Entered: 08/02/2022) |
| 08/12/2022 | 81 | | MOTION for New Trial by Kenneth D. Crowder as to Sammie Lee Sias. Responses due by 8/26/2022. (Crowder, Kenneth) (Entered: 08/12/2022) |
| 08/12/2022 | 87 | | Pro Se MOTION for New Counsel (Document Sealed). REFERRED to Judge Brian K. Epps. (pts) (Entered: 08/31/2022) |
| 08/26/2022 | 84 | | RESPONSE to Motion by USA as to Sammie Lee Sias re 81 MOTION for New Trial (Rhodes, Patricia) (Entered: 08/26/2022) |
| 08/31/2022 | 86 | | CJA 23 Financial Affidavit by Sammie Lee Sias. (maa) (Entered: 08/31/2022) |
| 08/31/2022 | | | Attorney update in case as to Sammie Lee Sias. Attorney Jesse Weatherspoon Owen for Sammie Lee Sias added. Attorney Kenneth D. Crowder and David Mitchell Stewart terminated. (pts) (Entered: 08/31/2022) |
| 08/31/2022 | 88 | | ORDER permitting retained counsel to withdraw and granting 87 Motion to Appoint Counsel as to Sammie Lee Sias (1). Attorney Jesse W. Owen is Appointed as defense counsel. Further, the Courtstays ruling on 81 Motion for New Trial and extends nunc pro tunc the deadline for filing a motion for new trial through and including October 14, 2022. 82 Exparte Motion is terminated. Signed by Magistrate Judge Brian K. Epps on 8/31/2022. (pts) (Entered: 08/31/2022) |
| 08/31/2022 | 89 | | Notice to CJA Counsel: CJA Packet attached including Post−Conviction Obligations – CLICK HERE TO READ.. (pts) (Entered: 08/31/2022) |
| 08/31/2022 | | | Set/Reset Deadlines as to Sammie Lee Sias: Motions due by 10/14/2022. (pts) (Entered: 08/31/2022) |
| 09/27/2022 | 90 | | Initial Presentence Investigation Report as to Sammie Lee Sias (USPO) (Entered: 09/27/2022) |
| 10/07/2022 | | | NOTICE OF STANDING ORDER MC122−20 in re The National Emergency Declared on March 13, 2020: Tenth Renewal of the CARES Act Order. The authorizations contained in the Court's March 30, 2020 General Order (MC120−005), and renewed on June 20, 2020 (MC120−014), September 24, 2020 (MC120−021), December 21, 2020 (MC120−029), March 18, 2021 (MC121−10), June 17, 2021 (MC121−23), September 14, 2021 (MC121−27), December 9, 2021 (MC121−35), March 9, 2022 (MC122−8), and June 7, 2022 (MC122−14) are hereby renewed. This authority is effective for ninety days |

| | | | |
|---|---|---|---|
| | | | unless otherwise ordered (Click Here to View) (pts) (Entered: 10/07/2022) |
| 10/07/2022 | | | NOTICE OF STANDING ORDER MC122−20 in re The National Emergency Declared on March 13, 2020: Tenth Renewal of the CARES Act Order. The authorizations contained in the Court's March 30, 2020 General Order (MC120−005), and renewed on June 20, 2020 (MC120−014), September 24, 2020 (MC120−021), December 21, 2020 (MC120−029), March 18, 2021 (MC121−10), June 17, 2021 (MC121−23), September 14, 2021 (MC121−27), December 9, 2021 (MC121−35), March 9, 2022 (MC122−8), and June 7, 2022 (MC122−14) are hereby renewed. This authority is effective for ninety days unless otherwise ordered (Click Here to View) (pts) (Entered: 10/07/2022) |
| 10/14/2022 | 91 | | First MOTION for Extension of Time to File *Amended Motion for New Trial* by Jesse Weatherspoon Owen as to Sammie Lee Sias. Responses due by 10/28/2022. (Attachments: # 1 Text of Proposed Order Proposed Order)(Owen, Jesse) (Entered: 10/14/2022) |
| 10/14/2022 | | | MOTIONS as to Sammie Lee Sias REFERRED to Magistrate Judge: 91 First MOTION for Extension of Time to File *Amended Motion for New Trial*. (cmr) (Entered: 10/14/2022) |
| 10/14/2022 | 92 | | ORDER granting in part 91 Motion for Extension of Time to Amend the 81 Motion for New Trial as to Sammie Lee Sias (1). The current deadline is extended sixty−days through and including December 13, 2022. The Court continues the stay on a ruling on Defendant's motion for new trial. If no action is taken by December 13, 2022, the Court will proceed to rule on the pending motion for new trial. Signed by Magistrate Judge Brian K. Epps on 10/14/2022. (jlh) (Entered: 10/14/2022) |
| 10/14/2022 | | | Set/Reset Deadlines as to Sammie Lee Sias: Compliance re 92 Order due by 12/13/2022. (jlh) (Entered: 10/14/2022) |
| 10/16/2022 | 93 | | MOTION for Leave of Absence as to USA for dates of : November 21, 2022, through and including November 25, 2022 by on behalf of USA. Responses due by 10/30/2022. (Attachments: # 1 Proposed Order)(Lyons, Tara) (Entered: 10/16/2022) |
| 10/17/2022 | 94 | | ORDER granting re 93 Motion for Leave of Absence for the dates of November 21, 2022 through November 25, 2022 as to Sammie Lee Sias (1). Signed by Chief Judge J. Randal Hall on 10/17/22. (loh) (Entered: 10/17/2022) |
| 10/21/2022 | 95 | | Final Presentence Investigation Report as to Sammie Lee Sias (USPO) (Entered: 10/21/2022) |
| 12/01/2022 | 96 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Ex Parte Proceedings as to Sammie Lee Sias held on 8/30/2022, before Judge BKE. Court Reporter/Transcriber Lisa Davenport, Telephone number 706−823−6468. Tape Number: FTR. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. (Transcript Redaction Policy Issued or Click here to view Transcript Redaction Policy) Redaction Request due 12/22/2022. Redacted Transcript Deadline set for 1/1/2023. (Davenport, Lisa) (Entered: 12/01/2022) |
| 12/01/2022 | 97 | | |

|            |     |   | |
|------------|-----|---|---|
|            |     |   | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Pretrial Proceedings as to Sammie Lee Sias held on 7/14/2022, before Judge JRH. Court Reporter/Transcriber Lisa Davenport, Telephone number 706–823–6468. Tape Number: FTR. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. (Transcript Redaction Policy Issued or Click here to view Transcript Redaction Policy) Redaction Request due 12/22/2022. Redacted Transcript Deadline set for 1/1/2023. Release of Transcript Restriction set for 3/1/2023. (Davenport, Lisa) (Entered: 12/01/2022) |
| 12/02/2022 |     |   | NOTICE OF STANDING ORDER MC122–25 in re The National Emergency Declared on March 13, 2020: Eleventh Renewal of the CARES Act Order. The authorizations contained in the Court's March 30, 2020 General Order (MC120–005), and renewed on June 20, 2020 (MC120–014), September 24, 2020 (MC120–021), December 21, 2020 (MC120–029), March 18, 2021 (MC121–10), June 17, 2021 (MC121–23), September 14, 2021 (MC121–27), December 9, 2021 (MC121–35), March 9, 2022 (MC122–8), June 7, 2022 (MC122–14), and September 6, 2022 (MC122–20) are hereby renewed. This authority is effective for ninety days unless otherwise ordered (Click Here to View) (pts) (Entered: 12/21/2022) |
| 12/08/2022 | 98  |   | Second MOTION for Extension of Time to File *Amended Motion for New Trial* by Jesse Weatherspoon Owen as to Sammie Lee Sias. Responses due by 12/22/2022. (Attachments: # 1 Exhibit Email from Court Reporter, # 2 Text of Proposed Order Proposed Order)(Owen, Jesse) (Entered: 12/08/2022) |
| 12/09/2022 |     |   | MOTIONS as to Sammie Lee Sias REFERRED to Magistrate Judge: 98 Second MOTION for Extension of Time to File *Amended Motion for New Trial* (pts) (Entered: 12/09/2022) |
| 12/09/2022 | 99  |   | ORDER granting re 98 Motion for Extension of Time to File Amended Motion for New Trial as to Sammie Lee Sias. The current deadline is extended ninety days, through and including March 9, 2023. Should it become apparent the necessary information will not be available by that deadline, counsel may file another motion for extension. If no action is taken by March 9, 2023, the Court will proceed to rule on the pending re 81 motion for new trial. Signed by Magistrate Judge Brian K. Epps on 12/9/22. (loh) (Entered: 12/09/2022) |
| 12/09/2022 |     |   | Set/Reset Deadlines as to Sammie Lee Sias: Amended Motion for New Trial due by 3/9/2023. (loh) (Entered: 12/09/2022) |
| 12/14/2022 | 100 |   | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Jury Selection Proceedings as to Sammie Lee Sias held on 7/26/2022, before Judge JRH. Court Reporter/Transcriber Lisa Davenport, Telephone number 706–823–6468. Tape Number: FTR. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. (Transcript Redaction Policy Issued or Click here to view Transcript Redaction Policy) Redaction Request due 1/4/2023. Redacted Transcript Deadline set for 1/14/2023. Release of Transcript Restriction set for 3/14/2023. (Davenport, Lisa) (Entered: 12/14/2022) |
| 01/12/2023 | 101 |   | |

| | | | |
|---|---|---|---|
| | | | MOTION for Leave of Absence as to USA for dates of : February 22, 2023 through and including February 24, 2023 by on behalf of USA. Responses due by 1/26/2023. (Attachments: # 1 Proposed Order)(Lyons, Tara) (Entered: 01/12/2023) |
| 01/12/2023 | 102 | | MOTION for Leave of Absence as to USA for dates of : May 1, 2023 through May 19, 2023 by on behalf of USA. Responses due by 1/26/2023. (Attachments: # 1 Text of Proposed Order)(Rhodes, Patricia) Modified on 1/17/2023 (thb). (Entered: 01/12/2023) |
| 01/17/2023 | 104 | | MOTION for Leave of Absence as to USA for dates of : February 28, 2023 through and including March 1, 2023 by on behalf of USA. Responses due by 1/31/2023. (Attachments: # 1 Proposed Order)(Lyons, Tara) (Entered: 01/17/2023) |
| 01/17/2023 | 105 | | ORDER granting 101 Motion for Leave of Absence as to Sammie Lee Sias (1) for dates of February 22, 2023 through and including February 24, 2023 re Tara Lyons. Signed by Chief Judge J. Randal Hall on 01/17/2023. (thb) (Entered: 01/17/2023) |
| 01/19/2023 | 106 | | ORDER granting re 102 Motion for Leave of Absence for the dates of May 1, 2023 through May 19, 2023 as to Sammie Lee Sias (1). Signed by Chief Judge J. Randal Hall on 1/19/23. (loh) (Entered: 01/19/2023) |
| 01/19/2023 | 107 | | ORDER granting 104 Motion for Leave of Absence for AUSA Tara M. Lyons as to Sammie Lee Sias (1) for the following periods: February 28, 2023 through March 1, 2023. Signed by Chief Judge J. Randal Hall on 01/19/2023. (jlh) (Entered: 01/19/2023) |
| 01/29/2023 | 108 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Jury Trial Proceedings as to Sammie Lee Sias held on 7/26/22 – 7/29/22, before Judge JRH. Court Reporter/Transcriber Lisa Davenport, Telephone number 706–823–6468. Tape Number: FTR. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. (Transcript Redaction Policy Issued or Click here to view Transcript Redaction Policy) Redaction Request due 2/21/2023. Redacted Transcript Deadline set for 3/1/2023. Release of Transcript Restriction set for 5/1/2023. (Davenport, Lisa) (Entered: 01/29/2023) |
| 03/07/2023 | | | NOTICE OF STANDING ORDER MC123–007 in re The National Emergency Declared on March 13, 2020: Twelfth Renewal of the CARES Act Order. The authorizations contained in the Court's March 30, 2020 General Order (MC120–005), and renewed on June 20, 2020 (MC120–014), September 24, 2020 (MC120–021), December 21, 2020 (MC120–029), March 18, 2021 (MC121–10), June 17, 2021 (MC121–23), September 14, 2021 (MC121–27), December 9, 2021 (MC121–35), March 9, 2022 (MC122–8), June 7, 2022 (MC122–14), September 6, 2022 (MC122–20), and December 2, 2022 (MC122–025) are hereby renewed. This authority is effective for ninety days unless otherwise ordered (Click Here to View). Signed by Chief Judge J. Randal Hall on 3/2/2023. (kjm) (Entered: 03/07/2023) |
| 03/09/2023 | 109 | | Second MOTION for New Trial by Jesse Weatherspoon Owen as to Sammie Lee Sias. Responses due by 3/23/2023. (Attachments: # 1 Affidavit Affidavit of Defendant, # 2 Exhibit Subpoena, # 3 Exhibit Chain of Custody)(Owen, |

| | | | |
|---|---|---|---|
| | | | Jesse) (Entered: 03/09/2023) |
| 03/10/2023 | | | Terminate Deadlines and Hearings as to Sammie Lee Sias: Expired deadline. (csr) (Entered: 03/10/2023) |
| 03/14/2023 | 110 | | MOTION for Extension of Time to File Response/Reply as to 109 Second MOTION for New Trial by Patricia Green Rhodes as to Sammie Lee Sias. Responses due by 3/28/2023. (Attachments: # 1 Text of Proposed Order)(Rhodes, Patricia) (Entered: 03/14/2023) |
| 03/15/2023 | | | MOTIONS as to Sammie Lee Sias REFERRED to Magistrate Judge: 110 MOTION for Extension of Time to File Response/Reply as to 109 Second MOTION for New Trial (pts) (Entered: 03/15/2023) |
| 03/15/2023 | 111 | | ORDER granting re 110 Motion for Extension of Time to File Response as to 109 Second MOTION for New Trial as to Sammie Lee Sias. The government shall have through and including May 22, 2023, to file its response. Signed by Magistrate Judge Brian K. Epps on 3/15/23. (loh) (Entered: 03/15/2023) |
| 03/15/2023 | | | Set/Reset Deadline re Motion in case as to Sammie Lee Sias 109 Second MOTION for New Trial. Responses due by 5/22/2023. (loh) (Entered: 03/15/2023) |
| 03/31/2023 | 112 | | MOTION for Leave of Absence as to USA for dates of : May 1, 2023 through and including May 5, 2023; May 30, 2023 through and including June 2, 2023 and August 14, 2023 through and including August 18, 2023 by on behalf of USA. Responses due by 4/14/2023. (Attachments: # 1 Proposed Order)(Lyons, Tara) (Entered: 03/31/2023) |
| 03/31/2023 | 113 | | ORDER granting re 112 Motion for Leave of Absence for the dates of May 1, 2023 through May 5, 2023; May 30, 2023 through June 2, 2023; and August 14, 2023 through August 18, 2023 as to Sammie Lee Sias (1). Signed by Chief Judge J. Randal Hall on 3/31/23. (loh) (Entered: 03/31/2023) |
| 05/18/2023 | 114 | | RESPONSE to Motion by USA as to Sammie Lee Sias re 109 Second MOTION for New Trial (Rhodes, Patricia) (Entered: 05/18/2023) |
| 05/31/2023 | 115 | | ORDER denying 81 Motion for New Trial; denying 109 Motion for New Trial as to Sammie Lee Sias (1). Signed by Chief Judge J. Randal Hall on 5/31/2023. (maa) (Entered: 05/31/2023) |
| 06/01/2023 | 116 | | NOTICE OF HEARING as to Sammie Lee Sias. Sentencing set for 6/20/2023 10:00 AM in Augusta – 2nd Floor before Chief Judge J. Randal Hall. (lcw) (Entered: 06/01/2023) |
| 06/20/2023 | 117 | | Minute Entry for proceedings held before Chief Judge J. Randal Hall: Sentencing held on 6/20/2023 for Sammie Lee Sias (1). As to Count 1, Def sentenced to 36 months custody BOP to be served concurrently with Count 2; 3 years supervised release to be concurrently with Count 2; $5000 fine; $100 special assessment. As to Count 2, Def sentenced to 36 months custody BOP to be served concurrently with Count 1; 3 years supervised release to be concurrently with Count 1; $100 special assessment. Def is to self report by 2:00 pm 08/21/2023. (Court Reporter FTR.) (lcw) (Entered: 06/20/2023) |
| 06/20/2023 | 118 | | JUDGMENT as to Sammie Lee Sias (1), Count(s) 1, 36 months custody BOP to be served concurrently with Count 2; 3 years supervised release to be |

| | | | |
|---|---|---|---|
| | | | concurrently with Count 2; $5000 fine; $100 special assessment; Count(s) 2, 36 months custody BOP to be served concurrently with Count 1; 3 years supervised release to be concurrently with Count 1; $100 special assessment. Signed by Chief Judge J. Randal Hall on 6/20/2023. (gmh) (Entered: 06/20/2023) |
| 06/30/2023 | 119 | | NOTICE OF APPEAL by Sammie Lee Sias (Owen, Jesse) (Entered: 06/30/2023) |
| 06/30/2023 | | | Set/Reset Deadlines as to Sammie Lee Sias: Compliance due by 7/14/2023 re Eleventh Circuit Transcript Information Form. (thb) (Entered: 06/30/2023) |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | CR. 1:21-00048 |
| v. | ) | |
| | ) | |
| SAMMIE LEE SIAS, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that SAMMIE LEE SIAS, Defendant, in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on the 20th day of June, 2023.

This 30th day of June, 2023.

> s/Jesse W. Owen
> Georgia Bar No. 556225
> Jesse W. Owen, P.C.
> 3540 Wheeler Road, Suite 315
> Augusta, Georgia 30909
> Attorney for Defendant

## <u>CERTIFICATE OF SERVICE</u>

THIS IS TO CERTIFY that this pleading has been served on all parties in accordance with the Notice of Electronic Filing requirements of the United States District Court which was generated as a result of the electronic filing in this Court.

This 30th day of June, 2023.

<u>s/Jesse W. Owen</u>

GAS 245B      (Rev. 07/22) Judgment in a Criminal Case
DC Custody TSR

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) |
| Sammie Lee Sias | ) |
|  | ) Case Number:   1:21CR00048-1 |
|  | ) |
|  | ) USM Number:   58548-509 |
|  | ) |
|  | ) |

Jesse Weatherspoon Owen
Defendant's Attorney

## THE DEFENDANT:

☐ pleaded guilty to Count(s) _____

☐ pleaded nolo contendere to Count(s) _____ which was accepted by the court.

☒ was found guilty on Counts 1 and 2 after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1519 | Destruction, alteration, or falsification of records in a federal investigation | August 5, 2019 | 1 |
| 18 U.S.C. § 1001(a)(2) | False statement or representation made to a department or agency of the United States | August 9, 2019 | 2 |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on Count(s) _____

☐ Count(s) _____ of the Indictment shall be dismissed as to this defendant on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

June 20, 2023
Date of Imposition of Judgment

Signature of Judge

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
Name and Title of Judge

6/20/2023
Date

GAS 245B
DC Custody TSR
(Rev. 07/22) Judgment in a Criminal Case
Case 1:21-cr-00048-RJL Document 108 Filed 06/30/23 Page 2 of 25
Judgment — Page 2 of 7

DEFENDANT:        Sammie Lee Sias
CASE NUMBER:    1:21CR00048-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>36 months as to each of Counts 1 and 2, to be served concurrently.</u>

☒    The Court makes the following recommendations to the Bureau of Prisons: It is recommended that the defendant be designated to a Bureau of Prisons facility in Estill, South Carolina, subject to capacity or any other regulation affecting such a designation.

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

        ☐   at _____ ☐ a.m. ☐ p.m.   on _____ .

        ☐   as notified by the United States Marshal.

☒    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        ☒   before 2 p.m. on _____ Monday, August 21, 2023 _____ .

        ☐   as notified by the United States Marshal.

        ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                                     UNITED STATES MARSHAL

                      By _____

                                    DEPUTY UNITED STATES MARSHAL

GAS 245B    (Rev. 07/22) Judgment in a Criminal Case

DC Custody TSR                                                                Judgment — Page 3 of 7

DEFENDANT:          Sammie Lee Sias
CASE NUMBER:      1:21CR00048-1

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: <u>3 years as to each of Counts 1 and 2, to be served concurrently.</u>

# MANDATORY CONDITIONS

1.     You must not commit another federal, state, or local crime.
2.     You must not unlawfully possess a controlled substance.
3.     You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests, thereafter, as determined by the court.
        ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(Check, if applicable.)*
4.     ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(Check, if applicable.)*
5.     ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*
6.     ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(Check, if applicable.)*
7.     ☐ You must participate in an approved program for domestic violence. *(Check, if applicable.)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

GAS 245B
DC Custody TSR
(Rev. 07/22) Judgment in a Criminal Case

Judgment — Page 4 of 7

DEFENDANT: Sammie Lee Sias
CASE NUMBER: 1:21CR00048-1

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e. anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as a nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting permission from the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified that person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provide me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

GAS 245B
DC Custody TSR

(Rev. 07/22) Judgment in a Criminal Case

DEFENDANT:        Sammie Lee Sias
CASE NUMBER:      1:21CR00048-1

# SPECIAL CONDITIONS OF SUPERVISION

1. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

2. You must pay the financial penalty in accordance with the Schedule of Payments sheet of this judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

3. You must submit your person, property, house, residence, office, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

4. A curfew is imposed as a special condition of supervised release. You must comply with the conditions of a curfew from 10:00 p.m. until 6:00 a.m. for the period of supervision. During this time, you will remain at your place of residence at all times and shall not leave except when such leave is approved in advance by the probation officer.

GAS 245B
DC Custody TSR
(Rev. 07/22) Judgment in a Criminal Case

Judgment — Page 6 of 7

DEFENDANT: Sammie Lee Sias
CASE NUMBER: 1:21CR00048-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment ** |
|---|---|---|---|---|---|
| TOTALS | $200 |  | $5,000 |  |  |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
|  |  |  |  |
| TOTALS | $ | $ |  |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☒ the interest requirement is waived for the   ☒ fine   ☐ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

GAS 245B
(Rev. 07/22) Judgment in a Criminal Case
DC Custody TSR

Judgment — Page 7 of 7

DEFENDANT:          Sammie Lee Sias
CASE NUMBER:        1:21CR00048-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☒  Lump sum payment of $ __200__ due immediately, balance due

         ☐  not later than _____ , or
         ☒  in accordance  ☐ C,  ☐ D,  ☐ E, or  ☒ F below; or

**B**  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☒  Special instructions regarding the payment of criminal monetary penalties:

         While in the custody of the Bureau of Prisons, the defendant shall make payments of either quarterly installments of a minimum of $25 if working non-UNICOR or a minimum of 50 percent of monthly earnings if working UNICOR. Upon release from imprisonment and while on supervised release, the defendant shall make minimum monthly payments of $200 over a period of 25 months. Payments are to be made payable to the Clerk, United States District Court.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several
     Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA Assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 121-048 |
| | ) | |
| SAMMIE LEE SIAS | ) | |

_____

**O R D E R**

_____

At the joint request of Defendant and his retained counsel, and for the reasons stated on the record during the *ex parte* hearing on August 30, 2022, the Court permits retained counsel to withdraw from representing Defendant. The Court **GRANTS** Defendant's motion for court-appointed counsel, (doc. no. 87), and **APPOINTS** Jesse W. Owen, 3540 Wheeler Road, Suite 315, Augusta, Georgia 30909, as defense counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Retained counsel shall immediately contact Mr. Owen and coordinate transfer of the case file. The Court **DIRECTS** the Clerk of Court to update the docket to reflect this change in counsel, and to terminate the motion for an *ex parte* hearing. (Doc. no. 82.)

The Court **STAYS** a ruling on Defendant's motion for new trial, (doc. no. 81), and **EXTENDS**, *nunc pro tunc*, the deadline for filing a motion for new trial through and including October 14, 2022, for the purpose of allowing newly appointed counsel to determine whether to supplement, replace, or withdraw the pending motion. If no action is taken by the extended deadline, the Court will proceed to rule on the pending motion for new trial.

SO ORDERED this 31st day of August, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA