08/06/2019, 00:04:07.266, 15 Jan 2013 Update Meeting.docx, file_deleted; file_closed
08/06/2019, 00:04:07.266, 2012 Rules of Usage.docx, file_deleted; file_closed
08/06/2019, 00:04:07.266, 2013 Rules of Usage.docx, file_deleted; file_closed
08/06/2019, 00:04:07.266, Agenda Exec Meeting 9 Nov  09.docx, file_deleted; file_closed
08/06/2019, 00:04:07.266, SCA (2).pptx, file_deleted; file_closed
08/06/2019, 00:04:07.266, SCA-JT.ppt, file_deleted; file_closed
08/06/2019, 00:04:07.266, SCA-JT.pptx, file_deleted; file_closed
08/06/2019, 00:04:07.266, SCA2.pptx, file_deleted; file_closed
08/06/2019, 00:04:07.266, SCA21.pptx, file_deleted; file_closed
08/06/2019, 00:04:07.266, Rock of Ages, file_deleted; file_closed
08/06/2019, 00:04:07.266, Articles of Incorporation.doc, file_deleted; file_closed
08/06/2019, 00:04:07.266, Boilerplate Bylaws[1].doc, file_deleted; file_closed
08/06/2019, 00:04:07.281, By Laws Extra.doc, file_deleted; file_closed
08/06/2019, 00:04:07.281, By-Laws Jamestown CC Ed & Rec Fund.doc, file_deleted; file_closed
08/06/2019, 00:04:07.281, Conflict of Interest.doc, file_deleted; file_closed
08/06/2019, 00:04:07.281, f1023.pdf, file_deleted; file_closed
08/06/2019, 00:04:07.281, SCA Jamestown C.C. Fund, file_deleted; file_closed
08/06/2019, 00:04:07.281, Computer Lab.xlsx, file_deleted; file_closed
08/06/2019, 00:04:07.281, Conference Room.xlsx, file_deleted; file_closed
08/06/2019, 00:04:07.281, Game Room.xlsx, file_deleted; file_closed
08/06/2019, 00:04:07.281, Main Room.xlsx, file_deleted; file_closed
08/06/2019, 00:04:07.281, Schedule, file_deleted; file_closed
08/06/2019, 00:04:07.281, Presentation1.pptx, file_deleted; file_closed
08/06/2019, 00:04:07.281, Project Listing By Invoice Num..xlsx, file_deleted; file_closed
08/06/2019, 00:04:07.281, SPLOST VI  Special Project Update February 2015.docx, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-001 Computer Lab Air Conditioning.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-002 Electrical Upgrades.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-003 General Facility Upgrades.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-004  Computer Lab.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-005 Stainless Steel Refrigerator.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-006 Stainless Steel Sinks and Shelves.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-007 Lectern.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-008  Washer and Dryer Set.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-009  Video Projector and Screen.doc, file_deleted; file_closed

08/06/2019, 00:04:07.297, 2014-010  Tile in Main Room.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-011 Phase 1 of 2  Roof - Slanted Metal.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-012  SCA  Center Renovations 2012.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-013  Floor Tile and Painting in Main Room.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-014  Fence Relocation and Field Preparation.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-015  Ceiling Tiles and  Insulation in Main Room.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-016 Stainless Steel Griddle, Tables, Vent Fans.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-017 Phase 2 of 2  Roof - Slanted Metal.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-018 Electrical Upgrades.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-019 Video Enhancement - Mobile Flat Screen -  TV, Internet, Computer Monitor.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-020 HVAC work.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-021  Painting.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-022  Playground Fence Repair.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-023  Electronic and Computer Enhancements.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-024  Roof Repair.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-025  Microwave.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-026  Front Windows Repair.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, 2014-027  Exhaust Fans.doc, file_deleted; file_closed
08/06/2019, 00:04:07.297, Invoices SPLOST VI  150K, file_deleted; file_closed
08/06/2019, 00:04:07.297, AC Diagram-Main Room.xls, file_deleted; file_closed
08/06/2019, 00:04:07.313, AC Exchange Specs.docx, file_deleted; file_closed
08/06/2019, 00:04:07.313, AC Punch List.docx, file_deleted; file_closed
08/06/2019, 00:04:07.313, Agenda_Meeting SPLOST VI 18 Feb 14.pdf, file_deleted; file_closed
08/06/2019, 00:04:07.313, Breakdown of Individual SPLOST VI ProjectsApril 2014.docx, file_deleted; file_closed
08/06/2019, 00:04:07.313, Field Layout.docx, file_deleted; file_closed
08/06/2019, 00:04:07.313, Final Draw for SPLOST.docx, file_deleted; file_closed
08/06/2019, 00:04:07.313, Jamestown  SPLOT VI HVAC Project #1 Back-Up.doc, file_deleted; file_closed
08/06/2019, 00:04:07.313, Jamestown  SPLOT VI HVAC Project #1.doc, file_deleted; file_closed
08/06/2019, 00:04:07.313, Jamestown Kitchen Expansion.pptx, file_deleted; file_closed
08/06/2019, 00:04:07.313, Kitchen Expansion.docx, file_deleted; file_closed
08/06/2019, 00:04:07.313, Liability Release.docx, file_deleted; file_closed
08/06/2019, 00:04:07.313, Master Plan SPLOST VI Projects 2014 -150K.docx, file_deleted; file_closed
08/06/2019, 00:04:07.313, Maurice McDowell SPLOST VI Meeting 28 Nov  11.docx, file_deleted; file_closed
08/06/2019, 00:04:07.313, Meeting notes for Aug 8, 2014.docx, file_deleted; file_closed

08/06/2019, 00:04:07.313, Planning - 5 Year Plan.docx, file_deleted; file_closed
08/06/2019, 00:04:07.313, Planning 5 Year Layout-2.xlsx, file_deleted; file_closed
08/06/2019, 00:04:07.313, Planning 5 Year Layout.xls, file_deleted; file_closed
08/06/2019, 00:04:07.313, Planning 5 Year Layout.xlsx, file_deleted; file_closed
08/06/2019, 00:04:07.313, Project Discription 2012.xls, file_deleted; file_closed
08/06/2019, 00:04:07.313, SPLOST Capital Improvement Pre-Construction Meeting 27 March 2014.rtf, file_deleted; file_closed
08/06/2019, 00:04:07.313, SPLOST Reimburement Request.docx, file_deleted; file_closed
08/06/2019, 00:04:07.313, SPLOST VI  150K Projects Aug 2013.xlsx, file_deleted; file_closed
08/06/2019, 00:04:07.313, SPLOST VI  Contract Projects 150K March 2014.xlsx, file_deleted; file_closed
08/06/2019, 00:04:07.313, SPLOST VI  June 14 UPDATED Contract Projects 150K March 2014.xlsx, file_deleted; file_closed
08/06/2019, 00:04:07.313, SPLOST VI Projects 13 Sept 2013.docx, file_deleted; file_closed
08/06/2019, 00:04:07.313, SPLOST VI Projects 26 Dec 13-150K.docx, file_deleted; file_closed
08/06/2019, 00:04:07.313, SPLOST VI Projects 3rd Revision 13 Sept 2013.docx, file_deleted; file_closed
08/06/2019, 00:04:07.313, SPLOST VI Projects 75K  Feb 24, 2014.docx, file_deleted; file_closed
08/06/2019, 00:04:07.313, SPLOST VI Projects with 150 to ADMIN Sept 13.docx, file_deleted; file_closed
08/06/2019, 00:04:07.313, SPLOST VI Projects with 32K.docx, file_deleted; file_closed
08/06/2019, 00:04:07.313, SPLOST VII - 5 Year Plan.docx, file_deleted; file_closed
08/06/2019, 00:04:07.328, 20 Sep Meeting.docx, file_deleted; file_closed
08/06/2019, 00:04:07.328, Guard Rail Poles.docx, file_deleted; file_closed
08/06/2019, 00:04:07.328, Jamestown Gas Furnace Invoice.doc, file_deleted; file_closed
08/06/2019, 00:04:07.328, Jamestown_Comm_Cen_1_22_08.docx, file_deleted; file_closed
08/06/2019, 00:04:07.328, Jan 08 Report.docx, file_deleted; file_closed
08/06/2019, 00:04:07.328, PaymentRequest PO# P166152.docx, file_deleted; file_closed
08/06/2019, 00:04:07.328, Progress Report SPLOST VI  Part 1.doc, file_deleted; file_closed
08/06/2019, 00:04:07.328, SPLOST VI Request To Admin (Orginal for review).docx, file_deleted; file_closed
08/06/2019, 00:04:07.328, History, file_deleted; file_closed
08/06/2019, 00:04:07.328, 101  Bank Account Start Up Ck#B-Draft.doc, file_deleted; file_closed
08/06/2019, 00:04:07.328, 102  Return Filter System Ck#1001.doc, file_deleted; file_closed
08/06/2019, 00:04:07.328, 103  Facial Board and Rear Porch Ck#1002.doc, file_deleted; file_closed
08/06/2019, 00:04:07.328, 104  Walking Track and Inside Demolition Ck#1004.doc, file_deleted; file_closed
08/06/2019, 00:04:07.328, 105  Kitchen Tile and Renovation Ck#1010.doc, file_deleted; file_closed
08/06/2019, 00:04:07.328, 106  New Gas Stove Ck#1010.doc, file_deleted; file_closed
08/06/2019, 00:04:07.328, 107  Main Room Renovations Ck#1012.doc, file_deleted; file_closed
08/06/2019, 00:04:07.328, 108 Stove Hood-Exhaust Fan-Intake Hood Ck#1013.doc, file_deleted; file_closed

08/06/2019, 00:04:07.563, Invoices for 131,500K, file_deleted; file_closed
08/06/2019, 00:04:07.563, Invoices for 32,260K, file_deleted; file_closed
08/06/2019, 00:04:07.578, Invoices for SPLOST VI Part 1, file_deleted; file_closed
08/06/2019, 00:04:07.578, New folder, file_deleted; file_closed
08/06/2019, 00:04:07.578, AC Diagram-Main Room.xls, file_deleted; file_closed
08/06/2019, 00:04:07.578, AC Exchange Specs.docx, file_deleted; file_closed
08/06/2019, 00:04:07.578, AC Punch List.docx, file_deleted; file_closed
08/06/2019, 00:04:07.578, Field Layout.docx, file_deleted; file_closed
08/06/2019, 00:04:07.594, Jamestown  SPLOT VI HVAC Project #1 Back-Up.doc, file_deleted; file_closed
08/06/2019, 00:04:07.594, Jamestown  SPLOT VI HVAC Project #1.doc, file_deleted; file_closed
08/06/2019, 00:04:07.594, Planning - 5 Year Plan.docx, file_deleted; file_closed
08/06/2019, 00:04:07.594, Planning 5 Year Layout-2.xlsx, file_deleted; file_closed
08/06/2019, 00:04:07.594, Planning 5 Year Layout.xls, file_deleted; file_closed
08/06/2019, 00:04:07.594, Planning 5 Year Layout.xlsx, file_deleted; file_closed
08/06/2019, 00:04:07.594, Project Discription 2012.xls, file_deleted; file_closed
08/06/2019, 00:04:07.594, SPLOST Capital Improvement Pre-Construction Meeting 27 March 2014.rtf, file_deleted; file_closed
08/06/2019, 00:04:07.594, SPLOST Reimburement Request.docx, file_deleted; file_closed
08/06/2019, 00:04:07.594, AC Diagram-Main Room.xls, file_deleted; file_closed
08/06/2019, 00:04:07.594, AC Exchange Specs.docx, file_deleted; file_closed
08/06/2019, 00:04:07.594, AC Punch List.docx, file_deleted; file_closed
08/06/2019, 00:04:07.609, Agenda_Meeting SPLOST VI 18 Feb 14.pdf, file_deleted; file_closed
08/06/2019, 00:04:07.609, Breakdown of Individual SPLOST VI ProjectsApril 2014.docx, file_deleted; file_closed
08/06/2019, 00:04:07.609, Field Layout.docx, file_deleted; file_closed
08/06/2019, 00:04:07.609, Final Draw SPLOST VI  2 May 2014.rtf, file_deleted; file_closed
08/06/2019, 00:04:07.609, Jamestown  SPLOT VI HVAC Project #1 Back-Up.doc, file_deleted; file_closed
08/06/2019, 00:04:07.609, Jamestown  SPLOT VI HVAC Project #1.doc, file_deleted; file_closed
08/06/2019, 00:04:07.609, Jamestown Kitchen Expansion.pptx, file_deleted; file_closed
08/06/2019, 00:04:07.609, Kitchen Expansion.docx, file_deleted; file_closed
08/06/2019, 00:04:07.609, Liability Release.docx, file_deleted; file_closed
08/06/2019, 00:04:07.609, Master Plan SPLOST VI Projects 2014 -150K.docx, file_deleted; file_closed
08/06/2019, 00:04:07.609, Maurice McDowell SPLOST VI Meeting 28 Nov  11 (2).docx, file_deleted; file_closed
08/06/2019, 00:04:07.609, Maurice McDowell SPLOST VI Meeting 28 Nov  11.docx, file_deleted; file_closed
08/06/2019, 00:04:07.609, Planning - 5 Year Plan.docx, file_deleted; file_closed
08/06/2019, 00:04:07.609, Planning 5 Year Layout-2.xlsx, file_deleted; file_closed

08/06/2019, 00:04:07.609, Planning 5 Year Layout.xls, file_deleted; file_closed
08/06/2019, 00:04:07.609, Planning 5 Year Layout.xlsx, file_deleted; file_closed
08/06/2019, 00:04:07.609, Project Discription 2012.xls, file_deleted; file_closed
08/06/2019, 00:04:07.609, SPLOST Capital Improvement Pre-Construction Meeting 27 March 2014.rtf, file_deleted; file_closed
08/06/2019, 00:04:07.609, SPLOST Reimburement Request.docx, file_deleted; file_closed
08/06/2019, 00:04:07.609, SPLOST VI  150K Projects Aug 2013 (2).xlsx, file_deleted; file_closed
08/06/2019, 00:04:07.609, SPLOST VI  150K Projects Aug 2013.xlsx, file_deleted; file_closed
08/06/2019, 00:04:07.609, SPLOST VI  Contract Projects 150K March 2014.xlsx, file_deleted; file_closed
08/06/2019, 00:04:07.609, SPLOST VI  Projects 150K May 2 Update.xlsx, file_deleted; file_closed
08/06/2019, 00:04:07.609, SPLOST VI  Projects 150K May 22 Update for Finance.xlsx, file_deleted; file_closed
08/06/2019, 00:04:07.609, SPLOST VI Financial Update  22 May 2014.rtf, file_deleted; file_closed
08/06/2019, 00:04:07.625, SPLOST VI Projects 13 Sept 2013 (2).docx, file_deleted; file_closed
08/06/2019, 00:04:07.625, SPLOST VI Projects 13 Sept 2013.docx, file_deleted; file_closed
08/06/2019, 00:04:07.625, SPLOST VI Projects 26 Dec 13-150K.docx, file_deleted; file_closed
08/06/2019, 00:04:07.625, SPLOST VI Projects 3rd Revision 13 Sept 2013.docx, file_deleted; file_closed
08/06/2019, 00:04:07.625, SPLOST VI Projects 75K  Feb 24, 2014.docx, file_deleted; file_closed
08/06/2019, 00:04:07.625, SPLOST VI Projects with 150 to ADMIN Sept 13 (2).docx, file_deleted; file_closed
08/06/2019, 00:04:07.625, SPLOST VI Projects with 150 to ADMIN Sept 13.docx, file_deleted; file_closed
08/06/2019, 00:04:07.625, SPLOST VI Projects with 32K (2).docx, file_deleted; file_closed
08/06/2019, 00:04:07.625, SPLOST VI Projects with 32K.docx, file_deleted; file_closed
08/06/2019, 00:04:07.625, SPLOST VI Updated Meeting 2 May 2014.rtf, file_deleted; file_closed
08/06/2019, 00:04:07.625, SPLOST VII - 5 Year Plan.docx, file_deleted; file_closed
08/06/2019, 00:04:07.625, 20 Sep Meeting.docx, file_deleted; file_closed
08/06/2019, 00:04:07.625, Guard Rail Poles.docx, file_deleted; file_closed
08/06/2019, 00:04:07.625, Jamestown Gas Furnace Invoice.doc, file_deleted; file_closed
08/06/2019, 00:04:07.625, Jamestown_Comm_Cen_1_22_08.docx, file_deleted; file_closed
08/06/2019, 00:04:07.625, Jan 08 Report.docx, file_deleted; file_closed
08/06/2019, 00:04:07.625, PaymentRequest PO# P166152.docx, file_deleted; file_closed
08/06/2019, 00:04:07.625, Progress Report SPLOST VI  Part 1.doc, file_deleted; file_closed
08/06/2019, 00:04:07.625, SPLOST VI Request To Admin (Orginal for review).docx, file_deleted; file_closed
08/06/2019, 00:04:07.625, History, file_deleted; file_closed
08/06/2019, 00:04:07.641, 101  Bank Account Start Up Ck#B-Draft.doc, file_deleted; file_closed
08/06/2019, 00:04:07.641, 102  Return Filter System Ck#1001.doc, file_deleted; file_closed
08/06/2019, 00:04:07.641, 103  Facial Board and Rear Porch Ck#1002.doc, file_deleted; file_closed

08/06/2019, 00:04:08.172, ~WRL1206.tmp, file_deleted; file_closed
08/06/2019, 00:04:08.172, ~WRL1828.tmp, file_deleted; file_closed
08/06/2019, 00:04:08.172, ~WRL2923.tmp, file_deleted; file_closed
08/06/2019, 00:04:08.172, 20 Sep Meeting.docx, file_deleted; file_closed
08/06/2019, 00:04:08.172, Guard Rail Poles.docx, file_deleted; file_closed
08/06/2019, 00:04:08.188, Jamestown Gas Furnace Invoice.doc, file_deleted; file_closed
08/06/2019, 00:04:08.188, Jamestown_Comm_Cen_1_22_08.docx, file_deleted; file_closed
08/06/2019, 00:04:08.188, Jan 08 Report.docx, file_deleted; file_closed
08/06/2019, 00:04:08.188, PaymentRequest PO# P166152.docx, file_deleted; file_closed
08/06/2019, 00:04:08.188, Progress Report SPLOST VI  Part 1.doc, file_deleted; file_closed
08/06/2019, 00:04:08.188, SPLOST VI Request To Admin (Orginal for review).docx, file_deleted; file_closed
08/06/2019, 00:04:08.188, History, file_deleted; file_closed
08/06/2019, 00:04:08.188, 106  New Gas Stove Ck#1010.doc, file_deleted; file_closed
08/06/2019, 00:04:08.188, Invoices for 32,260K, file_deleted; file_closed
08/06/2019, 00:04:08.188, Invoices for SPLOST VI Part 1, file_deleted; file_closed
08/06/2019, 00:04:08.219, 1401 HVAC Mechanical Permit  Check # 1036.doc, file_deleted; file_closed
08/06/2019, 00:04:08.219, 1402 Electrical Permit Check # 1037.doc, file_deleted; file_closed
08/06/2019, 00:04:08.219, 1403 Building Material & Supplies # 1038.doc, file_deleted; file_closed
08/06/2019, 00:04:08.219, 1404 HVAC Equipment and Labor Check # 1039.doc, file_deleted; file_closed
08/06/2019, 00:04:08.219, SPLOST VI Invoices 150K, file_deleted; file_closed
08/06/2019, 00:04:08.219, SPLOST VI Capital Improvements, file_deleted; file_closed
08/06/2019, 00:04:08.281, SPLOST VI  Extra and Duplicate  Files, file_deleted; file_closed
08/06/2019, 00:04:08.281, SPLOST VI Old Current Info, file_deleted; file_closed
08/06/2019, 00:04:08.281, SPLOST VI Final, file_deleted; file_closed
08/06/2019, 00:04:08.297, 2012 Rules of Usage.docx, file_deleted; file_closed
08/06/2019, 00:04:08.297, Coordination 2012.docx, file_deleted; file_closed
08/06/2019, 00:04:08.297, General Rules of Usage.docx, file_deleted; file_closed
08/06/2019, 00:04:08.297, Links 2015.docx, file_deleted; file_closed
08/06/2019, 00:04:08.297, Martin Steppers 2015.docx, file_deleted; file_closed
08/06/2019, 00:04:08.297, Rules and standards 2013.docx, file_deleted; file_closed
08/06/2019, 00:04:08.297, Rules and standards.docx, file_deleted; file_closed
08/06/2019, 00:04:08.297, Stepper Schedule & Room.docx, file_deleted; file_closed
08/06/2019, 00:04:08.297, Team Elite Cheerleaders 2015.docx, file_deleted; file_closed
08/06/2019, 00:04:08.297, Steppers, file_deleted; file_closed