## AGREEMENT BETWEEEN AUGUSTA, GEORGIA AND THE SANDRIDGE COMMUNITY ASSOCIATION FOR CAPITAL IMPROVEMENT PROJECTS AT THE JAMESTOWN COMMUNITY PARK

THIS AGREEMENT is made and entered into this 18th day of March, 2014, by and between Augusta, Georgia (Augusta) and the Sandridge Community Association, Inc. (SCA). This agreement will remain into effect through the completion of the capital improvement projects as specified within the contents of this agreement.

WHEREAS, the SCA has maintained an operational agreement with Augusta since 1998, and;

WHEREAS, the SCA has identified a desire to staff and provide programs for the Jamestown Community Park, and;

WHEREAS, the SCA has determined that it would benefit to the taxpayers of the SCA and the Augusta Recreation, Parks and Facilities Department to jointly operate the Jamestown Community Park;

WHEREAS, the parties now desire to provide for capital improvements to the Jamestown Community Park, the parties hereby agree as follows:

1. SCA must submit a complete detailed description of the project which shall include, but not be limited to the following: a project timeline and detailed project budget.(Please note that the contingency amount cannot be more than ten percent (10%) of total funding amount.)

2. Funding will be made available as per attached guideline for dispersal of SPLOST Funds and on the following basis:

    A. There will be a total of One Hundred and Fifty Thousand dollars ($150,000.00) provided; said amount shall be dispersed in two equal payments of Seventy-Five Thousand dollars ($75,000.00).

    B. Said funds will be granted upon approval of project by the Administrator of Augusta, Georgia.

    C. Funding will then be granted to SCA in two lump sum payments of Seventy-Five Thousand dollars ($75,000.00). SCA will be required to provide a progress report on a quarterly basis. Funds will be disbursed once the report has been approved by the Administrator.

    D. The first payment of Seventy-Five Thousand dollars ($75,000.00) will be paid upon execution of the agreement and successful completion of a pre-construction conference. The second lump sum payment Seventy-Five Thousand dollars ($75,000.00), minus 5% until final project completion report received, shall be made upon substantial completion of the first allocation as authorized by the Director of Augusta's Recreation, Parks and Facilities Department.

   E. 5% of total project will be held until final project completion report has been submitted and approved by the Administrator.

   F. Projects that make no funding requests for more than one (1) year after initial funding or interim funding has been provided will be required to submit updated documentation including: A description of the Project, project time line, and detailed project budget.

3. If the scope of the project changes updated documentation is required to be submitted by SCA to Augusta.

4. If total cost of the project changes updated budget information is required to be submitted by SCA to Augusta.

5. SCA shall arrange to commence any approved capital improvements, at its own expense, at any time after execution of this agreement and with full knowledge that any and all permits required by Augusta are in Place and be reimbursed for the same under the conditions as outlined.

6. Upon completion of any approved improvements, the operation, use and maintenance of the same shall be governed by the terms and conditions of the agreement entered into in July of **1998 between the Sandridge Community Association, Inc. and Augusta, Georgia, attached hereto as Exhibit A.**

7. All approved improvements and/or new facilities shall become permanent fixtures to the property owned by Augusta and the SCA shall have no ownership in same or other interest except for the right to use and operate the improvements as outlined in the Operational Agreement between the two parties dated July of 1998.

8. At the request of the SCA, the Department of Parks, Recreation, and Facilities will provide on-site technical support through staff as well as assistance in obtaining appropriate building permits associated with this project.

9. The Department of Recreation, Parks and Facilities shall provide a proper and appropriate level of oversight to help insure the capital project funds are spent wisely as approved by the Augusta Commission.

10. All financial records of the SCA related to capital improvements projects shall be subject to an audit conducted by Augusta, Georgia, and shall be a public record subject to Georgia's Open Records Act (O.C.G.A. § 50-18-70, et seq.).

Fund allocation as part of SPLOST VI is at a not to exceed level of One Hundred and Fifty Thousand dollars ($150,000.00), as previously approved by the Augusta Commission and through the SPLOST VI referendum approved by the voters of Augusta-Richmond CIN **WITNESS WHEREOF**, Augusta, Georgia

and the Sandridge Community Association, Inc. (SCA) have executed signed, sealed, and delivered this agreement in duplicate effective the day and year first written above.

Signed, sealed and delivered in the presence of:

_____
Notary Public

My Commission Expires: JULY 24 2016

Augusta, Georgia

By: _____

DAVID S. COPENHAVER
Printed Name

As ITS: Mayor

ATTEST CLERK:

_____

Printed Name: NANCY W. MORAWSKI

As ITS: Clerk of Commission

Signed, sealed and delivered in the presence of:

_____
Notary Public

My Commission Expires: JULY 24 2016

Sandridge Community Assn., Inc.

By: Sammie L. Sias

Sammie L. SIAS
Printed Name

AS ITS: President