**A-RICHMOND COUNTY COMMISSION**

379509

| DESCRIPTION | P.O. NUMBER | INVOICE NUMBER | INVOICE AMOUNT | | NET AMOUNT |
|---|---|---|---|---|---|
| AMESTOWN PARK | | 033114 | 75,000.00 | 0.00 | 75,000.00 |

*sS*

| CHECK NUMBER | CHECK DATE | | | TOTAL INVOICES | DISC TOTAL | CHECK TOTAL |
|---|---|---|---|---|---|---|
| 379509 | 04/03/14 | | | 75,000.00 | 0.00 | 75,000.00 |

**AUGUSTA-RICHMOND COUNTY COMMISSION**
ROOM 105, ACCOUNTING DEPARTMENT
530 GREENE STREET
AUGUSTA, GEORGIA 30911
PHONE (706) 821-2334

| CHECK DATE | CHECK NO. |
|---|---|
| 04/03/14 | 379509 |

| AMOUNT |
|---|
| **$75,000.00 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*$75,000ANDNOCENTS

# NON NEGOTIABLE     COPY

T00600
SANDRIDGE COMMUNITY ASSOC
3647 NEW KARLEEN ROAD
HEPHZIBAH, GA 30815

HE
ER
OF

