## AUGUSTA-RICHMOND COUNTY COMMISSION

383976

| DESCRIPTION | P.O. NUMBER | INVOICE NUMBER | INVOICE AMOUNT | | NET AMOUNT |
|---|---|---|---|---|---|
| Building Renovations | | 050614 | 71,250.00 | 0.00 | 71,250.00 |

| CHECK NUMBER | CHECK DATE | | | TOTAL INVOICES | DISC TOTAL | CHECK TOTAL |
|---|---|---|---|---|---|---|
| 383976 | 06/13/14 | | | 71,250.00 | 0.00 | 71,250.00 |

AUGUSTA-RICHMOND COUNTY
COMMISSION
ROOM 105, ACCOUNTING DEPARTMENT
530 GREENE STREET
AUGUSTA, GEORGIA 30911
PHONE (706) 821-2334

| CHECK DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 06/13/14 | 383976 | **$71,250.00 |



*************************************************$71,250ANDNOCENTS

# NON NEGOTIABLE    COPY

T00600
SANDRIDGE COMMUNITY ASSOC
3647 NEW KARLEEN ROAD
HEPHZIBAH, GA 30815

TO THE
ORDER
OF