## AUGUSTA-RICHMOND COUNTY COMMISSION

402007

| DESCRIPTION | P.O. NUMBER | INVOICE NUMBER | INVOICE AMOUNT | | NET AMOUNT |
|---|---|---|---|---|---|
| PLOST PROJ. JAMESTOWN PK. | | 020315 | 3,750.00 | 0.00 | 3,750.00 |

| CHECK NUMBER | CHECK DATE | | | TOTAL INVOICES | DISC TOTAL | CHECK TOTAL |
|---|---|---|---|---|---|---|
| 402007 | 02/13/15 | | | 3,750.00 | 0.00 | 3,750.00 |

**AUGUSTA-RICHMOND COUNTY COMMISSION**
ROOM 105, ACCOUNTING DEPARTMENT
530 GREENE STREET
AUGUSTA, GEORGIA 30911
PHONE (706) 821-2334

| CHECK DATE | CHECK NO. |
|---|---|
| 02/13/15 | 402007 |

| AMOUNT |
|---|
| ***$3,750.00 |

*************************************************$3,750ANDNOCENTS

## NON NEGOTIABLE    COPY



THE
ORDER
OF

T00600
SANDRIDGE COMMUNITY ASSOC
3647 NEW KARLEEN ROAD
HEPHZIBAH, GA 30815