# Bank Account Summary

| Institution Name | Account Name | Account Number | Type of Account | Signers |
|---|---|---|---|---|
| Army and Air Force Exchange Service (Military Star) | Sammie L Sias | x0016 | Credit Card | Unknown |
| Capital One | Sammie L Sias | x2023 | Credit Card | Sammie L Sias |
| Discover | Sammie L Sias | x1501 | Credit Card | Sammie L Sias |
| Discover | Sammie L Sias | x3618 | Credit Card | Sammie L Sias |
| Penfed Credit Union | Sammie L Sias | x1033 | Money Market Account | Sammie L Sias<br>Dyeann W Sias |
| Penfed Credit Union | Sammie L Sias | x4973 | Credit Card | Unknown |
| Penfed Credit Union | Sammie L Sias | x5015 | Share Account | Sammie L Sias<br>Dyeann W Sias |
| Wells Fargo | Sammie L Sias | x0766 | Credit Card | Unknown |
| Wells Fargo | Sammie L Sias | x1302 | Credit Card | Sammie L Sias |
| Wells Fargo | Sammie L Sias | x9563 | Credit Card | Unknown |
| Wells Fargo | Sammie Lee Sias | x2291 | Checking | Sammie Lee Sias |
| Wells Fargo | Sammie Lee Sias<br>DBA Committee to Elect<br>Sammie L Sias | x4246 | Checking | Sammie Lee Sias |
| Wells Fargo | Sammie Lee Sias<br>Dyeann W Sias | x6165 | Checking | Sammie Lee Sias<br>Dyeann W Sias |
| Wells Fargo | Sammie Lee Sias DBA Sandridge Community Association | x6809 | Checking | 3/29/2007 - 6/12/2014<br>Sammie L Sias<br>Olivia L Scott<br><br>6/13/2014 - 8/9/2019<br>Sammie Lee Sias<br>Jacqueline Fason |
| Wells Fargo | Sammie Lee Sias<br>Willa M Thomas<br>Committee to Elect Sammie Sias<br>Commissioner District 4 | x7864 | Checking | 11/14/2013 - 12/15/2013:<br>Sammie Lee Sias<br><br>12/16/2013 - 08/09/2019:<br>Sammie Lee Sias<br>Willa M Thomas |
| Wells Fargo | Sammie Lee Sias<br>DBA Sandridge Community<br>SPLOST VI<br>Jamestown Community<br>Center Project<br>SCA, Inc | x9916 | Checking | Sammie Lee Sias<br>Willa Hilton |

## Other Documents Reviewed

| Entity Name | Documents Reviewed |
|---|---|
| Automatic Fire Systems of Augusta | Invoice for purchase shipped to the Jamestown Community Center |
| Barco Products (The Speed Bumps and Humps Company) | Invoice for purchase made by Sammie Sias |
| Burkett Restaurant Equipment | Information related to transactions and orders for Sammie Sias and Jamestown Community Center |
| City of Augusta | Various documents relating to the disbursement of SPLOST funds and projects involving the Sandridge Community Association and the Jamestown Community Center |
| Epting Distributors of Augusta | Various documents associated with transactions or orders for Sammie Sias, Jamestown Community Center and Sandridge Community Association |
| HP Inc | Details regarding specific serial numbers for computers manufactured |
| Lowe's Home Centers, LLC | Purchase history for Sammie Sias, Customer ID xxxxxx841 |
| Nexus 21 | Invoices associated with purchases made by Sammie Sias |
| Systemax, Inc (Global Industrial) | Information regarding Order Number 7200923 and related website screenshots |
| Wal-Mart | Purchase history for Sammie Sias, Member #xxxxx350 |