# Jamestown SPLOST Projects

| Project # | Project Name | Amount Invoiced |
|---|---|---|
| 2014-001 | New Heating / Air System Computer Lab | $ 11,600.00 |
| 2014-002 | Electrical Repairs, additions and improvements | $ 9,000.00 |
| 2014-003 | Upgrades to selected areas of Park & Building | $ 8,800.00 |
| 2014-004 | 21 New Laptop Computers | $ 17,325.00 |
| 2014-005 | Install a Large Commercial Grade Refrigerator | $ 6,000.00 |
| 2014-006 | Install Stainless Steel Sink & Shelves | $ 5,000.00 |
| 2014-007 | Lectern with PA System | $ 1,000.00 |
| 2014-008 | Washer & Dryer Set | $ 2,000.00 |
| 2014-009 | Flat Screen Smart TV and Apparatus | $ 9,500.00 |
| 2014-010 | VCT Tile Replacement in Main Room | $ 8,600.00 |
| 2014-011 | Installed new roof over the main room | $ 10,375.00 |
| 2014-012 | Renovations to Main Room | $ 3,125.00 |
| 2014-013 | Floor and Painting in Main Room | $ 3,795.00 |
| 2014-014 | De-install Fencing and Remove Dead Tree | $ 3,200.00 |
| 2014-015 | Main room Ceiling Tile & Ceiling Insulation | $ 1,500.00 |
| 2014-016 | Stainless Steel 24" Griddle, Work Tables | $ 6,200.00 |
| 2014-017 | Slanted Metal Roof | $ 16,125.00 |
| 2014-018 | Repair Outdoor Water Fountain | $ 428.00 |
| 2014-019 | Mobile Flat Screen TV, Internet, Computer Monitor | $ 1,570.00 |
| 2014-020 | Repair HVAC Units | $ 2,000.00 |
| 2014-021 | Painting, Insulation, Cleaning | $ 1,375.00 |
| 2014-022 | Replace Front Fence of Playground | $ 800.00 |
| 2014-023 | Electronic Enhancements Computer Lab | $ 670.00 |
| 2014-024 | Metal Roof Repair from Storm Damage | $ 3,210.00 |
| 2014-025 | Replace Large Kitchen Microwave | $ 300.00 |
| 2014-026 | Front Window Repair / Security Installation | $ 1,500.00 |
| 2014-027 | Exhaust Fans / BBQ Pit | $ 1,500.00 |
| 2014-028 | Roof Improvements | $ 7,402.00 |
| 2014-029 | Parking Lot Speed Bumps | $ 5,000.00 |
| 2014-030 | Administrative/Miscellaneous Cost | $ 1,100.00 |
| | **Total SPLOST Projects** | **$ 150,000.00** |