# Burkett Restaurant Equipment & Supplies

**BURKETT Restaurant Equipment**
28740 Glenwood Rd
Perrysburg, OH 43551
Phone: 800-828-8564

| Invoice No. | Page | |
|---|---|---|
| 47620 | 1 | Of 1 |
| **Invoice Date** | | |
| 04/22/2014 | | |
| **Terms** | | |
| Cash In Advance | | |
| **Tax Authority** | | |
| GA-Georgia | | |

## Invoice

**Sold To/Bill To**
Jamestown Community Center
Sammie Sias
3647 Karleen Road
Hephzibah, GA  30815

**Ship To**
Jamestown Community Center
Sammie Sias
3647 Karleen Road
Hephzibah, GA  30815

| Order No | Order Date | Customer # | Location | Salesperson | Ship Via | Customer PO |
|---|---|---|---|---|---|---|
| 50230 | 04/21/2014 | 19862 | 01 | Web Sales | World Wide Express | 35590 |

| Qty Ord | Qty Inv | Qty B/O | Description | Unit Price | Unit | Total Price | Extended Amount |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | **TRUE-TS-49-HC<br>Refrigerator, Reach-in, two-section, (6) shelves, stainless steel front, interior & floor, (2) stainless steel full doors with locks, digital solar LCD thermometer, 4 castors, 1/2 HP, 115v/60/1, NEMA 5-15P, 9.1 amps, ENERGY STAR®, MADE IN USA<br>**Serial Numbers**<br>7909383 | 3,034.00 | EA | 3,034.00 | 3,034.00 |
| 1 | 1 | 0 | **BURK-061808<br>Standard Faucet, splash-mounted, 8 centers, swing nozzle, 8 long, NSF | 49.95 | EA | 49.95 | 49.95 |
| 1 | 1 | 0 | **ASHL-4804<br>Ashland Grease Trap; 4 GPM, 8 LB | 179.00 | EA | 179.00 | 179.00 |
| 4 | 4 | 0 | **INN-B-1010-00 BLACK<br>Backless Stool, Black, Including Chrome Non-Pitched Base. | 32.50 | EA | 130.00 | 130.00 |
| 1 | 1 | 0 | **~~CUST-LIFTGATE<br>Liftgate is Required for Shipment<br>**Waybill/Tracking Numbers**<br>ESTES 092-1050659 | .00 | EA | .00 | .00 |

We appreciate your business! Full payment is due prior to shipment. Invoices more than 30 days past due may have 2% finance charges applied. All used equipment come with a 90 day parts/labor warranty from delivery date. All products must be inspected at delivery & all damages must be noted on the delivery receipt. Unused products may be returned in original packaging within 30 days of delivery with a valid RMA from our customer service department. Non-defective product returns are subject to a 20% restocking fee & return freight charges. Exchange orders must be prepaid in full. Contact Accounting at 419-720-8192 with any questions.

| | |
|---|---|
| **Sales Total** | $3,392.95 |
| **Misc. Charges** | .00 |
| **Freight** | 213.00 |
| **Install** | .00 |
| **Sales Tax** | .00 |
| **Invoice Total** | **$3,605.95** |
| **Deposit Used** | -3,605.95 |
| **Balance Due** | .00 |

# Burkett
## Restaurant Equipment & Supplies

**Burkett Restaurant Equipment**
28740 Glenwood Rd
Perrysburg, OH 43551
Phone: 800-828-8564

| Invoice No. | Page | | |
|---|---|---|---|
| 47680 | 1 | Of | 1 |
| **Invoice Date** | | | |
| 04/23/2014 | | | |
| **Terms** | | | |
| Cash In Advance | | | |
| **Tax Authority** | | | |
| GA-Georgia | | | |

**Sold To/Bill To**

Jamestown Community Center
Sammie Sias
3647 Karleen Road
Hephzibah, GA  30815

# Invoice

**Ship To**

Jamestown Community Center
Sammie Sias
3647 Karleen Road
Hephzibah, GA  30815

| Order No | Order Date | Customer # | Location | Salesperson | Ship Via | Customer PO |
|---|---|---|---|---|---|---|
| 50230 | 04/21/2014 | 19862 | 01 | Web Sales | World Wide Express | 35590 |

| Qty Ord | Qty Inv | Qty B/O | Description | Unit Price | Unit | Total Price | Extended Amount |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | **~~ADVA-MS-24-24-X<br>Microwave Shelf, wall-mounted, stainless steel, 24 wide, 2 feet long<br>**Waybill/Tracking Numbers**<br>1Z3891260363796678 | 198.36 | EA | 198.36 | 198.36 |

We appreciate your business! Full payment is due prior to shipment. Invoices more than 30 days past due may have 2% finance charges applied. All used equipment come with a 90 day parts/labor warranty from delivery date. All products must be inspected at delivery & all damages must be noted on the delivery receipt. Unused products may be returned in original packaging within 30 days of delivery with a valid RMA from our customer service department. Non-defective product returns are subject to a 20% restocking fee & return freight charges. Exchange orders must be prepaid in full. Contact Accounting at 419-720-8192 with any questions.

| | |
|---|---:|
| **Sales Total** | $198.36 |
| **Misc. Charges** | .00 |
| **Freight** | .00 |
| **Install** | .00 |
| **Sales Tax** | .00 |
| **Invoice Total** | **$198.36** |
| **Deposit Used** | -198.36 |
| **Balance Due** | .00 |

# Burkett
## Restaurant Equipment & Supplies

**Burkett Restaurant Equipment**
28740 Glenwood Rd
Perrysburg, OH 43551
Phone: 800-828-8564

| Invoice No. | Page | |
|---|---|---|
| 47759 | 1 Of 1 | |
| **Invoice Date** | | |
| 04/25/2014 | | |
| **Terms** | | |
| Cash In Advance | | |
| **Tax Authority** | | |
| GA-Georgia | | |

## Sold To/Bill To
Jamestown Community Center
Sammie Sias
3647 Karleen Road
Hephzibah, GA  30815

## Invoice

## Ship To
Jamestown Community Center
Sammie Sias
3647 Karleen Road
Hephzibah, GA  30815

| Order No | Order Date | Customer # | Location | Salesperson | Ship Via | Customer PO |
|---|---|---|---|---|---|---|
| 50230 | 04/21/2014 | 19862 | 01 | Web Sales | World Wide Express | 35590 |

| Qty Ord | Qty Inv | Qty B/O | Description | Unit Price | Unit | Total Price | Extended Amount |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | **BKRE-VTT-9630** Stainless steel work table w/ galvanized leg & undershelf. 96W x 30L 18 ga stainless steel top, galvanized adjustable undershelf, top reinforced with channels, galvanized 1-5/8 legs, plastic bullet feet. | 289.00 | EA | 289.00 | 289.00 |
| 1 | 1 | 0 | **BKRE-BKS-3-1620-12-18T** Sink, Three Compartment, with 18 left & right-hand drainboards, 18 front-to-back x 18 wide sink compartments, 11 deep with 11 high splash, 18/304 stainless steel bowls, galvanized gussets & tubular legs with adjustable ABS feet, NSF approved | 649.00 | EA | 649.00 | 649.00 |
| 1 | 1 | 0 | **~~BKRE-BKHS-W-1410-SS-P** Hand Sink, wall mounted, 13-3/4"W x 10"D x 5" deep bowl size, 3-1/2" basket drain with crumb cup, 4" OC splash mount, dual side splash, standard duty 3-1/2" gooseneck spout, color coded hot & cold indicators, 1/4 turn ceramic cartridges, wall bracket included, towel dispenser, wrist blade handles not available, 20/304 stainless steel, NSF | 159.00 | EA | 159.00 | 159.00 |
| 1 | 1 | 0 | **BKRE-BKS-1-1620-12-18R** Sink, One Compartment, with 18 right-hand drainboard, 18 front-to-back x 18 wide sink compartment, 11 deep with 11 high splash, 18/304 stainless steel bowl, galvanized gussets & tubular legs with adjustable ABS feet, NSF approved | 375.00 | EA | 375.00 | 375.00 |
| 1 | 1 | 0 | **BKRE-BKMWS-2024** Microwave Shelf, 24W x 20L, T-304 16 ga stianless steel, 20 deep, 1-1/2 mounting back lip, 15 angle supports, mounting template included, solid base. | 139.00 | EA | 139.00 | 139.00 |
| 1 | 1 | 0 | **~~CUST-LIFTGATE** Liftgate is Required for Shipment  **Waybill/Tracking Numbers** USF-1028826014 | .00 | EA | .00 | .00 |

We appreciate your business! Full payment is due prior to shipment. Invoices more than 30 days past due may have 2% finance charges applied. All used equipment come with a 90 day parts/labor warranty from delivery date. All products must be inspected at delivery & all damages must be noted on the delivery receipt. Unused products may be returned in original packaging within 30 days of delivery with a valid RMA from our customer service department. Non-defective product returns are subject to a 20% restocking fee & return freight charges. Exchange orders must be prepaid in full. Contact Accounting at 419-720-8192 with any questions.

| | |
|---|---|
| **Sales Total** | $1,611.00 |
| **Misc. Charges** | .00 |
| **Freight** | .00 |
| **Install** | .00 |
| **Sales Tax** | .00 |
| **Invoice Total** | **$1,611.00** |
| **Deposit Used** | -1,611.00 |
| **Balance Due** | .00 |

