Requested info for order

Order review screen



## Shipping Information

| | |
|---|---|
| | 3647 Karleen Rd, , HEPHZIBAH Georgia, 30815 [Demographics] |
| Attention: | |
| Contact Name: | SAMMIE SIAS |
| Company: | JAMESTOWN COMMUNITY CENTER |
| Department/Title: | |
| Street Adr 1: | 3647 Karleen Rd |
| Street Adr 2: | |
| City/Postal Code: | HEPHZIBAH 30815 |
| State/Country: | Georgia UNITED STATES |
| Telephone/Fax: | (706) 840-5240 |
| Email: | |

## Billing Information

| | |
|---|---|
| Attention: | |
| Contact Name: | SAMMIE SIAS |
| Company: | JAMESTOWN COMMUNITY CENTER |
| Department/Title: | |
| Street Adr 1: | 3839 Crest Dr |
| Street Adr 2: | Hephzibah |
| City/Postal Code: | HEPHZIBAH 30815 |
| State/Country: | Georgia UNITED STATES |
| Telephone/Fax: | (706) 840-5240 |
| Email: | sgmsias98@comcast.net |

