

The Speed Bumps and Humps Company
222 E. State Street
Batavia, IL 60510
1-866-734-0605

# Invoice

| Date | Invoice # |
|---|---|
| 10/23/2015 | SB00005564 |

**PAID 10/23/2015**

| Bill To | Ship To |
|---|---|
| Sammie Sias<br>3839 Crest Dr.<br>Hephzibah GA 30815 | Jamestown Community Center<br>Sammie Sias<br>3647 New Karleen Rd<br>Hephzibah, GA 30815<br>706-840-5240 |

| Rep | S.O. No. | P.O. No. | Terms |
|---|---|---|---|
| KR | SB00005564 |  | credit card |

| Item | Description | Ordered | Rate | Amount |
|---|---|---|---|---|
| 3ZB3242 | 6 ft-3"h Safety-Striped Big Bump speed bump & hardware | 18 | 137.85 | 2,481.30T |
| 3ZB3243 | END CAP+HRDWR/BIG BUMP | 5 | 23.85 | 119.25T |
| Shipping | Shipping Charge | 1 | 391.34 | 391.34 |

Canadian Business Numbers

842694200 RT001
842694200 RM002

| | |
|---|---|
| **Subtotal** | $2,991.89 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $2,991.89 |
| **Payments/Credits** | -$2,991.89 |
| **Balance Due** | $0.00 |