# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

Date: 08/08/2019    Case ID: 194B-AT-3145212

Location: 3839 Crest Drive, Hephzibah, Georgia

Preparer/Assistants: Jeffrey M. Allen

Personnel (full names and initials): McCarthy Butts, Justin Garride, Jeff Allen, An Luong, Robert Stewart, Marcus Kirkland, Brian Ozden, Jonathan Escobar, Meghan McDaniel (GBI) Daniel Burlingham (GBI)

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 1 | Black Apple Iphone with case | Room A | Brown Cabinet Drawer | An Luong / Brian Ozden | P | |
| 2 | Black phone with case | Room A | Brown Cabinet Drawer | An Luong / Brian Ozden | P | |
| 3 | Black Apple Iphone with case on SIAS passcode 9849 | on SIAS | on SIAS | An Luong / Marcus Kirkland | P | |
| 4 | Black Galaxy Note with case passcode 19689 | on SIAS | on SIAS | An Luong / Marcus Kirkland | P | |
| 5 | Black Ipad | White Van | in black backpack in rear of van | Mac Butts / Justin Garride | P | |
| 6 | Documents relating to Sandridge & photos of Willa Hilton | White Van | In backpack in rear of van | Mac Butts / Justin Garride | P | |
| 7. | Folder containing T-Splost documents | White Van | Front passenger seat | Mac Butts / Justin Garride | P | |
| 8 | Motorola flip phone | Room J | drawer of dresser | Robert Stewart / Jonathan Escobar | P | |
| 9 | LG cell phone : LGL 85C S/N: 112KPUUQ010262 | Room J | on clothes hamper next to bed | Robert Stewart / Jonathan Escobar | P | |

# EVIDENCE COLLECTED ITEM LOG
*Print Legibly. More than one line may be used for each item, if necessary.*

Date: 08/08/2019    Case ID: 194B-AT-3145212

Location: 3839 Crest Drive, Hephzibah, Georgia

Preparer/Assistants:

Personnel (full names and initials):

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 10 | Pink Nokia flip phone | Room J | In top drawer of dresser | Robert Stewart / Jonathan Escobar | P | |
| 11 | Samsung Galaxy Note 3 | Room J | In top drawer of dresser | Robert Stewart / Jonathan Escobar | P | |
| 12 | Blackberry FCCID: L6ARCN70UW | Room J | In top drawer of dresser | Robert Stewart / Jonathan Escobar | P | |
| 13 | HP Laptop & bag Model: 15d053NR SN: 5CB402337# | Room L | Next to table | Marcus Kirkland / An Luong | P | |
| 14 | Gateway Desktop Computer | Room L | On silver rolling cart | Marcus Kirkland | ✓ | |
| 15 | HP Desktop Computer | Room L | On silver rolling cart | Marcus Kirkland | ✓ | |
| 16 | Misc. Documents | Room L | | An Luong | P | |
| 17 | ~~Nokia flip phone~~ 2018 Tax Return | Room A | In Cabinet, inside of shoe box | Justin Garnick / McCarthy Butts | | |
| 18 | Break Post Notes, Sandridge Comm. Assoc. Docs, Jamestown Comm. Ctr. Docs, Inc Docs | Room L | Brown File cabinet Top drawer | Marcus Kirkland / Brian Orden | | |

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

**Date:** 08/08/2019    **Case ID:** 194B-AT-3145212

**Location:** 3839 Crest Drive, Hephzibah, Georgia

**Preparer/Assistants:** _____

**Personnel** (full names and initials): _____

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 19 | Loan application; 2017 Tax documents; misc receipts; 2014 Tax documents | Room L | In Big Box on Floor | An Luong / Marcus Kirkland | P | |

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 194B-AT-3145212

On (date): 08/08/2019

item (s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) SAMMIE SIAS

(Street Address) 3839 CREST DRIVE

(City) HEPHZIBAH, GA

Description of Item (s): BLACK APPLE IPHONE WITH CASE; BLACK PHONE WITH CASE; BLACK APPLE IPHONE WITH CASE; BLACK GALAXY NOTE WITH CASE; BLACK IPAD; DOCUMENTS RELATING TO SANDRIDGE; PHOTOS OF WILLA HILTON; FOLDER CONTAINING T-SPLOST DOCUMENTS; MOTOROLA FLIP PHONE; LG CELLPHONE LGL85C S/N 112KPUU010262; PINK NOKIA FLIP PHONE; SAMSUNG GALAXY NOTE 3; BLACKBERRY FCC ID: L6AFON70UW; GATEWAY DESKTOP COMPUTER; HP DESKTOP COMPUTER; MISC DOCUMENTS; 2018 TAX RETURN; BREAK POST NOTES, SANDRIDGE COMMUNITY ASSOCIATION DOCS, JAMESTOWN COMMUNITY CENTER DOCS, INC DOCS, MEETING NOTES; LOAN APPLICATION, 2017 TAX DOCUMENTS, MISC RECEIPTS, 2014 TAX DOCUMENTS

End of List

Received By: (Signature)
Printed Name/Title: Charles F. Medlock III
FBI Special Agent

Received From: (Signature)
Printed Name/Title: Sammie L. Sias