UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



FBI Augusta RA
1 10th St. STE 630
Augusta, GA 30901

Requesting Official:            SA Charles Mckee

Date completed:                 02/28/2022

Name of Transcriber:            OST Emily Taylor

Name of Reviewer:               OST Emily Taylor

Source File Information:
    -Session Number/Content    801_0124
    -Date, Time, Duration:     9min, 32sec

VERBATIM TRANSCRIPTION

Participants:
    CM        FBI Special Agent Charles McKee
    SS        Sammie Sias
    DS        Dyeann Sias

UNCLASSIFIED

1

Abbreviations:

| | |
|---|---|
| [TN] | Transcriber's Notes |
| [ ] | Exegeses |
| [UI] | Unintelligible |
| [SC] | Simultaneous Conversation |
| [OV] | Overlapping Voices |
| [IA] | Inaudible |
| [UM] | Unidentified Male |
| [UF] | Unidentified Female |
| [RC] | Recorded message |

CM: The following will be a recorded interaction between Special Agent Charles McKee of the FBI and Sammie Sais. The interaction is taking place to return potentially attorney client privilege documents to Mr. Sias that were discovered today, Friday August 9th, the time is approximately 6:41pm, and the interaction will take place at 3839 Crest Drive, Hephzibah, GA.

[TN: Silence from 00:38 to 01:15.]

CM: Turning on to Crest Drive from Pepperdine Drive.

[TN: Silence from 01:19 to 01:32.]

CM: Pulling into the driveway at 3839 Crest Drive, residence of Sammie Sias. A white Chevrolet Express van with a license plate of 2M is in the driveway.

[TN: Silence from 01:50 to 03:31. At 03:08, knocking is heard in the background.]

CM: Sammie!

SS: How you doin'?

CM: Hey, I told you I was gonna bring these documents by.

SS: Okay

CM: I found them today.

SS: Okay

CM: Um, so here's what we got. Um, I put 'em in an envelope-

SS: Okay

CM: -um, potentially attorney client documents enclosed. I wanna get you to sign em', and I sign 'em, that I turned 'em over.

SS: Okay

CM: And, uh, just to make this official, 'cause- 'cause I don't want any of your documents related to attorney stuff.

SS: Okay

CM: Alright, so return to- you just sign your name and print your name, I'll put my signature, just kinda like we did on those other forms.

SS: Okay

DS: Hey, how you doin'?

CM: Hey, good how you doin' ma'am?

DS: Good

CM: Where'd you find your keys at?

SS: In a back by the ah van, in the back under the van back there.

CM: Back of the van?

SS: Uh, on the- in the back- very back part of the van.

CM: Oh okay, well I'm glad you found 'em. You didn't have to go- you didn't get new ones before you found them did you?

SS: Nah, I had to get in my- I had to get in my thing though.

[TN: Laughter from Sammie Sias.]

CM: What's that?

SS: My shop, 'cause I- I had walked back-

CM: You had to break in?

SS: Yeah

CM: Aw, really?

SS: Yeah

CM: Oh okay. Yeah, let me sign.

SS: Because I had left my, uh- I had walked out there to get the van out and closed the door, and, uh, my key was in there but I expect I-I thought I had my van keys in my pocket.

CM: Oh, man.

SS: Turned out they wasn't in there and couldn't find them in the van, so I had to get in the back in there get in the house and get my spare key.

CM: Well I'm glad you did- I'm glad you found 'em. We asked all around and nobody- everybody checked their pockets, and nobody had 'em, so we figured- figured we must have not took 'em.

SS: Well y'all didn't just kinda left 'em in a odd spot.

[TN: Laughter from Sammie Sias.]

CM: Yeah. Yeah, somebody said they thought they put 'em back on the table, but-

SS: Yeah

CM: -I guess they didn't. Alright, let me just do this and I'mma take a picture of this, and then I'mma leave this whole envelope with you.

SS: Oh, yeah, that's fine.

CM: Alright, so I signed it, you signed it, put the date, the time, and the place on there.

SS: Wow.

CM: Alright, so I'm gonna just take a picture of this. This would be like my receipt.

SS: Okay, alright.

CM: The light's gettin' in the way. Put it right there.

SS: Yeah, want me to turn the light off?

CM: No, I think that's good 'cause it's shinin' down on it. Very good.

SS: Okay

CM: Alright.

SS: [IA]

CM: What's that?

SS: I said [UI]

CM: Yep, that's it.

SS: Alright, have a good one.

CM: Alright, you too. Hey, that-that thumb drive that, uh, that Ms. Fason gave us. That had all the files that you had on there, right?

SS: Correct.

CM: Okay

SS: Along with the, uh, the other paperwork.

CM: Mhm. So there weren't any other files that you had access to related to Sandridge or Jamestown that that you didn't provide? Just wanna make sure.

SS: Not knowingly or unknowingly.

CM: Okay. Okay.

SS: Okay.

CM: Alright

SS: L-l-look here, I been there twenty years.

CM: Where- oh at James-Jamestown?

SS: Yeah, been there twenty years.

CM: Right

SS: So, obviously that could be- that could be somethin' I might not remember all that or see-

CM: Right

SS: Uh-uh-uh whatever like that. Maybe somethin' on the-on the lab, I don't know. I didn't go through it looking for it, and, uh, all that kind of stuff. All the ones I had, uh, I quickly gave 'em to her to file cabinet stuff and all that, and gave y'all access to the other file cabinet- my own filing cabinet I had at the center.

CM: Right, you gave us the keys for that.

SS: Mhm

CM: Yep, yeah we went through that. Alright.

SS: So, like I said, you know, I been down there twenty years-

CM: Yeah

SS: -so, I done used every kind of program and whatever you dab or something so, uh, whatever-whatever's available, I-I'm here for it. It's just that I can't remember everything.

CM: Right. Well, as long as you gave us all of the electronic files and paper files that you had-

SS: Mhm

CM: -we're good. And you did?

SS: Yeah. Y'all got all the electronic gear.

CM: Okay

SS: Okay

CM: Alright, thank you sir.

SS: Alright, appreciate you.

CM: Alright, have a good one.

[TN: Silence from 08:10 to 08:45.]

CM: Time is approximately 6:49 PM. I have departed the residence of Mr. Sias.

[TN: Silence from 08:54 to 09:24.]

CM: The time is approximately 6:50 PM. This will end the recording.

[End of Recording].