AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Sammie Lee Sias
3839 Crest Drive
Hephzibah, GA 30815

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. Federal Courthouse, Grand Jury Room<br>125 Bull Street<br>Savannah, GA 31401 | Date and Time:<br>8/6/2019   at 10:00 a.m. |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: Please See Attached. (If Box is Checked) ☒

IF YOU FURNISH THIS INFORMATION BEFORE THE REQUESTED DATE TO:
SA Charles E. Mckee, III
AGENCY: Federal Bureau of Investigation
AGENCY ADDRESS: One 10th St., Ste. 630, Augusta, Ga 30901
PHONE NUMBER: (706) 823-8313
EMAIL: cemckee@fbi.gov
YOU WILL NOT BE REQUIRED TO APPEAR BEFORE THE GRAND JURY.

Date: 8/5/2019

CLERK OF COURT   SCOTT L. POFF

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Tara M. Lyons
U.S. Attorney's Office, Southern District of Georgia
P.O. Box 2017
Augusta, GA 30903
Phone: (706) 724-0517     Email: tara.lyons@usdoj.gov

## ATTACHMENT TO SUBPOENA ISSUED TO

Sammie Lee Sias
3839 Crest Drive
Hephzibah, GA 30815

> ➤ **Please forward all records, and direct all questions regarding this Subpoena directly to:**

SA Charles E. McKee, III
Federal Bureau of Investigation
One 10th St., Ste. 630
Augusta, Ga 30901
cemckee@fbi.gov

---

Please provide any and all records associated with the below identified account, including but not limited to, Wells Fargo bank and/or credit card statements from January 1, 2013 to present.

Account name: Sandridge Community Association, Inc.
Possible address: 3839 Crest Drive, Hephzibah, GA 30815

**\*REIMBURSEMENT CANNOT BE MADE FOR RECORDS RELATING TO ACCOUNTS OF CORPORATIONS, LARGE PARTNERSHIPS (6 OR MORE PARTNERS), ASSOCIATES, TRUSTS, GOVERNMENT AGENCIES OR OTHER LEGAL ENTITIES.**

RECORDS FORMAT: Records must be provided in electronic format. Data may be provided on CD or DVD, in Microsoft Excel, Adobe PDF or ASCII delimited format. A record layout for the data is also requested.

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* Sammie Lee Sias
was received by me on *(date)* 08/05/2019.

☑ I served the subpoena by delivering a copy to the named person as follows: Sammie Lee Sias

on *(date)* 08/05/2019 ; or

☐ I returned the subpoena unexecuted because:

I declare under penalty of perjury that this information is true.

Date: 08/06/2019

*Server's signature*

Charles E. McKee, III / FBI Special Agent
*Printed name and title*

One 10th St.
Suite 630
Augusta, GA 30901
*Server's address*

Additional information regarding attempted service, etc: