AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Sammie Lee Sias
3839 Crest Drive
Hephzibah, GA 30815

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. Federal Courthouse, Grand Jury Room<br>125 Bull Street<br>Savannah, GA 31401 | Date and Time:<br>9/11/2019   at 12:30 p.m. |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: Please See Attached. (If Box is Checked) ☒

IF YOU FURNISH THIS INFORMATION BEFORE THE REQUESTED DATE TO:
SA Charles E. Mckee, III
AGENCY: Federal Bureau of Investigation
AGENCY ADDRESS: One 10th St., Ste. 630, Augusta, Ga 30901
PHONE NUMBER: (706) 823-8313
EMAIL: cemckee@fbi.gov
YOU WILL NOT BE REQUIRED TO APPEAR BEFORE THE GRAND JURY.

Date: 9/9/2019

CLERK OF COURT   SCOTT L. POFF

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Tara M. Lyons
U.S. Attorney's Office, Southern District of Georgia
P.O. Box 2017
Augusta, GA 30903
Phone: (706) 724-0517    Email: tara.lyons@usdoj.gov

ATTACHMENT TO SUBPOENA ISSUED TO:

Sammie Lee Sias
3839 Crest Drive
Hephzibah, Ga 30815

**Please forward all records, and direct all questions regarding this Subpoena directly to:**

> SA Charles E. McKee, III
> Federal Bureau of Investigation
> One 10th Street, Ste. 630
> Augusta, GA  30901
> cemckee@fbi.gov

---

Please provide any and all electronic and digital media to include but not limited to hard drives, laptop computers, desktop towers, thumb drives, as well as any and all electronic files store on any digital devices or in cloud storage systems, if related to Jamestown Community Center and/or Sandridge Community Association and/or Special Purpose Local Option Sales Tax from January 1, 1991 to present.

Please include any and files related to Jamestown Community Center and/or Sandridge Community Association and/or Special Purpose Local Option Sales Tax from January 1, 1991 to present including but not limited to the files listed below:

Files:
/Annual Reports/Jamestown Annual Report Jan-Dec 2013.doc
 /Annual Reports/Jamestown Annual Report Jan-Dec 2013(Amended).doc
/Annual Reports/Jamestown Annual Report Jan-Dec 2014.doc
/City Administrator Briefing.ppt
/Expansion Project/invoices for 130K/167 Augusta Concrete-Sammie Sias.doc
/Expansion Project/invoices for 130K/182 Bobby Woods.doc
/Expansion Project/invoices for 130K/191 Home Depot (Lumber).doc
/Expansion Project/invoices for 130K/200 Lowes (OSB Lumber Material).doc
/Expansion Project/invoices for 130K/206 Lowes (Kitchen cabinets & Materials).doc
/Expansion Project/invoices for 130K/209 Lowes.doc
/Expansion Project/invoices for 130K/216 Ramp-Poach.doc
/Expansion Project/invoices for 130K/219 Triad Specialties.doc
/Invoices for SPLOST VI Part 1/Invoices for 32,260K/101 Bank Account Start Up Ck#B-Draft.doc
/Invoices for SPLOST VI Part 1/Invoices for 32,260K/104 Walking Track and Inside Demolition Ck#1004.doc
/Invoices for SPLOST VI Part 1/Invoices for 32,260K/107 Main Room Renovations Ck#1012.doc

/Invoices for SPLOST VI Part 1/Invoices for 32,260K/Invoices for 131,500K/112 James Brown Timber.doc
/Invoices for SPLOST VI Part 1/Invoices for 32,260K/Invoices for 131,500K/116 Williams Hauling.doc
/Invoices for SPLOST VI Part 1/Invoices for 32,260K/Invoices for 131,500K/133 Thomas Mills Foundation (Third Pay.doc
/Invoices for SPLOST VI Part 1/Invoices for 32,260K/Invoices for 131,500K/140 Thomas Mills.doc
/Jamestown Community Center/SPLOST VI Final/SPLOST VI Old Current Info/Invoices for SPLOST VI Part 1/Invoices for 32,260K/Invoices for 131,500K/155 Lowes.doc
/Jamestown Community Center/SPLOST VI Final/SPLOST VI Old Current Info/Invoices for SPLOST VI Part 1/Invoices for 32,260K/Invoices for 131,500K/171 Mulherin Lumber-Taxes.doc
/Jamestown Community Center/SPLOST VI Final/SPLOST VI Old Current Info/SPLOST VI 150K Projects August 2013.xlsx
/Jamestown Community Center/SPLOST VI Final/SPLOST VI Old Current Info/SPLOST VI Contract Projects 150K March 2014.xlsx
/Jamestown Community Center/SPLOST VI Final/SPLOST VI Old Current Info/SPLOST VI Extra and Duplicate Files/SPLOST VI/Invoices for SPLOST VI Part 1/Invoices for 32,260K/Invoices for 131,500/136 Borden Pest Control.doc

You are to provide this information, if available, as data files on CD-ROM or other electronic media, by making the information available for the government to download, or by facsimile to (706) 823-8354.

**RECORDS FORMAT**: Records must be provided in electronic format. Data may be provided on CD or DVD, in Microsoft Excel, Adobe PDF or ASCII delimited format. A record layout for the data is also requested.

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* __Sammie Lee Sias__
was received by me on *(date)* __09/09/2019__.

☑ I served the subpoena by delivering a copy to the named person as follows: __Sammie Sias__

on *(date)* __09/10/2019__ ; or

☐ I returned the subpoena unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date: __09/10/2019__

_____
Server's signature

Charles E. McKee III/ FBI-Special Agent
*Printed name and title*

One 10th St.
Suite 630
Augusta, GA 30901
*Server's address*

Additional information regarding attempted service, etc: