**JAMESTOWN COMMUNITY CENTER**
**SPLOST VI CAPITAL IMPROVEMENT PROJECTS**
**3647 KARLEEN ROAD**
**HEPHZIBAH, GEORGIA 30815**

Invoice# 2014-001    Computer Lab Air Conditioning and Heating System

Sandridge Community Association, Inc.
3647 Karleen Road
Hephzibah, Georgia 30815
Tel: 706-840-5240
Fax: 706-790-1805

Scope of Work:    Install a new dedicated AC and Heating System for the Computer Lab.

Estimated Cost:    $9,600.00

**Amount Approved:    $11,600.00**

Specifications:

Install new Heating/Air Conditioning System

- Install a new 2-ton 13 SEER Rheem Condenser
- Install a new 80K BTU 13 SEER Rheem Gas Furnace
- Install a new 2-ton 13 SEER Rheem Evaporator Coil
- New Elevated Condenser Pad
- New Equipment platform
- New three quarter inch Line Set (¾ line set)
- Line set cover as required
- New Disconnect box
- New gas vent piping system (roof) / cap & flashing
- Gas piping with sediment traps
- New gas cock
- New Furnace disconnect switch
- Install a large return filter grills 20"x 20" or best fit
- Supply plenum
- Return Plenum
- Electrical wiring, breakers, boxes, and accessories as required
- Reconstruct rafters to accommodate HVAC equipment

Date Completed                    31 July 2014

Signature: _____
                  Willa Hilton, SPLOST VI Project Treasurer

Signature: _____
                  Sammie L. Sias, President, Sandridge Community
                  Association, Inc.

**JAMESTOWN COMMUNITY CENTER**
**SPLOST VI CAPITAL IMPROVEMENT PROJECTS**
**3647 KARLEEN ROAD**
**HEPHZIBAH, GEORGIA 30815**

INVOICE# 2014-002    Electrical Upgrade

Sandridge Community Association, Inc.
3647 Karleen Road
Hephzibah, Georgia 30815
Tel: 706-840-5240
Fax: 706-790-1805

Scope of Work:   Electrical repairs, additions, and improvements

Estimated Cost:    $9,000.00

**Amount Approved:**    **$9,000.00**

Specifications:

- Computer lab lights and receptacles on the same circuit - constant overloading and breakers tripping
- Establish dedicated circuits to avoid overloading
- Redo circuits for conference room lights and receptacles
- Rewire a the hallway smoke detectors
- Replace defective lighting fixtures
- Replace defective wiring and devices throughout the building
- Establish dedicated circuits for the outdoor lights
- Install a separate dedicated circuit for the washing machine
- Establish a dedicated circuit for the outdoor water fountain
- Install a dedicated circuit for the dryer
- Replace unprotected light which are fire hazards and replace with new wiring and fixtures
- Install additional electrical outlets where they are most needed
- Fire exit light with led lighting and backup batteries
- Establish additional dedicated circuits for the kitchen

Date Completed                                          21 July 2014

Signature:    _Willa Hilton_
                    Willa Hilton, SPLOST VI Project Treasurer

Signature:    _Sammie L. Sias_
                    Sammie L. Sias, President, Sandridge Community
                    Association, Inc.

**88+JAMESTOWN COMMUNITY CENTER**
**SPLOST VI CAPITAL IMPROVEMENT PROJECTS**
**3647 KARLEEN ROAD**
**HEPHZIBAH, GEORGIA 30815**

Invoice # 2014-003    General Facility Upgrades

Sandridge Community Association, Inc.
3647 Karleen Road
Hephzibah, Georgia 30815
Tel: 706-840-5240
Fax: 706-790-1805

Scope of Work:    Upgrade selected areas of the building and park

Estimated Cost:    $8,800.00

**Amount Approved:    $8,800.00**

Specifications:

- Correct several problems created during the initial construction phase
- Install a new outdoor water cooler with electrical evaporator
- Install new locks for the exterior doors
- Obtain required permits for mechanical and electrical work
- Install a new window AC unit in the kitchen
- Install two new microwave in the kitchen
- Install new ceiling tiles in the main room
- Purchase maintenance tools
- Replace all damaged insulation
- Replaced damaged ceiling tiles
- HVAC Mechanical Permit
- Electrical Permit
- Additional 8 foot tables
- Additional 6 foot tables
- Interior painting
- Install a new indoor water cooler with electrical evaporator
- New whole house exhaust fan in barbecue pit
- New second exhaust fan in the barbecue pit
- New exterior door for old office
- Installed roof sealing kit above the stove

Date Completed                    21 July 2014

Signature:    _____
              Willa Hilton, SPLOST VI Project Treasurer

Signature:    _____
              Sammie L. Sias, President, Sandridge Community
              Association, Inc.

## JAMESTOWN COMMUNITY CENTER
## SPLOST VI CAPITAL IMPROVEMENT PROJECTS
### 3647 KARLEEN ROAD
### HEPHZIBAH, GEORGIA 30815

Invoice# 2014-004     Computer Lab Upgrade

Sandridge Community Association, Inc.
3647 Karleen Road
Hephzibah, Georgia 30815
Tel: 706-840-5240
Fax: 706-790-1805

Scope of Work:    Upgrade 21 new laptop computers and positions.

Estimated Cost:        $15, 225.00

**Amount Approved:     $17,325.00**

Specifications:

- Each computer must come loaded with operating and virus protection software included.

    - HP 15-d083nr 3rd generation Intel@ Core tm i3-3110m Processor (2.4GHz)
    - 500GB Hard Drive
    - 4096MB DDR3 SDRAM
    - DVD Optical Drive
    - Windows ® 8.1
    - 15.6" Diagonal Full HD Anti-Glare LED Display
    - Touch Screen
    - WLAN 7 Bluetooth
    - Operating software
    - Virus protection software
    - Microsoft Office

- Cost for each position with installation and setup.     $825.00

- Cost for 21 positions with installation and setup.     $17,325.00


Date Completed            10 July 2014

Signature:    _____
              Willa Hilton, SPLOST VI Project Treasurer

Signature:    _____
              Sammie L. Sias, President, Sandridge Community Association, Inc.

**JAMESTOWN COMMUNITY CENTER**
**SPLOST VI CAPITAL IMPROVEMENT PROJECTS**
**3647 KARLEEN ROAD**
**HEPHZIBAH, GEORGIA 30815**

Invoice# 2014-005        Stainless Steel Refrigerator

Sandridge Community Association, Inc.
3647 Karleen Road
Hephzibah, Georgia 30815
Tel: 706-840-5240
Fax: 706-790-1805

Scope of Work:   Install a large commercial grade refrigerator

Estimated Cost:        $6,000.00

**Amount Approved:        $6,000.00**

Specifications:

- True TS-49 2 Door Bottom Mount Reach-In
- Commercial Grade
- Energy Star Rated
- Temperature gage on outside
- Wheels
- Door locks
- Heavy duty adjustable shelves
- 49 Cu Ft
- NSF rated and qualified
- Phase 1, ½ HP, 115 volts
- Warranty
    - 3 years parts
    - 3 years labor
    - 5 years compressor

Date Completed                    20 May 2014

Signature:    _____
              Willa Hilton, SPLOST VI Project Treasurer

Signature:    _____
              Sammie L. Sias, President, Sandridge Community
              Association, Inc.

**JAMESTOWN COMMUNITY CENTER**
**SPLOST VI CAPITAL IMPROVEMENT PROJECTS**
**3647 KARLEEN ROAD**
**HEPHZIBAH, GEORGIA 30815**

Invoice# 2014-006    Stainless Steel Sinks and Shelves

Sandridge Community Association, Inc.
3647 Karleen Road
Hephzibah, Georgia 30815
Tel: 706-840-5240
Fax: 706-790-1805

Scope of Work:    Install stainless steel sinks and shelves

Estimated Cost:    $5, 000.00

**Amount Approved:    $5,000.00**

Specifications:

- Meet Richmond County Health Codes
- Meet NSF standards and stainless steel
- Install new food cleaning compartment sink with a drain board
- Install new work Table 96" x 24"
- Install new hand washing sink
- Install new 90", 3-compartment sink with two drain boards
- Install new grease trap-indoor portable
- Install two new microwave stainless steel shelves
- Install new shelf in the utility room for the washer & dryer
- Install new sink in the barbecue pit
- Install two new 6ft shelf racks w/wheels in the pantry
- Install a new 5ft shelf rack in the kitchen

Date Completed    10 July 2014

Signature:    _Willa Hilton_
           Willa Hilton, SPLOST VI Project Treasurer

Signature:    _Sammie L. Sias_
           Sammie L. Sias, President, Sandridge Community
           Association, Inc.

JAMESTOWN COMMUNITY CENTER
SPLOST VI CAPITAL IMPROVEMENT PROJECTS
3647 KARLEEN ROAD
HEPHZIBAH, GEORGIA  30815

Invoice# 2014-007          Lectern

Sandridge Community Association, Inc.
3647 Karleen Road
Hephzibah, Georgia 30815
Tel: 706-840-5240
Fax: 706-790-1805

Scope of Work:    Lectern with PA system

Estimated Cost:         $1, 000.00

**Amount Approved:      $1,000.00**

Specifications:

- Cherry grain exterior
- Remote microphone
- Cord microphone
- Cordless microphone

Date Completed          20 May 2014

Signature:    _____
              Willa Hilton, SPLOST VI Project Treasurer

Signature:    _____
              Sammie L. Sias, President, Sandridge Community
              Association, Inc.

**JAMESTOWN COMMUNITY CENTER**
**SPLOST VI CAPITAL IMPROVEMENT PROJECTS**
**3647 KARLEEN ROAD**
**HEPHZIBAH, GEORGIA 30815**

Invoice# 2014-008    Washer and Dryer set

Sandridge Community Association, Inc.
3647 Karleen Road
Hephzibah, Georgia 30815
Tel: 706-840-5240
Fax: 706-790-1805

Scope of Work:    Washer and Dryer set

Estimated Cost:    $2, 000.00

**Amount Approved:    $2,000.00**

Specifications:

- Basic washer and dryer
- Install hot and cold water lines to the washer
- Install a 120 volt electrical circuit for the washer
- Install a 240 volt electrical circuit for the dryer
- Install vent exhaust for the dryer

Date Completed    20 June 2014

Signature:    _____
             Willa Hilton, SPLOST VI Project Treasurer

Signature:    _____
             Sammie L. Sias, President, Sandridge Community
             Association, Inc.

**JAMESTOWN COMMUNITY CENTER**
**SPLOST VI CAPITAL IMPROVEMENT PROJECTS**
**3647 KARLEEN ROAD**
**HEPHZIBAH, GEORGIA 30815**

Invoice# 2014-009    Video Projection System

Sandridge Community Association, Inc.
3647 Karleen Road
Hephzibah, Georgia 30815
Tel: 706-840-5240
Fax: 706-790-1805

Scope of Work:    Design and build a mobile retractable portable video projection system with a very large flat screen smart TV

Estimated Cost:    $9,000.00

**Amount Approved:    $9,500.00**

Specifications:

- Samsung 75 inch flat screen Smart television
- Nexus lift system with remote control
- Television cabinet / Maple wood
- Transportable and mobile
- Cabinet must be stained and finishing trim
- Retractable shelves for accessory media equipment
- Six heavy duty swivel casters, with minimum 4 inch clearance
- Four assist stools for operational purposes

Date Completed    10 July 2014

Signature:    _Willa Hilton_
             Willa Hilton, SPLOST VI Project Treasurer

Signature:    _Sammie L. Sias_
             Sammie L. Sias, President, Sandridge Community Association, Inc.

**JAMESTOWN COMMUNITY CENTER**
**SPLOST VI CAPITAL IMPROVEMENT PROJECTS**
**3647 KARLEEN ROAD**
**HEPHZIBAH, GEORGIA 30815**

Invoice# 2014-010        Tile in the Main room

Sandridge Community Association, Inc.
3647 Karleen Road
Hephzibah, Georgia 30815
Tel: 706-840-5240
Fax: 706-790-1805

Scope of Work:   Install new VCT Tile and Wall Base molding in the Main Room

Estimated Cost:        $8,600.00

**Amount Approved:    $8,600.00**

Specifications:

- Remove all old tile and basing from the room
- Dispose of all tile and related trash
- Clean and prep the floor for the new tiles
- Install tile according to manufacturer's standards
    - Adhesive – proper recommended type
    - Curing time
    - Alinement

Date Completed                20 September 2014

Signature:  _____
            Willa Hilton, SPLOST VI Project Treasurer

Signature:  _____
            Sammie L. Sias, President, Sandridge Community Association, Inc.

**JAMESTOWN COMMUNITY CENTER**
**SPLOST VI CAPITAL IMPROVEMENT PROJECTS**
**3647 KARLEEN ROAD**
**HEPHZIBAH, GEORGIA  30815**

Invoice# 2014-011 (Phase 1of 2)    Slanted Metal Roof

Sandridge Community Association, Inc.
3647 Karleen Road
Hephzibah, Georgia 30815
Tel: 706-840-5240
Fax: 706-790-1805

Scope of Work:    Install a new roof over the main room of the original building section.  The present Seal a Flex roof installed in Dec 2008 leaked since installation and has never functioned properly
The recreation department authorized the Seal a Flex roof installation over the objections of the Sandridge Community Association.  The Seal a Flex roof totally failed, even with the recreation department paying for a second do over after the initial installation failed.

Estimated Cost:        $10,375.00  Phase 1

**Amount Approved:**    **$10,375.00  Phase 1**

Specifications:

- Green metal shingles
- Decking will consist of 19/32 OSB sheathing
- Rafters will consist of 2x4 boards, treated or untreated
- On site build rafters customized for the roof area
- Metal flashing to transition for front roof to the rear roof
- Base frame secured to the original roof with appropriate fasteners or clips
- Sloped contour to allow for drainage
- Closed in edges to reduce wind uplift
- Seal all screw penetrations in the metal shingles with clear silicone

Date Completed            15 September 2014

Signature:    _____
              Willa Hilton, SPLOST VI Project Treasurer

Signature:    _____
              Sammie L. Sias, President, Sandridge Community Association, Inc.

**JAMESTOWN COMMUNITY CENTER**
**SPLOST VI CAPITAL IMPROVEMENT PROJECTS**
**3647 KARLEEN ROAD**
**HEPHZIBAH, GEORGIA 30815**

Invoice# 2014-012      Final Payment for Center Renovations 2012

Sandridge Community Association, Inc.
3647 Karleen Road
Hephzibah, Georgia 30815
Tel: 706-840-5240
Fax: 706-790-1805

Scope of Work:   Renovations to the Main Room

Estimated Cost:   $3,125.00

**Amount Approved:   $3,125.00**

Specifications:

- Reference Invoice# 107 November 2012

Date Completed:          12 November 2012

Signature: _____
Willa Hilton, SPLOST VI Project Treasurer

Signature: _____
Sammie L. Sias, President, Sandridge Community Association, Inc.