**Evidence Items**

- sammie
  - AppData
  - Application Data
  - Contacts
  - Cookies
  - Desktop
    - 10102.docx
    - 2018-01-06 Jan 2018
    - 2019 Back To School Packages - Current Special (1)
    - 2019 Back To School Packages - Normal Price.pdf
    - Ambulance Issue 7 Feb 2017.docx
    - Animal Control.docx
    - Augusta SWU_Credit_Manual_V0 (1).pdf
    - Breakfast 11 May 2019.pptx
    - Breakfast 13 April 2019.pptx
    - Breakfast 13 July 2019.pptx
    - Breakfast 8 June 2019.pptx
    - Breakfast 9 February 2019.pptx
    - Breakfast 9 June 2018.pptx
    - Breakfast 9 March 2019.pptx
    - Breakfast 10 November 2018 (primary).pptx
    - Breakfast 10 November 2018.pptx
    - Breakfast 8 December 2018.pptx
    - Bus Transportation.pptx
    - Commission Achievements.docx
    - Commissioner Sias Demands.docx
    - Copy of ambfspuf_2016_.xlsx
    - Documents
    - ERU worksheet.xlsx
    - Health Disparities_Blumenthol_Sellers McCroan Lect
    - Live Well.pdf
    - Melvin Ivey for District 4 _ The Augusta Chronicle.p
    - Newspaper Comments for Future Reference.docx
    - Parents of the Jamestown Summer Camp Program.d
    - Press Release Memo Draft.docx
    - Preview Breakfast Pictures.pptx
    - RE Hilton Allegations.msg
    - Rebuttal Memorandum for Record.docx
    - Records Restriction 3.pdf
    - Roman Numerals.docx
    - Seats.docx
    - shit for brains.jpg
    - State Senate Bill 367.pdf
    - Storm Brief.pptx
    - Storm Water Program Brief for Churches.pptx
    - stormwater fee credits.docx
    - Thumbs.db
    - tpl_12.jpg
    - Travel Policy.docx
    - Vet Picture Presentation.pptx
    - Vet Presentation.pptx
    - Water Bills 3839 Crest Dr
    - Wells Fargo Transfer Money & Make Payments - Co
    - Willa Hill
  - Documents
  - Downloads

194B-AT-3145212
R#217285

Initials: CAM    1/16/2020    Page: 28 of 47

1B14 Volume Shadow Copy

**Evidence Items**

- Windows [VSC]
  - [2019-08-03T20:32:25]
    - [orphan]
    - [root]
      - $BadClus
      - $Extend
      - $Recycle.Bin
      - $Secure
      - Documents and Settings
      - HP
      - inetpub
      - Intel
      - MSOCache
      - PerfLogs
      - Program Files
      - Program Files (x86)
      - ProgramData
      - Recovery
      - SWSetup
      - System Volume Information
      - SYSTEM.SAV
      - Users
        - All Users
        - Default
        - Default User
        - Public
        - sammie
          - AppData
          - Application Data
          - Contacts
          - Cookies
          - Desktop
            - 2018-01-06 Jan 2018
            - 2019 Back To School Packages - Current Special
            - 2019 Back To School Packages - Normal Price.pd
            - Augusta SWU_Credit_Manual_V0 (1).pdf
            - Breakfast  9 June 2018.pptx
            - Breakfast 10 November 2018 (primary).pptx
            - Breakfast 10 November 2018.pptx
            - Bus Transportation.pptx
            - Documents
            - Live Well.pdf
            - Melvin Ivey for District 4 _ The Augusta Chronic
            - Our Mission   Community Cat Coalition_files
            - Press Release Memo Draft.docx
            - RE Hilton Allegations.msg
            - Removable Disk
            - shit for brains.jpg
            - State Senate Bill 367.pdf
            - Summer Camp 2019
            - Thumbs.db
            - tpl_12.jpg
          - Vet Picture Presentation.pptx
          - Water Bills 3839 Crest Dr
          - ocuments

194B-AT-3145212
R#217285

Initials: CaM    1/16/2020    Page: 29 of 47