## User Account Information

| Item | Item Data | Item Des |
|---|---|---|
| Last Written time | 1/15/2014 6:30:09 AM -0500 | This indicates the last time this key was written. This is available only in Windows NT-based registry files (NT, 2000, etc) |
| RID unique identifier | 500 (0x000001F4) | This is the unique identifier portion of the RID that identifies the user on the machine |
| User Name | Administrator | This is the name of the user with this RID |
| Description | Built-in account for administering the computer/domain | The Description of this User |
| Logon Count | 18 | The number of logons this user has effected. It stops counting at 65535. |
| Last Logon Time | 1/15/2014 6:30:06 AM -0500 | This indicates the last time the user with this RID successfully logged on to the machine. |
| Last Password Change Time | 8/26/2013 2:04:04 AM -0400 | The last time the password was changed |
| Expiration Time | Never | The time at which the Users password will expire |
| Invalid Logon count | 0 | The number of times an unsuccessful logon attempt has been made since the last successful logon |
| Last Failed Logon Time | N/A | The last time a failed logon occurred |
| Account Disabled | True | This account has been disabled by the administrator |
| Password Required | False | Set to 'true' if the user must specify a password in order to logon |
| Country Code | 0 System Default | The Country code for the User |
| Hours Allowed | Anytime | The hours during which this user is allowed to login |
| Has LAN Manager Password | False | Set to 'true' if this user has a value for the LAN Manager password hash |
| Has NTLMv2 Password | True | Set to 'true' if the user has a value for the NTLMv2 password hash |
| **Item** | **Item Data** | **Item Des** |
| Last Written time | 8/5/2019 5:57:12 PM -0400 | This indicates the last time this key was written. This is available only in Windows NT-based registry files (NT, XP, 2000, etc) |

1/16/2020
194B-AT-3145212
R#217285
Initials: CAM

Case 1:21-cr-00048-JRH-BKE   Document 125-7   Filed 07/13/23   Page 2 of 5

Page

Page: 34 of 47

1/16/2020

194B-AT-3145212
R#217285

Initials: CAM

| Item | Item Data | Item Description |
|---|---|---|
| RID unique identifier | 501 (0x000001F5) | This is the unique identifier portion of the RID that identifies the user on the machine |
| User Name | Guest | This is the name of the user with this RID |
| Description | Built-in account for guest access to the computer/domain | The Description of this User |
| Logon Count | 0 | The number of logons this user has effected. It stops counting at 65535. |
| Last Logon Time | N/A | This indicates the last time the user with this RID successfully logged on to the machine. |
| Last Password Change Time | N/A | The last time the password was changed |
| Expiration Time | Never | The time at which the Users password will expire |
| Invalid Logon count | 2 | The number of times an unsuccessful logon attempt has been made since the last successful logon |
| Last Failed Logon Time | 8/5/2019 5:57:12 PM -0400 | The last time a failed logon occurred |
| Account Disabled | True | This account has been disabled by the administrator |
| Password Required | False | Set to 'true' if the user must specify a password in order to logon |
| Country Code | 0 System Default | The Country code for the User |
| Has LAN Manager Password | False | Set to 'true' if this user has a value for the LAN Manager password hash |
| Has NTLMv2 Password | False | Set to 'true' if the user has a value for the NTLMv2 password hash |

| Item | Item Data | Item Des |
|---|---|---|
| Last Written time | 6/30/2014 8:16:24 AM -0400 | This indicates the last time this key was written. This is available only in Windows NT-based registry files (NT, XP, 2000, etc) |
| RID unique identifier | 1001 (0x000003E9) | This is the unique identifier portion of the RID that identifies the user on the machine |
| User Name | sammie | This is the name of the user with this RID |
| Full Name | sammie sias | The full name of the user |
| Logon Count | 0 | The number of logons this user has effected. It stops counting at 65535. |

| | | |
|---|---|---|
| Last Logon Time | N/A | This indicates the last time the user with this RID successfully logged on to the machine. |
| Last Password Change Time | 6/19/2014 1:14:44 AM -0400 | The last time the password was changed |
| Expiration Time | Never | The time at which the Users password will expire |
| Invalid Logon count | 0 | The number of times an unsuccessful logon attempt ha been made since the last successful logon |
| Last Failed Logon Time | N/A | The last time a failed logon occurred |
| Account Disabled | False | This account has been disabled by the administrator |
| Password Required | True | Set to 'true' if the user must specify a password in orde logon |
| Country Code | 0 System Default | The Country code for the User |
| Has LAN Manager Password | False | Set to 'true' if this user has a value for the LAN Manage password hash |
| Has NTLMv2 Password | True | Set to 'true' if the user has a value for the NTLMv2 password hash |
| Given Name | sammie | User's given name |
| Surname | sias | User's surname |
| Windows Live user name | sgmsias9849@comcast.net | The Windows Live username for this user |
| Windows Live user ID | 60bebdb17e418638 | The Windows Live user ID for this user |
| **Item** | **Item Data** | **Item Des** |
| Last Written time | 6/19/2014 1:18:00 AM -0400 | This indicates the last time this key was written. This is available only in Windows NT-based registry files (NT, XP, 2000, etc) |
| RID unique identifier | 1003 (0x000003EB) | This is the unique identifier portion of the RID that identifies the user on the machine |
| User Name | HomeGroupUser$ | This is the name of the user with this RID |
| Full Name | HomeGroupUser$ | The full name of the user |
| Description | Built-in account for homegroup access to the computer | The Description of this User |
| Logon Count | 0 | The number of logons this user has effected. It stops counting at 65535. |

194B-AT-3145212
R#217285
Initials: _ccm_
1/16/2020

| | | |
|---|---|---|
| Last Logon Time | N/A | This indicates the last time the user with this RID successfully logged on to the machine. |
| Last Password Change Time | 6/19/2014 1:18:00 AM -0400 | The last time the password was changed |
| Expiration Time | Never | The time at which the Users password will expire |
| Invalid Logon count | 0 | The number of times an unsuccessful logon attempt has been made since the last successful logon |
| Last Failed Logon Time | N/A | The last time a failed logon occurred |
| Account Disabled | False | This account has been disabled by the administrator |
| Password Required | True | Set to 'true' if the user must specify a password in order to logon |
| Country Code | 0 System Default | The Country code for the User |
| Has LAN Manager Password | False | Set to 'true' if this user has a value for the LAN Manager password hash |
| Has NTLMv2 Password | True | Set to 'true' if the user has a value for the NTLMv2 password hash |

Page: 36 of 47

194B-AT-3145212
R#217285
Initials: *cam*
1/16/2020

file:///Y:/adtemp/ad_tmp_6bbb8e7e-ef65-40de-8f3f-a72db2b6b4b2.html

8/27/2019

**Registry SOFTWARE Information**

| | |
|---|---|
| Install Date | 6/19/2014 1:14:55 AM -0400 |
| Product Name | Windows 8.1 |
| Registered Organization | Hewlett-Packard |
| Registered Owner | sgmsias9849@comcast.net |
| Digital Product ID | A4 00 00 00 03 00 00 00 30 30 32 35 38 2D 36 31 32 34 39 2D 36 35 33 35 36 2D 41 41 4F 45 4D 00 1A 0A 00 00 5B 42 6C 75 65 5D 58 31 38 2D 39 35 34 33 33 00 1A 0A C0 1E 2D 77 BC B0 42 B6 A9 4F 16 6A 08 00 00 00 00 00 DA 00 D6 52 3A 58 43 47 02 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 AE 17 61 8B |