# USB

**ControlSet001\Enum\USBSTOR\Disk&Ven_SanDisk&Prod_Cruzer_Glide&Rev_1.00\4C530001670207114351&0\Device Parameters\MediaChangeNotification**

Last Written Time   8/5/2019 21:56:19 UTC

| Name | Type | Data |
|---|---|---|
| (default) | REG_TYPE_SZ | (value not set) |

Evidence Item E6360467 1B2

**ControlSet001\Enum\USBSTOR\Disk&Ven_SanDisk&Prod_Cruzer_Glide&Rev_1.00\4C530000200608108414&0\Device Parameters\MediaChangeNotification**

Last Written Time   8/6/2019 9:44:35 UTC

| Name | Type | Data |
|---|---|---|
| (default) | REG_TYPE_SZ | (value not set) |

Evidence Item E6360397 1B1

**ControlSet001\Enum\USBSTOR\Disk&Ven_SanDisk&Prod_Cruzer_Glide&Rev_1.00\4C530000160608108415&0\Device Parameters\MediaChangeNotification**

Last Written Time   8/6/2019 4:29:29 UTC

| Name | Type | Data |
|---|---|---|
| (default) | REG_TYPE_SZ | (value not set) |

**ControlSet001\Enum\USBSTOR\Disk&Ven_SanDisk&Prod_Cruzer_Glide&Rev_1.26\20051738430EF802C5D5&0\Device Parameters\MediaChangeNotification**

Last Written Time   4/13/2019 12:38:35 UTC

| Name | Type | Data |
|---|---|---|
| (default) | REG_TYPE_SZ | (value not set) |

**ControlSet001\Enum\USBSTOR\Disk&Ven_SanDisk&Prod_Ultra&Rev_1.00\4C530001120301119264&0\Device Parameters\MediaChangeNotification**

Last Written Time   7/24/2019 21:29:53 UTC

| Name | Type | Data |
|---|---|---|
| (default) | REG_TYPE_SZ | (value not set) |

**ControlSet001\Enum\USBSTOR\Disk&Ven_UFD&Prod_USB_Flash_Drive&Rev_1100\HI1XVYN94TYU8B5XN5B2&0\Device Parameters\MediaChangeNotification**

Last Written Time   7/13/2019 13:55:35 UTC

| Name | Type | Data |
|---|---|---|
| (default) | REG_TYPE_SZ | (value not set) |

**ControlSet001\Enum\USBSTOR\Disk&Ven_Lexmark&Prod_USB_Mass_Storage&Rev__200**

Page: 39 of 47   194B-AT-3145212 R#217285   Initials: Cam   1/16/2020

**\8&18091e72&0&20R11852D291151&0\Device Parameters\MediaChangeNotification**

Last Written Time   7/26/2019 15:27:30 UTC

| Name | Type | Data |
|---|---|---|
| (default) | REG_TYPE_SZ | (value not set) |

**ControlSet001\Enum\USBSTOR\Disk&Ven_Generic&Prod_Flash_Disk&Rev_8.07\4EAA1677&0\Device Parameters\MediaChangeNotification**

Last Written Time   7/19/2019 14:03:29 UTC

| Name | Type | Data |
|---|---|---|
| (default) | REG_TYPE_SZ | (value not set) |