UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE:                                )
                                      )
                                      )
                                      )
                                      )
                                      )
                                      )
SAMMY SIAS                            )

### WITNESS OLIVIA LAURA SCOTT

Proceedings before the Federal Grand Jury on the 7th day of October, 2020, in Savannah, Georgia, with Counsel, the witness, and a portion of the grand jurors appearing remotely by videoconference.

For the United States:   TARA M. LYONS
                         PATRICIA G. RHODES
                         DAVID ESTES
                         Assistant United States Attorneys
                         U.S. Attorney's Office
                         Savannah, Georgia 31401

KELLY CLAXTON REPORTING, INC.
POST OFFICE BOX 1172
STATESBORO, GEORGIA 30459

In Re: Sammy Sias – Witness Olivia Laura Scott



```
23    A    L-A-U-R-A.
24    Q    And Mrs. Scott, are you married to Kenneth Scott?
25    A    Yes, I am.
```

In Re: Sammy Sias – Witness Olivia Laura Scott

| | | |
|---|---|---|
| 1 | Q | Do you live here in the Augusta area? |
| 2 | A | I do. |
| 3 | Q | What is your address? |
| 4 | A | 2529 Sand Ridge Court, Hephzibah, Georgia, 30815. |
| 5 | Q | Approximately how long have you lived in that area? |
| 6 | A | We moved there in 1994. |
| 7 | Q | And when you moved there in 1994, did you later become associated with the Sand Ridge Community Association? |
| 9 | A | I did. |
| 10 | Q | And what kind of relationship or role did you take at that time? |
| 12 | A | Initially, I was just a board member, but it evolved to being the - - to being the treasurer. |
| 14 | Q | Now, what is your full-time job, Mrs. Scott? |
| 15 | A | Okay. I have a full-time job with the governor's administration. |
| 17 | Q | Okay. And during this time that you served in some capacity with Sand Ridge, is Sand Ridge a full-time job, a part-time job, a volunteer job? What is it to you? |
| 20 | A | It's a volunteer job. |
| 21 | Q | Okay. So you've always had outside employment? |
| 22 | A | Absolutely. |
| 23 | Q | Now, you started as a board member. And around what period of time did you serve as treasurer? |
| 25 | A | So it was sometime around 2010 or thereafter, and I |

In Re: Sammy Sias – Witness Olivia Laura Scott

1  stayed on to about 2016.
2      Q   So about five or six years?
3      A   Yes.

