1 [redacted]C1à¡±SUBáNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULN[redacted]NULNUL>NULETXNULþÿ
NULA[redacted]NULNULNULNULNULNULNULNULNU[redacted]NULNULSOH[redacted]NULNUL3NULNULNULNULNULNULNULNULDLENUL
NUL5NULNULNULSOHNULNULNULþÿÿÿNULNULNULNUL2NULNULNULÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ[redacted]ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
[redacted]ÿÿÿÿÿÿÿ[redacted]ÿ[redacted]ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿìÿ[redacted]NUL_à [redacted]
[redacted]NULNULõDC2¿NULNULNULNULNULNULDLENULNULNULNULNULBSNULNULSVTNULNULSONULbjbjšCANš
CANNULNULN[redacted]NULNULNULNULNUL[redacted]NULNULNULNULNULNULNULNUL
EOTSYNNUL4SUBNULNULør=\ør=\SETXNULNULNULN[redacted]NULNULNULNULNULNULNULNULNU[redacted]NULNULNUL
NULNULNULNULNULNULNU[redacted]NULNULNULNULNULNULÿÿSTNULNULNULNULNULNULNULNULNULÿÿST[redacted]NULNUL
NULNULN[redacted]NULNULNULÿÿSTNULNUL[redacted]NULNUL[redacted]NULNULNULNULNULNULN[redacted]NULNULNUL·NULNULNUL
[redacted]NULÊBSNULNULNULNULN[redacted]NULÊBSNULNULBSYNNULN[redacted]NULNULNULBSYNNULNULNULNULNULB
SYNNULNULN[redacted]NULNULBS[redacted]NULNULNULNULNULBS[redacted]NULNULDC4NULNULNULNU[redacted]NULNULNULNUL
NULNULÿ[redacted]NULNULN[redacted]NULVSYNN[redacted]NULNULNULNULVSYN[redacted]NULNULNULNULNULVSYN[redacted]NULNU[redacted]
NULNULV[redacted]NULNUL$NULNULNULzSY[redacted]NULFSNULNULNULVSYN[redacted]NULNULNULNULNULÓ!NU[redacted]®SOH
NULNUL–SYNNUL[redacted]NULNULNULNUL–SYNNUL[redacted]NULNULNULNUL–SYNNUL[redacted]NULNULNULNUL–SYNNUL[redacted]
NULNULNULNUL–SYNNULN[redacted]NULNULNULqETBNU[redacted]NULNULNULNULqETB[redacted]NULNULNULNULNULqE[redacted]
NULNULNULNULNULNU[redacted]!NULNULSTXNULNULNU[redacted]!NULNULNULNULNULNU[redacted]!NULN[redacted]NULNULNU[redacted]T!NUL
[redacted]NULNULNU[redacted]T!N[redacted]NULNUL[redacted]NULT!NULNULNULNULNULNULT!NULNUL$NULNULNUL#NULNUL¶
STXNULNUL7&NU[redacted]jNULNULNULx!NULNUL[redacted]NULNULNULNULNULNULNULNULNULNULNULNULNUL
NULNULNULNULBSYNNULNUL[redacted]NULNULNULqETBNULNUL[redacted]NULNULNULNULNULNULN[redacted]NULNULNULNUL
NULNULN[redacted]NULNULNULNULqETBNULNU[redacted]NULNULNULqETBNULNULNULNULNULNULqETBNULN[redacted]NULNUL
NULNULqETBNUL[redacted]NULNULNULNULx!NULNU[redacted]NULNULNULNULNULNULNULNULNULNULNULBSYNNULNUL
[redacted]NULNULN[redacted]SYNNULN[redacted]NULNULNULNUL–SYNN[redacted]NULNULNULNULNULNU[redacted]NULNULNULNUL–
[redacted]NULNULÛNULNULNUL!NU[redacted]SYNNULNULNULãETBNULNULNULNULNULNULãETBNULNULNULNULNULNULã
[redacted]NULNULN[redacted]NULNULNULqETBNULNUL [redacted]
2 NULNULNULBSYNNULN[redacted]NULNULNULNUL–SYNNULNULNULNULNULNULBSYNNUL[redacted]NULNULNULNUL–SYNNUL
NULNULNULNULNULR!NULNULNULNULNULNULNULNULNULNULNULNULNULãETBNULNULNULNULNUL
NULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULN[redacted]NULNULNULNUL
NULNU[redacted]NULNULNULNULNULNULNULNULNULNULNULNUL[redacted]NULNULNULNULqETBNUL[redacted]NULNULN[redacted]
NULR!NU[redacted]NULNULNU[redacted]NULNULNULNULNULNULNULNULNULãETBNULNULNULNULNULNULãETBNULNULVNUL
NULNUL>USNULNUL@NULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNUL
NULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNUL
NULNULNULNULNULNULN[redacted]NULNULNULNULNULNULNU[redacted]NULNULNULNULNU[redacted]NU[redacted]NULNULSTX
NULNULNULNULNULN[redacted]SYNNULNULN[redacted]NULNULNU[redacted]ÿÿNULNU[redacted]NULNULNULFSªSOHžôÐSOHNULNULNULNUL
NULNULNULNU[redacted]ÿÿNULNULNULNUL{ET[redacted]NUL[redacted]NULNUL~[redacted]NULNULFFNULNULNUL[redacted]NULNUL[redacted]NUL
NULNU[redacted]>!NULNULDC4NUL[redacted]NUL£!NU[redacted]0NULNUL[redacted]Ó!NULNULNULNULNULNULŠUSNULNULxNULNUL
NUL¡&NULNULNULNULNULNULETBNULNULFNULNULNUL¡&NULNULCANNULNULNULSTX
NULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNUL
NULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNUL
NULNULN[redacted]NULNULNUL[redacted]NULNULNULNULNULNULNULNULSTX
NULNUL8NULNULNUL¡&NULNULNULNULNULNULNULNULNULNULNULNULNULBSYNNULNULNULNULNULNUL:
[redacted]
NULN[redacted]OTSOHNULNULqETBNULN[redacted]NULNULNULqETBNULNULNULNULNULNULãETBNULNULNULNUL
NULqETBNULNULNULNULNULNULqETBNULNULNULNULNULNULNULNULNULNU[redacted]NULNULNULNULNUL
[redacted]NULNULNULNULNULNULN[redacted]NULNULNULNULNULNUL[redacted]NULNULNULNULqETBN[redacted]NULNULNULNULq
ETBNULNULNULNULNULNULqETBNULNULNULNULNULNULx!NULNULNULNULNULNULx!NULNULNULNULNUL
NULNULNULNULNULN[redacted]NULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNUL
NULNULNULNULNULãETBNULNULNULNULNULNULNULNULNUL[redacted]NULNULNULNULNULN[redacted]NULNUL
NULNULNULNULN[redacted]NULNULNULNULNULNU[redacted]NULNULNULNULqETB[redacted]NULNULNULNULNULqETB[redacted]NUL
NULNULNULNULqETB[redacted]NULNULNULNULNULÓ!NU[redacted]NULNULNULNULqETBNULNULNULNULNULqETBNUL
NULN[redacted]NULNULNULqETBN[redacted]NULNULNULNU[redacted]ETBNULNULNULNULNULNULNULNULNULNU[redacted]NULNUL
ÿÿÿÿNULNU[redacted]NULÿÿÿÿNULNU[redacted]NULÿÿÿÿNULNU[redacted]NULNULNULNULN[redacted]NULNULNULÿÿ[redacted]NULNUL
NULNULÿ[redacted]NULNULNULNULÿ[redacted]NULNULNULNULÿ[redacted]NULNULNULNULÿ[redacted]NULNULNULNULÿ[redacted]NULNULNUL
NUL[redacted]ÿNULNULNULNUL[redacted]ÿNULNULNULNUL[redacted]ÿNULNULNULN[redacted]ÿÿÿNULNULNULNULÿ[redacted]NULNULNULNULÿ
ÿÿÿNULN[redacted]NULNULÿÿÿÿNULNULNULN[redacted]ÿÿÿNULNULNULNUL¡&NU[redacted]NULNULNULNULqETBNU[redacted]NULNUL
NULNULqETBNUL[redacted]NULNULNULNULqETBNULNULNULNULNULNULqETBNULNULNULNULNULqETBNULNUL
NULNULNULNULqETBNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNUL
NULNULNULNULNULNULNULNULNULNULNULNULN[redacted]NULNULNULNULNULNULNU[redacted]NULNULNULNULNUL
N[redacted]NULNULNULNULNULNULNU[redacted]NULNULNU[redacted]NULNULqETBNULNULNUL[redacted]NULNULqETBNULNULNULNULNULNUL
qETBNULNULNULNULNULNULÊBSNULNUL>FFNULNULBSNAKNULNUL:SOHNULNULENQNULDC2SOHNULNUL
EOTNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNUL
NULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNUL
NULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNUL
NULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNUL

JAMESTOWN COMMUNITY CENTER
SPLOST VI CAPITAL IMPROVEMENT PROJECTS
3647 KARLEEN ROAD
HEPHZIBAH, GEORGIA  30815


Invoice# 2014-027            Exhaust Fans / Barbecue Pit


Sandridge Community Association, Inc.
3647 Karleen Road
Hephzibah, Georgia 30815
Tel: 706-840-5240
Fax: 706-790-1805


Scope of Work:     Install two new large exhaust fans in the barbecue pit.


Specifications:

Remove the old inoperative fans
Prepare the new for installation
Install the new fans
Wire the electrical connection (City maintenance crew)
Consider improving the metal protection for each fan




Estimated Cost:         $1,500.00

Amount Approved:        $1,500.00






Date Completed                       21 August 2015




Signature:
_____
          Willa Hilton, SPLOST VI Project Treasurer

[Binary data dump: rows 57–78 containing NUL bytes, control characters, and non-printable binary content]

```
 79   NUL-
 80   NUL-
 81   NUL÷NULNULNULNULNULNULNULNULNUL NUL÷NULNULNULNULNULNULNULNULNUL÷
      NULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNUL÷NULNULNUL
      NULNULNULNULNULNULNULNULîNULNULNULNULNULNULNULNULåNULNULNULNUL
      NULNULNULNULNULàNULNULNULNULNULNULNULNULNULàNULNULNULNULNULNUL
      NULNULàNULNULNULNULNULNULNULNULNULNULàNULNULNULNULNULNULNULNUL
      àNULNULNULNULNULNULNULNULÛNULNULNULNULNULNULNULNULåNULNUL
      NULNULNULNULNULNULNULNULNULàNULNULNULNULNULNULNULNULÒNULNULNULNUL
      NULNULNULNULNULNULÉNULNULNULNULNULNULNULNULNULÀNULNULNULNUL
      NULNULNULNUL°NULNULNULNULNULNULNULNUL‚NULNULNULNULNULNULNUL
      NUL‚NULNULNULNULNULNULNULNULNULNULNULNULNULNULSOHNULNULNULEOTNUL
      NULSI„ÐSTX^„EOTXNULDCNULNULSI„ ENQ^„ ENQgd>v4NULNULBSNULNULSI„ ENQ^„ ENQgdµH/NULNUL
      DCNULNULSI„GTOT^„GTOTgdk:bNULNULEOTNULNULgdµH/NULNULEOTNULNULgdÃ#PNULNULBSNULNULSI„8
      EOT^„8EOTdESCnåNULNULDSNULNULSI„„ ENQ^„„ ENQgdq~•NULBSNULNUL
      SOHVTFSOHNULgdESCnåNULNULNAK
 82   NULJ
 83   NULK
 84   NULL
 85   NUL]
 86   NUL_
 87   NUL`
 88   NULe
 89   NULh
 90   NULk
 91   NULl
 92   NULm
 93   NULDEL
 94   NUL„
 95   NUL‡
 96   NULŠ
 97   NUL‹
 98   NULŒ
 99   NUL
100   NUL'
101   NUL'
102   NUL"
103   NUL"
104   NUL•
105   NULNUL`íá~¨ÉÀÉ·ö‹@ž©"©¦{rfZNBNULNULNULNULNULNULNULNULNULNUL NULETBNAKhµH/ SYN
      háp@NULCJDC4NUL\BSaJDC4NULETBNAKhµH/NUL SYNh >v4NULCJDC4NUL\BS JDC4NULETBNAKhµH/NUL SYN
      hÖTXÄNULCJDC4NUL\BSaJDC4NULETBNAKhµH/NUL SYNh /8GNULCJDC4NUL\BSaJDC4NULDC1SYNhâGùNULC
      JDC4NUL\BSaJDC4NULETBNAKhµH/NUL SYNh!@NULCJDC4NUL\BSaJDC4NULETBNAKhµH/NUL SYNh H/NUL
      JDC4NUL\BSaJDC4NULDC4SYNhÊRõNUL5BCGJDC4NUL\BSaJDC4NULNULDC4SYNhESCnåNULDC4JDC4NUL\
      DCaJDC4NULNULSUBNULÝµH/NUL SYNÉµH/NUL 5BCGJDC4NUL\BSaJDC4NULNULDC1SYNhêRåNULCJDC4NUL\
      BSaJDC4NULDC1SYNhESCnåNULCJDC4NUL\BS JDC4NULETBNAKhµH/NUL SYNhíCSINULCJDC4NUL\DCaJDC4
      NULETBNAKhµH/NUL SYNã#PNULCJDC4NUL\BSaJDC4NULETBNAKµH/NUL SYN 1LNULCJDC4NUL\BSaJDC4
      NULDC1SYNh~1LNULCJDC4NUL\BSaJDC4NULDC1SYNhµH/NULCJDC4NUL\BSaJDC4NULNULETB•
107   NUL-
108   NUL-
109   NULœ
110   NUL¥
111   NUL¦
112   NUL©
113   NUL¬
114   NUL¶
115   NUL°
116   NUL¼
117   NULÃ
118   NULÅ
119   NULÆ
120   NULç
121   NULè
122   NULé
123   NULê
124   NULNUL&VTNULNUL(VTNULNULRVTNULNULSVTNULNULóçÛçÛÒÉÀ·Û«ŸÛ"‡~r"ç"‡NULNULNULNULNULNULNUL
      NULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNUL
```





[redacted]5¨Þ ò[redacted]VT[redacted]DC2Ã°FF‰ Ïg
EM–æ¿;ž‰ìÛ[redacted]¼ÝŽ²Ž[redacted]ÌNÁý DC4 [redacted]è DC3 ÓÌ DEL [ DEL STX NUL NUL ÿÿ ETX NUL PK [redacted] EOT DC4 NUL [redacted] NUL BS
NUL [redacted] NUL [redacted] NUL [redacted] NUL [redacted] 6 SOH NUL NUL VT NUL NUL NUL _rels/.rels„ÏjÃ0 FF ‡ï…½fÑ}QÒÃ CAN %v/¥C
/[redacted] NUL á( DEL h" ESC Û ESC ëÛOÇ ACK
137 [redacted]„¤[redacted]=þ®‹ùá"ç
SY[redacted]ª[redacted]KÃâC?[redacted]v=¿ DEL ,É…¤§% BS [[redacted]£{Ûµ[redacted]Ñ£<Í1 ESC ¥H¶0• DC2 [redacted]ÙO¼R®B[redacted] DLE ÒJEÛ4[redacted] DEL $'q
[redacted]SžEMà6LÓõ SYN R×7`®¨Éý³Ã0ÌžOÁ[redacted],å[redacted]Liäb¡¨/ã[redacted]eªÔ RS Ðµ¸ùÓý SOH NUL NUL ÿÿ ETX NUL PK
ETX EOT DC4 NUL AC[redacted] NUL BS NUL NUL NUL ! NUL ky– SYN ƒ NUL NUL NUL Š NUL NUL NUL FS NUL NUL NUL theme/theme/th
em[redacted]nager.xml FF ÌM
138 Ã [redacted]á}¡wÙ7c»(Eb²Ë®»ö NUL Cœ SUB AÇ ÒÝÛ×ååƒ7Îß DC4 Õ›K
139 Y,œ BEL
140 [redacted].^[redacted],$ ESC ¨ÚH[redacted],láÇ[redacted]éx CAN É´ DC3 ßIÈsQ}#Õ…-µÝ Öµ+Õ![redacted]^¹$j=[redacted]èÓ÷)âEë[redacted]
141 STX 8ý SOH NUL NUL ÿÿ ETX NUL PK ETX EOT DC4 NUL ACK [redacted] BS NU[redacted] NUL ! NU[redacted]R%ßÆ ACK NUL NUL ‹ SUB NUL NUL
SY[redacted] NUL NUL theme/theme/theme1.xmlìY]‹ÛF DC4 }/ô? BS ½;þ'ü±Ä ESC lÙÎ¶ÙMBì¤äql-ÉŽ4F3Þ
'<SY[redacted]
142 ¥iéC ETX }ë[redacted] ESC H /é[redacted]¥M! DEL ¡wF¶<c»›%…¥d
143 ‹4:÷[redacted]ÎGS I–¯Ü¨s„[redacted]XÜp‹–
144 ®ƒã! ESC [redacted]Òp[redacted]»¹šë[redacted]
145 wŽ¹{e÷ÃSI.£GS DC[redacted]BS;`[redacted]GS Ôp[redacted]¦;ù< US Â0â–Ø[redacted]pmÌ[redacted]
8M&[redacted]Ž[redacted]ó¥B¡' DLE ‰]'F DC1 ¸½1 RS "!vú[redacted]»tÞ¡p SUB VT . BEL †4éI×Ø°[redacted]aQ"œß BEL 4qŽ[redacted]m¸0Ï^ GS ÷ñ
[redacted] DC4 q SOH [redacted] SUB nAý¹ùÝ[redacted]³0[redacted]–f×U DE[redacted]»…Á[redacted]lR[redacted]J36¯[redacted]Tlâ:ÕN¥SÉ[redacted]
ETB Ý$ßª·Úp STX «ÒC‹ïvµ[redacted]UB xÍ DEL yfsÓ–? ETX ¯@©DEL o ETX ßí ACK DLE E ETX ¯@)ÞßÀ{^µ DC4 x ACK ^R|e ETX
_–4Û^Õ[redacted]HI|¸.ø•[redacted]m[redacted]EM3°g…[redacted]¯[[redacted]¯PP
146 YuÉ)Æ, SYN [redacted]B÷[redacted]NO€[redacted]R$Hì^ù DC4 Ñ DLE [redacted]@" FF DC2 âì"I[redacted]7E1ã0\( NAK °…2ü–?O GS ©^ GS [redacted]É VT õ!
ÉÇáÃ„LEÃý CAN ¼°[redacted]äÍË US [redacted]|î[redacted]zqòè–"Ç[redacted]ýœ:2¬öP<Ñ–^ DEL ýÅßO?[redacted]pÝë'[redacted]\Ç[redacted]g¿[redacted]¥ GS BS [redacted]..
àÕ×ÏþxñìÕ7ÝÿùÃ DC3 VT ¼™ SO ï"BS sç:>vn± BS SYN ¦B`2Çƒäí,ú!"°E3žp DC4 #9‹Å DEL G„ ACK úúF S QdÁµ° EM Á
; HŒ
147 xuvÏ Ü VT "™ SYN ×ÂÈ NUL RS 0F[,±FášœK VT s DEL SYN Oì"'3 GS w VT ¡#ÛÜ SOH ŠüvfSÐVbs EM „Ø y"¢X
Ž±[redacted]5v^[redacted]uw[redacted]âz@[redacted] ã[redacted]»Äi!b[redacted]
148 IÝ FF ÆjZ EM í'BS ò2·DC1 „|[redacted]±9¸ã´ CA[redacted]–°L$Ü NAK ^ZÈ÷1[redacted]x NAK Í[redacted]Š1[redacted]¢z[redacted]\[redacted]${ód¨ã:\@¦'2§3Â
[redacted]n$°^–[redacted]^ìi? ó[redacted], FS Ú|î#Ætd› GS ACK !Š¦6lÄ¡Žý^ US B%"ç& DC3 6ø SOH 3ï DLE y SO y@ñÖtß!ØH÷éjp
[redacted]C"U[redacted]DL[redacted]–Xry NAK [redacted]{s:FXI
149 BS ¿¡ç DC[redacted] NAK ÷5Y÷ÿ[[redacted]!}õíSËª.ª 7 DC3 [redacted]öÖd| ESC n]¼[redacted]–ŒÈÅ×î6šÅ[redacted]Ü.›
150 [redacted]t¿–n÷ DEL /Ý[redacted]w/Ø+ ACK ù–[redacted]t[redacted]îÑ[redacted]ûPÚ[redacted]sŠ÷¹Ú°[redacted]L£. FF [redacted]ÌŠ³ç[redacted] BS ‡òN†
FF Ü$AÊÆIð„^° ETB ¢)ìï‹®t2á VT × DC3 îL EM ‡m¿ SUB ¶ú–x:‹ SO Ø(}\– SYN å£i* RS FS ‰ÕxÁÏÆáQC¤èJuõ BS –¹W1
'êQyI@Ú¾
151 m[redacted]ÙB¢°[redacted]ARSI æ DLE 4 VT µ[redacted]¢naQ[redacted]©Ú` SOH Ô²¬ÀÖÉ[redacted]
152 WÃõ=0 SOH #x¢B DC4 džÒT/³«'ù.3½–F[redacted]À>bY SOH «L×%×–Ë"«KKí FF ™6Hhåƒ'P'Q=Œ‡h„ ETB Õ)GÏBãms]_¥Ô '
C¡æƒÒZÑ¨Ö[redacted]ys
153 [redacted]@c])hì[redacted]JÙ‡' EM ¢iÃ GS Äc? FS FS ¨GS . ·¼^NàÝÙP$é
154 D[redacted]S[redacted]&\´ DC1 SI Ó€+ÑIÕ[redacted]
[redacted]TX ' SO %QÃ•ËÏÒ@[redacted]Š[±EOT,paÉ[redacted]. SUB 9H°™d< RS ã¡ÐÓ®ÈH§$ ð©VX¯*óóƒ¥% ›A°{áèØ EM ÐYr VT A‰ùÕ¢
FF à^pxûSL£9"õ[redacted] DC3 ²Uý–5¦[redacted]êï DC3 U
155 ¥ã^NC´è(°[redacted]%å EM GS u–Â@;[¬ EM STX ª…dÑ BS [redacted] DC3 Ù`õ SUB Ý4ë SUB )‡–]÷t# EM 9M4W=ÓP NAK Ù5í*fÌ°l ETX
k±<_"×X[redacted] FF Š¦wøT°×%[redacted]Ô°µ}BÖ% àYü,]÷ FF
156 A£¶šÌ & EM o[redacted]ìÅ¨Ù;– VT <…ÚYš„¦ú•¥Ûµ¸e=Â: GS FF ž«óƒÝzÕÂÐx¹¯T'VB=ôO DC3 lp SI Ä£
157 /gTp•J[redacted]Ø DLE õÔž$•
158 ¸Eî‹Å–S[redacted]GÎ,! [redacted]
159 ÷AÁozAÉ SI r…šßÉy NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL
NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL

[Page contains repeating "NUL" characters filling the page]