ÐÏà¡±á > þÿ 3 5 þÿÿÿ 2
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿÿÿÿÿì¥Á _à ð¿ S bjbjšš 4
ør=\ør=\S ÿÿ ÿÿ ÿÿ
· Ê Ê B B B B B ÿÿÿÿ V V
V V $ z V Ó! ® – – – – – q
q q R! T! T! T! T! T! T! $ # ¶ 7& j
x! B q q q q q
x! B B – – Û ! ã ã ã
q
B – B – R! ã
q R! ã ã V > @
– ÿÿÿÿ ªžôÐ
ÿÿÿÿ { " ~ >! £! 0 Ó! Š x ¡& F
¡&
8 ¡& B : q q ã q q
q q q x! x!
ã q q q Ó! q
q q q ÿÿÿÿ ÿÿÿÿ ÿÿÿÿ ÿÿÿÿ ÿÿÿÿ ÿÿÿÿ
ÿÿÿÿ ÿÿÿÿ ÿÿÿÿ ÿÿÿÿ ÿÿÿÿ ÿÿÿÿ ÿÿÿÿ ÿÿÿÿ ÿÿÿÿ ÿÿÿÿ
ÿÿÿÿ ¡& q q q q q q
q q q Ê > :

JAMESTOWN COMMUNITY CENTER
SPLOST VI CAPITAL IMPROVEMENT PROJECTS
3647 KARLEEN ROAD
HEPHZIBAH, GEORGIA 30815

Invoice# 2014-027 Exhaust Fans / Barbecue Pit

Sandridge Community Association, Inc.
3647 Karleen Road
Hephzibah, Georgia 30815
Tel: 706-840-5240
Fax: 706-790-1805

Scope of Work: Install two new large exhaust fans in the barbecue pit.

Specifications:

Remove the old inoperative fans
Prepare the new for installation
Install the new fans
Wire the electrical connection (City maintenance crew)
Consider improving the metal protection for each fan

Estimated Cost: $1,500.00

Amount Approved: $1,500.00

Date Completed 21 August 2015

Signature:

______________________________________

Willa Hilton, SPLOST VI Project Treasurer

o q r s t u | } ƒ … † ‡ ˆ ‰ ™ ¥ ¦ © ª
÷î÷åÞÐÄ·Ä§–Š}p}cVŠVpI9hµH/ h–x 5CJ aJ mH sH hêRð 5CJ aJ mH sH
hº7
5CJ aJ mH sH hq~• 5CJ aJ mH sH hC
½ 5CJ aJ mH sH h¥TÍ 5CJ aJ mH sH hCÆ 5CJ aJ mH sH
hµH/ hÃ#P 5CJ aJ mH sH hµH/ h“Cê 5CJ aJ mH sH hµH/ 5CJ aJ mH
sH hµH/ hzC 5CJ aJ hµH/ hµH/ 5CJ \aJ h–x 5\ hzC 5CJ \ hùY
5CJ \ h–x 5CJ \ D V p q r s t ¥ ª « ¬ Ò ä ý !
" # $ r s t „ … ú ò
ú ú í í è è
æ æ ä ä ä ä ä

ä ä ä ä ä ß
ß ß Ú Ú □ gd□nå □ gdÃ#P □ □
□ gdµH/ □ gdzC □ □$□a$□gdù□Y □ □$□a$□ □ª□ «□ ¬□ Ò□ ã□ ä□ ý□ □ □ □
□ ! " # $ 7 o q r s
t … ¥ Å Æ Ú Û □
F
I
öêÞÒÞÆºÞÆÞÒº±¨œ‡~ulu`‡WlWlNWl □□hí6¦ CJ□ \□□aJ□ □□hq~• CJ□ \□□aJ□ □□hµH/ □h□nå CJ□ \□□aJ□
□□h□nå CJ□ \□□aJ□ □□h~lL CJ□ \□□aJ□ □□hC
½ CJ□ \□□aJ□ □□hº7
CJ□ \□□aJ□ □□hµH/ □hÃ#P CJ□ \□□aJ□ □□hµH/ □hµH/ CJ□ \□□aJ□ □□hµH/ CJ□ \□□aJ□ □□hù□Y CJ□ \□□aJ□
□□hµH/ □hù□Y CJ□ \□□aJ□ □□hµH/ □h–x CJ□ \□□aJ□ □□hµH/ □h°qÚ CJ□ \□□aJ□ □□hµH/ □h7□» CJ□ \□□aJ□
□□hµH/ □hç|+ CJ□ \□□aJ□ □□h–x CJ□ \□□aJ□ … ¥ Æ Û □
G
H
I
J
K
L
l
m
‹
Œ
‘
“
”
•
–
—
÷ ÷ ÷ ÷ ÷ î å
à à à à à Û
à à Ò É À º ‚
‚ □ □ □„Ð ^„Ð □ □„ □^„ □gd›v4 □ □„ □^„ □gdµH/ □ □„8□^
„8□gdk:b □ gdµH/ □ gdÃ#P □ □„8□^„8□gd□nå □ □„ □^„ □gdq~• □
&□□F□ gd□nå □I
J
K
L
]
_
`
e
h
k
l
m
□
„
‡

Š
‹
Œ

'
'
"
"
•
öíáÕöÉÀÉ·öí©ž©"©‡{rfZNB hµH/ háe© CJ \aJ hµH/ h›v4 CJ \aJ hµH/ hŒÄ CJ \aJ hµH/ h/8G CJ \aJ hâGù CJ \aJ hµH/ h!0v CJ \aJ hµH/ hµH/ CJ \aJ hêRð 5CJ \aJ hnå 5CJ \aJ hµH/ hµH/ 5CJ \aJ hêRð CJ \aJ hnå CJ \aJ hµH/ hÍc CJ \aJ hµH/ hÃ#P CJ \aJ hµH/ h~1L CJ \aJ h~1L CJ \aJ hµH/ CJ \aJ •
–
—
œ
¥
¦
©
¬
¶
º
¼
Ã
Å
Æ
Ç
È
É
Ê
% ( R S óçÛçÛÒÉÀ·Û«ŸÛ"‡~r"ç"‡
hµH/ hnå CJ \aJ h!0v CJ \aJ hµH/ h!0v CJ \aJ hµH/ h°qÚ CJ \aJ hµH/ h--Å CJ \aJ hµH/ h!° CJ \aJ h~1L CJ \aJ hq~• CJ \aJ hnå CJ \aJ hôI( CJ \aJ hµH/ h.… CJ \aJ hµH/ hw3J CJ \aJ hµH/ h–x CJ \aJ –
Æ
Ç
È
É
Ê
# R S ý ø ø ø ø ø ø ø

gd°qÚ 2 1h:p3[ö °Ð/
°à=!°€"°€#Ð $ %° °Ð °Ð Ð

þ  s 
  ˜  ž ž ž ž ž ž ž 6 6 6 6 6 6 6 6 6 v v v
v v v v v v 6 6 6 6 6 6 > 6 6 6 6 6 6 6 6 6 6
6 6 6 6 6 6 6 6 6 6 6 6 6 6 6 6 6 ¨ 6 6  6 6 6
6 6 6 6 6 ‚ 6 6 6 6 6 6 6 6 6 6 6 6 h H 6 6 6
6 6 6 6 6 6 6 6 6 6 6 6 6 6 6 6 6 6 6 6 6 6 6 6
6 6 6 6 6 6 6 6 6 6 6 6 6 6 6 6 6 6 6 6 6 6 6
6 6 6 6 6 6 6 6 6 6 6 6 6 6 6 ° 6 2  À Ð à ð 
  0 @ P ` p € À Ð à ð   2 ( ø è  0 @ P `
p €  À Ð à ð    0 @ P ` p €  À Ð à ð  
0 @ P ` p €  À Ð à ð    0 @ P ` p €  À Ð à
ð     0 @ P ` p €  À Ð à ð     0 @ P ` p €
 8 X ø   V ~  ° À Ð € à ð     0 @ à ð
    0 @ à ð    0 @ à ð    0 @ à ð    
0 @ à ð    0 @ à ð    0 @ à ð    0 @ à
ð     0 @ à ð    0 @ à ð    0 @ à ð  
   0 @ à ð    0 @ à ð    0 @  _HmH nH
sH tH  @ `ñÿ @ ▲  N o r m a l  CJ _HaJ mH sH
tH D   D ▲ H e a d i n g 1   $$@& a$
5CJ \F @ F ▲ H e a d i n g 2  $@& 5\mH sH tH
D A òÿ¡ D ▲  D e f a u l t P a r a g r a p h F o n t V i
óÿ³ V ▲
0▲ T a b l e N o r m a l :V ö 4ö  4ö 
l aö ‚  ( k ôÿÁ (
0 N o L i s t ▲ B þ/òÿñ B ▲ °qÚ  H e a d i n g 2 C h a r
 5CJ \aJ @ ³  @ ▲ ŒÄ  L i s t P a r a g r a p h
  „Ð ^„Ð H ™  H ▲
 3[ö 0▲ B a l l o o n T e x t   CJ OJ QJ ^J aJ N þ/òÿ!N ▲ 3[ö 0 B a l
l o o n T e x t C h a r  CJ OJ QJ ^J aJ PK   ! éÞ¿ÿ 
[Content_Types].xml¬'ËNÃ0E÷Hüƒå-Jœ²@%é,ÇŽÇ¢|ÀÈ™$ÉØ²§Uû÷LÒTB¨ l,Ù3÷ž;ãr½µÃ˜œ§J¯òB
+$ëG]¥ß7OÙ-V‰<a¥˜ôº¾¼(7‡€I‰šR¥{æpgL²=Žr¤Òú8 Ë5v&€ý€ÍuQÜë‰'8ãÉC×å¶
°X=îåù˜$â´º?6N¬JCƒ³À'Ôì¨ùFÉB.Ê¹'õ.¤+‰¡ÍYÂTùº°è^e5Ñ5¨Þ òŒÃ°▲‰_Ïg -
æ¿;ž‰ìÛÖYl¼ÝŽ²Ž|6^ÌNÁÿ`õ?èÓÌ[ ÿÿ PK   ! ¥Ö§çÀ 6 
_rels/.rels„ÏjÃ0▲‡ï…½ƒÑ}QÒÃ%v/¥C/£} á(h"ÛëÛOÇ
»„¤ï÷©=þ®‹ùá"ç šªÃâC?
Ëháv=¿,É…¤§%[xp†£{Ûµ_¼PÑ£‹Í1¥H¶0•ˆÙO¾R®BdÑÉÒJEÛ4b$§'q_×˜žà6LÓõR×7`®¨Éÿ³ÃØÌžOÁ¯
,åEn7"Liäb¡¨/ãS½¨eªÔÐµ¸ùÖý ÿÿ PK   ! ky-ƒ Š
theme/theme/themeManager.xml▲ÌM
Ã @á}¡wÙ7c»(Eb²Ë®»ö CœAÇ ÒÝÛ×åãƒ7ÎßÕ›K
Y,œ
ŠeÍ.ˆ·ð|,§¨ÚHÅ,láÇæéxÉ´ßIÈsQ}#Õ…-µÝ Öµ+Õ!ï,Ý^¹$j=‹GWèÓ÷)âEë+&
8ý ÿÿ PK   ! ªR%ßÆ ‹ 
theme/theme/theme1.xmlìY]‹ÛF}/ô?½;þ'ü±ÄlÙÎ¶ÙMBì¤äql-ÉŽ4F3Þ '<
¥iéC}ëCiH /é¯Ù6¥M!¡wF¶<c»›%…¥d
‹4:÷Î™{¯ÎI–¯Ü¨s„NXÜp‹–
®ƒã!'xÒpo÷»¹šëpâ¢,Æ
wŽ¹{e÷Ã.£â;`óÔpC!¦;ù‹Â0â–ØÇpmÌ'
8M&ùQ,ŽÁoDó¥B¡'‰]'F,½1"!vúÒ¥»»tÞ¡p.†4éI×Ø°PØÑaQ"øœ4qŽm¸0Ïˆ÷ñ}á:qnAý¹ùÝËy´³0¢b

‹-f×U□□»…Áè°¤æL&ƒlRÏó½J3ó˜ Tlâ:ÕN¥SÉü) □□a
¥)□Ý§ßª·Úþ «ÒC‹ïvµ].□xÍ□yƒsÓ–?□˜@©□o□ßí□□E□˜@)ÞßÀ{^µ□x□^R|e□_-4Û^ÕÀ+PHI|¸.ø•r°\m□□3ºg…×}¯[
--œ¯PP
YuÉ)Æ,□Ûj-B÷XÒ□€□R$Hì^ù□□Ñ□ª8@"□âì"I□…7E1ãØ\(□º…2ü–?O©^ Œ4kÉ□˜ð!ÉÇáÃ„LEÃý□‰º□äÍËß¾|îœ<z
qòè–"ÇOýœ:2¬öP<Ñ-^□ÿÅßO?uþzþÝë'_Ùñ\ÇÿþÓg¿ýú¥□+]…àÕ×ÏþxñìÕ7ŸÿùÃ□□¼™ □□ï"□sç:›vn±□□¦B`2Çƒ
äí,ú!"ºE3žp□#9‹Å□G„□úúQdÁµ°□Á;    HŒ
xuvÏ Ü□"™ □□×ÂÈ 0F[‚±FášœK□s □Oì"'3w□¡#ÛÜ□ŠüvfSÐVbs□„Ø y"¢X        Ž±pä5v^±euw
1âz@†   ãl,œ»Äi!b
IŸ□ŒjZ□í'□ò2·□„|□±9¸ã´□µ-ºL$Ü□^ZÈ÷15Âx□Í□Šl.û(¢zÀ÷'□m${ód¨ã:\@¦'˜2§3ÂœÛln$°^-é×@^ìi? óÈ
D&,Ú|î#Ætd›□!Š¦6lÄ¡Žý^B‰"ç&□6ø□3ï□y□y@ñÖtß!ØH÷éjp□"U§´*□ye-Xry□3£~{s:FXI
□¿¡ç□‰O□÷5Y÷ÿ[Y□!}õíSËª.ª 7□b½£öÖd|□n]¼□–ŒÈÅ×î6šÅ71Ü.›
ì½t¿–n÷□/ÝÛîçw/Ø+□□ù-[Åt«®6îÑÖ}û˜PÚ□sŠ÷¹ÚºsèL£.□J;õÌŠ³ç¸i□‡òN†
□Ü$AÊÆI˜ø„^°□¢)ìï‹®t2á□×□îL□‡m¿□¶ú-x:‹□Ø(}\-□å£i*‰ÕxÁÏÆáQC¤èJuõ□–¹Wl'êQyI@Ú¾
m2"DÙB¢º"AR□æ□4□ µ²wÂ¢naQ"î–©Ú`□Ô²¬ÀÖÉ
WÃõ=Ø□#x¢B□□džÒT/³«'ù.3½-˜F□À>bY□«L×%×-Ë"«KKí□™6Hhåf'P'Q=Œ‡h„□Õ)GÏBãms]_¥Ô 'C¡æƒÒZÑ¨Öþ
Åys
vëÚ@c])hì7ÜJÙ‡'□¢iÃÃc?FS¨.·¼^NàÝÙP$é
□e™&\´□□Ó€+ÑIÕ " '□%QÃ•ËÏÒ@c¥!Š[±□,paÉÕAV.□9Hº™d<ã¡ÐÓ®ÈH§§ ð©VX¯*óóƒ¥%›Aº{áèØ□ÐYr□
A‰ùÕ¢□à^pxûSL£9"ð:3□²Uý-5¦…ìêï□U
¥ã^NC´è(º˜§p%å□u–Å@;[¬□ ª…dÑ□□□Ù`õ □Ý4ë□)‡-]÷t#□9M4W=ÓP□Ù5í*fÌ°l□k±<_"×X-C□š¦wøTº×%·¾Ôºµ
}BÖ% àYü,]÷□
A£¶šÌ &□oÊ°ÔìÅ¨Ù;–□<…ÚYš„¦ú•¥Ûµ¸e=Â:□ž«óƒÝzÕÂÐx¹¯T'Vß=ôO□lp□Ä£
/gTp•JøðØ□õÔž$•
¸Eî‹Å-□GÎ,!
÷AÁozAÉ□r…šßÉy