1 [redacted]à¡±SUBáNULNULNULNULNULNULNULNULNULNULNULNULNULNULNUL[redacted]NULNUL>NULETXNULþÿ
NULA[redacted]NULNULNULNULNULNULNULNUL[redacted]NULNULSOH[redacted]NULNUL1NULNULNULNULNULNULNULNULDLENUL
NUL3NULNULNULSOHNULNULNULþÿÿÿNULNULNULNUL0NULNULNULÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ[redacted]ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
[redacted]ÿÿÿÿÿÿÿ[redacted]ÿ[redacted]ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿì¥ÁNUL]à
[redacted]NULNULõDC2¿NULNULNULNULNULNULDLENULNULNULNULNULBSNULNULFSVTNULNULSONULbjbjš1š1
NULNULNULN[redacted]NULNULNULNULNUL[redacted]NULNULNULNULNULNULNULNUL
EOTSYNNUL4SYNNULNULø[,\ø[,\FSETXNULNULNUL[redacted]NULNULNULNULNULNULNULNULNULN[redacted]NULNULNUL
NULNULNULNULNULNU[redacted]NULNULNULNULNULNULÿÿSTNULNULNULNULNULNULNULNULNULÿÿST[redacted]NULNUL
NULNULN[redacted]NULNULNULÿÿSTNULNUL[redacted]NULNUL[redacted]NULNULNULNULNULNULN[redacted]NULNULNULNUL·NULNULNUL
[redacted]NULÊBSNULNULNULNULN[redacted]NULÊBSNULNULBSYNNULN[redacted]NULNULNULNULBSYNNULNULNULNULNULNULB
SYNNULNULN[redacted]NULNULNULBS[redacted]NULNULNULNULNULNULBS[redacted]NULNULDC4NULNULNULNU[redacted]NULNULNULNUL
NULNULÿ[redacted]NULNULNULNULVSYNNU[redacted]NULNULNULNULVSYNNU[redacted]NULNULNULNULVSYNNUL[redacted]NULN[redacted]
NULNULV[redacted]NULNULFSNULNULNULrS[redacted]NULNULDC4NULNULNULVS[redacted]NULNULNULNULNULÍ![redacted]NUL®SOH
NULNUL†SYNNUL[redacted]NULNULNULNUL†SYNNUL[redacted]NULNULNULNUL†SYNNUL[redacted]NULNULNULNUL†SYNNUL[redacted]
NULNULNULNUL†SYNNULN[redacted]NULNULNULNULaETBNU[redacted]NULNULNULNULaETB[redacted]NULNULNULNULaET[redacted]
NULNULNULNULNULNU[redacted]NULNULSTXNULNULNU[redacted]NULNULNULNULNULNU[redacted]NULN[redacted]NULNULNUL[redacted]N!NUL
[redacted]NULNULNU[redacted]N!N[redacted]NULNULNUL[redacted]NULN!NULNULNULNULNULNULN!NULNUL$NULNULNUL{#NULNUL¶
STXNULNUL1&NU[redacted]j NULNULNULr!NULNUL[redacted]NULNULNULNULNULNULNULNULNULNULNULNULNULNULNUL
NULNULNULNULBSYNNULNUL[redacted]NULNULNULaETBNULNUL[redacted]NULNULNULNULNULNULN[redacted]NULNULNULNULNUL
NULNULN[redacted]NULNULNULNULaETBNULNU[redacted]NULNULNULaETBNULNULNULNULNULNULaETBNULN[redacted]NULNUL
NULNULaETBNUL[redacted]NULNULNULNULr!NULNU[redacted]NULNULNULNULNULNULNULNULNULNULNULBSYNNULNUL
[redacted]NULNULN[redacted]SYNNULNU[redacted]NULNULNUL†SYNNU[redacted]NULNULNULNULNULNUL[redacted]NULNULNULNUL†
S[redacted]NULNULÛNULNULNUL‡!NU[redacted]SYNNULNULNUL–CANNULNULNULNULNULNUL–CANNULNULNULNULNULNUL
[redacted]NULNULNUL[redacted]NULNULNULaETBNULNUL[redacted]
2 NULNULNULBSYNNULN[redacted]NULNULNULNUL†SYNNULNULNULNULNULNULBSYNNUL[redacted]NULNULNULNUL†SYNNUL
NULNULNULNULNULL!NULNULNULNULNULNULNULNULNULNULNULNULNULNUL–CANNULNULNULNULNULNUL
NULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULN[redacted]NULNULNULNUL
NULNU[redacted]NULNULNULNULNULNULNULNULNULNULNULNULNUL[redacted]NULNULNULNULaETBNUL[redacted]NULNULN[redacted]
NULL!NU[redacted]NULNULNU[redacted]NULNULNULNULNULNULNULNULNUL–CANNULNULNULNULNULNUL–CANNULNULVNUL
NULNUL^USNULNUL@NULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNUL
NULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNUL
[redacted]NULNULNULNULNULN[redacted]NULNULNULNULNULNULNU[redacted]NULNULNU[redacted]NULN[redacted]NULNULNULNULL
NULNULNULNULN[redacted]NUL†SYNNULN[redacted]NULNULNU[redacted]LÿÿÿÿNU[redacted]NULNULNULCANføbÓÏSOHNULNULNULNULNUL
NULNULNU[redacted]ÿÿNULNULNULNULkE[redacted]NULNU[redacted]NULNULNUL[redacted]NULNULFFNULNULNU[redacted]NULNULNU[redacted]NULNUL
N[redacted]NUL8!NULNULDC4NU[redacted]NUL!NU[redacted]0NULNUL[redacted]Í!NULNULNULNULNULNULÔUSNULNULxNULNULNUL›
[redacted]NULNULNULNULNULETBNULNUL NULNULNUL›&NULNULCANNULNULNULL
NULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNUL
NULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNUL
[redacted]NULN[redacted]NULNULNUL[redacted]NULNULNULNULNULNULNULNULNULL
NULNUL8NULNULNUL›&NULNULNULNULNULNULNULNULNULNULNULNULNULNULBSYNNULNULNULNULNUL„
[redacted]
[redacted]NUL´NULNULNULaETBNU[redacted]NULNULNULNULaETBNULNULNULNULNULNUL–CANNULNULNULNULNULNULa
ETBNULNULNULNULNULNULaETBNULNULNULNULNULNULNULNULNULNULNUL[redacted]NULNULNULNULNULNULN[redacted]
NULNULNULNULNULNULN[redacted]NULNULNULNULNULNULNU[redacted]NULNULNULNULaETBN[redacted]NULNULNULNULNULaETB
NULNULNULNULNULNULaETBNULNULNULNULNULNULr!NULNULNULNULNULNULr!NULNULNULNULNULNULNUL
NULNULNULNULN[redacted]NULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNUL
NULNULNULNUL–CANNULNULNULNULNULNULNULNULNULNULNULNU[redacted]NULNULNULNULNULNULN[redacted]NULNUL
NULNULNULN[redacted]NULNULNULNULNULNULNU[redacted]NULNULNULNULaETB[redacted]NULNULNULNULNULaETB[redacted]NULNUL
NULNULNULaETB[redacted]NULNULNULNULNULÍ!NU[redacted]NULNULNULNULaETBNULNULNULNULNULNULaETBNULNUL
N[redacted]NULNULaETBN[redacted]NULNULNULNU[redacted]ETBNULNULNULNULNULNULNULNULNULNULNU[redacted]NULÿÿÿ
ÿNULNUL[redacted]NULÿÿÿÿNULNUL[redacted]NULÿÿÿÿNULNUL[redacted]NULNULNULNULN[redacted]NULNULNULÿÿ[redacted]NULNUL
NUL[redacted]ÿNULNULNULNUL[redacted]ÿNULNULNULNUL[redacted]ÿNULNULNULNUL[redacted]ÿNULNULNULNUL[redacted]ÿNULNULNULNULÿ
[redacted]NULNULNULNULÿ[redacted]NULNULNULNULÿ[redacted]NULNULNULNU[redacted]ÿÿNULNULNULNULÿÿ[redacted]NULNULNULÿÿÿÿ
NULN[redacted]NULNULÿÿÿÿNULNULNULN[redacted]ÿÿÿNULNULNULNUL›&NU[redacted]NULNULNULNULaETBNU[redacted]NULNUL
NULaETBNUL[redacted]NULNULNULNULaETBNULNULNULNULNULNULaETBNULNULNULNULNULaETBNULNULNUL
NULNULNULNULaETBNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNUL
NULNULNULNULNULNULNULNULNULNULNULNULNULN[redacted]NULNULNULNULNULNULNU[redacted]NULNULNULNULNULNUL
[redacted]NULNULNULNULNULNULN[redacted]NULNULN[redacted]NULaETBNULNULNULNU[redacted]NULaETBNULNULNULNULNULNULa
ETBNULNULNULNULNULNULÊBSNULNUL>FFNULNULBSNAKNULNUL:SOHNULNULENQNULDC2SOHNULNUL
EOTNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNUL
NULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNUL
NULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNUL
NULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNULNUL

JAMESTOWN COMMUNITY CENTER
SPLOST VI CAPITAL IMPROVEMENT PROJECTS
3647 KARLEEN ROAD
HEPHZIBAH, GEORGIA  30815


Invoice# 2014-007     Lectern

Sandridge Community Association, Inc.
3647 Karleen Road
Hephzibah, Georgia 30815
Tel: 706-840-5240
Fax: 706-790-1805

Scope of Work:      Lectern with PA system

Estimated Cost:         $1,000.00

Amount Approved:     $1,000.00


Specifications:

Cherry grain exterior
Remote microphone
Cord microphone
Cordless microphone




Date Completed              20 May 2014



Signature: _____
            Willa Hilton, SPLOST VI Project Treasurer


Signature: _____
            Sammie L. Sias, President, Sandridge Community
            Association, Inc.



NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL NUL (repeated to fill page)

[Page consists entirely of redacted content represented as repeated "NUL" characters on black bars.]

```
NUL,NUL,NUL,NUL,NUL,NUL,NUL,NUL,NUL,...
```