

JAMESTOWN COMMUNITY CENTER
SPLOST VI CAPITAL IMPROVEMENT PROJECTS
3647 KARLEEN ROAD
HEPHZIBAH, GEORGIA  30815


Invoice# 2014-007        Lectern

Sandridge Community Association, Inc.
3647 Karleen Road
Hephzibah, Georgia 30815
Tel: 706-840-5240
Fax: 706-790-1805

Scope of Work:    Lectern with PA system

Estimated Cost:              $1, 000.00

```
Amount Approved:        $1,000.00


Specifications:

Cherry grain exterior
Remote microphone
Cord microphone
Cordless microphone




Date Completed                  20 May 2014



Signature:
_____
                        Willa Hilton, SPLOST VI Project Treasurer


Signature:
_____
                        Sammie L. Sias, President, Sandridge Community
                        Association, Inc.
```

þÿ ÕÍÕœ. +,ù®0 ♠ h p

Ð ♠ ÷ ä Hewlett-Packard Company
JAMESTOWN COMMUNITY CENTER ♠ Title

Root Entry

1 Table

WordDocument

Summary Information

DocumentSummary Information

CompObj

ÿÿÿÿÿÿÿÿÿÿÿ                                                              ▯
þÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿÿ
ÿÿÿÿÿ▯ þÿ▯
  ÿÿÿÿ▯       À      F    Microsoft Word 97-2003 Document
  MSWordDoc ▯   Word.Document.8 ô9²q