







12-004





12-006













12-012

