













Larkin
VULCAN

IS ALLOWED
IN THE CENTER TO
INCLUDE CHEWING
TOBACCO!

CAUTION
WET FLOOR

12-022