



**Federal Bureau of Investigation Computer Analysis Response Team**

**CAUTION**

This unclassified media MAY contain executable code, viruses, contraband, obscene material and/or Copyright protected data. This media should not be viewed on or introduced into an unauthorized computer system.

**LAW ENFORCEMENT SENSITIVE**

cam/ *Cam*

01/13/2020

DVD DL +R    **194B-AT-3145212**
CART Request # 217285
Processing results obtained from evidence items 1B1, 1B5, 1B14 and 1B21
194B-AT-3145212 - GJ items 1B1 and 1B2
To Launch Report double-click: **Start Here.htm**

DEAT01
Disc 1 of 1