DEFENDANT'S EXHIBIT NO. 3

CASE NO. CR121-048

USA

vs.

Sammie Lee Sias

MARKED FOR IDENTIFICATION 07/26/2022

FILED IN EVIDENCE 07/28/2022

JOHN E. TRIPLETT, ACTING CLERK

Remaining Potentially Relevant Deleted files

Remaining Potentially Relevant Deleted files

| Original Number | Original Deleted file name | File name without date and time stamp |
|---|---|---|
| 237 | | Summary Totals from bottom |
| 1 | 08/06/2019, 00:04:08.563, ~$2014 Summer Camp.xlsx, file_deleted; file_closed | ~$2014 Summer Camp.xlsx, file_deleted; file_closed |
| 2 | 08/06/2019, 00:04:09.016, ~$Community Presentation 6 Nov 14.pptx, file_deleted; file_closed | ~$Community Presentation 6 Nov 14.pptx, file_deleted; fil |
| 3 | 08/06/2019, 00:04:09.031, ~$Community Presentation1 6 Nov 14.pptx, file_deleted; file_closed | ~$Community Presentation1 6 Nov 14.pptx, file_deleted; fi |
| 4 | 08/06/2019, 00:04:01.765, ~$ectrical Panel Info-Mech Rm.doc, file_deleted; file_closed | ~$ectrical Panel Info-Mech Rm.doc, file_deleted; file_clo |
| 5 | 08/06/2019, 00:04:06.422, ~$ectrical Panel Info-Mech Rm.doc, file_deleted; file_closed | ~$ectrical Panel Info-Mech Rm.doc, file_deleted; file_clo |
| 6 | 08/06/2019, 00:04:08.156, ~$ectrical Panel Info-Mech Rm.doc, file_deleted; file_closed | ~$ectrical Panel Info-Mech Rm.doc, file_deleted; file_clo |
| 7 | 08/06/2019, 00:04:01.765, ~$mestown SPLOT VI HVAC Project #1.doc, file_deleted; file_closed | ~$mestown SPLOT VI HVAC Project #1.doc, file_deleted; fi |
| 8 | 08/06/2019, 00:04:06.422, ~$mestown SPLOT VI HVAC Project #1.doc, file_deleted; file_closed | ~$mestown SPLOT VI HVAC Project #1.doc, file_deleted; fi |
| 9 | 08/06/2019, 00:04:08.172, ~$mestown SPLOT VI HVAC Project #1.doc, file_deleted; file_closed | ~$mestown SPLOT VI HVAC Project #1.doc, file_deleted; fi |
| 10 | 08/06/2019, 00:04:01.765, ~$ogress Report.doc, file_deleted; file_closed | ~$ogress Report.doc, file_deleted; file_closed |
| 11 | 08/06/2019, 00:04:06.437, ~$ogress Report.doc, file_deleted; file_closed | ~$ogress Report.doc, file_deleted; file_closed |
| 12 | 08/06/2019, 00:04:08.172, ~$ogress Report.doc, file_deleted; file_closed | ~$ogress Report.doc, file_deleted; file_closed |
| 13 | 08/06/2019, 00:04:10.330, ~$SCA (W).pptx, file_deleted; file_closed | ~$SCA (W).pptx, file_deleted; file_closed |
| 14 | 08/06/2019, 00:04:10.330, ~$SCA(W1).pptx, file_deleted; file_closed | ~$SCA(W1).pptx, file_deleted; file_closed |
| 15 | 08/06/2019, 00:04:06.281, ~$SPLOST UPDATE Friday 3 Oct 14.ppt, file_deleted; file_closed | ~$SPLOST UPDATE Friday 3 Oct 14.ppt, file_deleted; file_c |

Remaining Potentially Relevant Deleted files

Remaining Potentially Relevant Deleted files

| Original Number | Original Deleted file name | File name without date and time stamp |
|---|---|---|
| 237 | | Summary Totals from bottom |
| 16 | 08/06/2019, 00:04:08.219, 1401 HVAC Mechanical Permit Check # 1036.doc, file_deleted; file_closed | 1401 HVAC Mechanical Permit  Check # 1036.doc, file_delet |
| 17 | 08/06/2019, 00:04:08.219, 1402 Electrical Permit Check # 1037.doc, file_deleted; file_closed | 1402 Electrical Permit Check # 1037.doc, file_deleted; fi |
| 18 | 08/06/2019, 00:04:08.219, 1403 Building Material & Supplies # 1038.doc, file_deleted; file_closed | 1403 Building Material & Supplies # 1038.doc, file_delete |
| 19 | 08/06/2019, 00:04:08.219, 1404 HVAC Equipment and Labor Check # 1039.doc, file_deleted; file_closed | 1404 HVAC Equipment and Labor Check # 1039.doc, file_dele |
| 22 | 08/06/2019, 00:04:08.516, 2014 Summer Camp.xlsx, file_deleted; file_closed | 2014 Summer Camp.xlsx, file_deleted; file_closed |
| 23 | 08/06/2019, 00:04:07.297, 2014-001 Computer Lab Air Conditioning.doc, file_deleted; file_closed | 2014-001 Computer Lab Air Conditioning.doc, file_deleted; |
| 24 | 08/06/2019, 00:04:07.297, 2014-002 Electrical Upgrades.doc, file_deleted; file_closed | 2014-002 Electrical Upgrades.doc, file_deleted; file_clos |
| 25 | 08/06/2019, 00:04:07.297, 2014-003 General Facility Upgrades.doc, file_deleted; file_closed | 2014-003 General Facility Upgrades.doc, file_deleted; fil |
| 26 | 08/06/2019, 00:04:07.297, 2014-004 Computer Lab.doc, file_deleted; file_closed | 2014-004 Computer Lab.doc, file_deleted; file_closed |
| 27 | 08/06/2019, 00:04:07.297, 2014-005 Stainless Steel Refrigerator.doc, file_deleted; file_closed | 2014-005 Stainless Steel Refrigerator.doc, file_deleted; |
| 28 | 08/06/2019, 00:04:07.297, 2014-006 Stainless Steel Sinks and Shelves.doc, file_deleted; file_closed | 2014-006 Stainless Steel Sinks and Shelves.doc, file_dele |
| 29 | 08/06/2019, 00:04:07.297, 2014-007 Lectern.doc, file_deleted; file_closed | 2014-007 Lectern.doc, file_deleted; file_closed |
| 30 | 08/06/2019, 00:04:07.297, 2014-008 Washer and Dryer Set.doc, file_deleted; file_closed | 2014-008 Washer and Dryer Set.doc, file_deleted; file_cl |
| 31 | 08/06/2019, 00:04:07.297, 2014-009 Video Projector and Screen.doc, file_deleted; file_closed | 2014-009 Video Projector and Screen.doc, file_deleted; f |
| 32 | 08/06/2019, 00:04:07.297, 2014-010 Tile in Main Room.doc, file_deleted; file_closed | 2014-010 Tile in Main Room.doc, file_deleted; file_close |

Remaining Potentially Relevant Deleted files

**Remaining Potentially Relevant Deleted files**

| Original Number | Original Deleted file name | File name without date and time stamp |
|---|---|---|
| 237 | | Summary Totals from bottom |
| 33 | 08/06/2019, 00:04:07.297, 2014-011 Phase 1 of 2 Roof - Slanted Metal.doc, file_deleted; file_closed | 2014-011 Phase 1 of 2 Roof - Slanted Metal.doc, file_del |
| 34 | 08/06/2019, 00:04:07.297, 2014-012 SCA Center Renovations 2012.doc, file_deleted; file_closed | 2014-012 SCA Center Renovations 2012.doc, file_deleted; |
| 35 | 08/06/2019, 00:04:07.297, 2014-013 Floor Tile and Painting in Main Room.doc, file_deleted; file_closed | 2014-013 Floor Tile and Painting in Main Room.doc, file_ |
| 36 | 08/06/2019, 00:04:07.297, 2014-014 Fence Relocation and Field Preparation.doc, file_deleted; file_closed | 2014-014 Fence Relocation and Field Preparation.doc, fil |
| 37 | 08/06/2019, 00:04:07.297, 2014-015 Ceiling Tiles and Insulation in Main Room.doc, file_deleted; file_closed | 2014-015 Ceiling Tiles and Insulation in Main Room.doc, |
| 38 | 08/06/2019, 00:04:07.297, 2014-016 Stainless Steel Griddle, Tables, Vent Fans.doc, file_deleted; file_closed | 2014-016 Stainless Steel Griddle, Tables, Vent Fans.doc, |
| 39 | 08/06/2019, 00:04:07.297, 2014-017 Phase 2 of 2 Roof - Slanted Metal.doc, file_deleted; file_closed | 2014-017 Phase 2 of 2 Roof - Slanted Metal.doc, file_del |
| 40 | 08/06/2019, 00:04:07.297, 2014-018 Electrical Upgrades.doc, file_deleted; file_closed | 2014-018 Electrical Upgrades.doc, file_deleted; file_clos |
| 41 | 08/06/2019, 00:04:07.297, 2014-019 Video Enhancement - Mobile Flat Screen - TV, Internet, Computer Monitor.doc, file_deleted; file_closed | 2014-019 Video Enhancement - Mobile Flat Screen - TV, In |
| 42 | 08/06/2019, 00:04:07.297, 2014-020 HVAC work.doc, file_deleted; file_closed | 2014-020 HVAC work.doc, file_deleted; file_closed |
| 43 | 08/06/2019, 00:04:07.297, 2014-021 Painting.doc, file_deleted; file_closed | 2014-021 Painting.doc, file_deleted; file_closed |
| 44 | 08/06/2019, 00:04:07.297, 2014-022 Playground Fence Repair.doc, file_deleted; file_closed | 2014-022 Playground Fence Repair.doc, file_deleted; file |
| 45 | 08/06/2019, 00:04:07.297, 2014-023 Electronic and Computer Enhancements.doc, file_deleted; file_closed | 2014-023 Electronic and Computer Enhancements.doc, file_ |
| 46 | 08/06/2019, 00:04:07.297, 2014-024 Roof Repair.doc, file_deleted; file_closed | 2014-024 Roof Repair.doc, file_deleted; file_closed |
| 47 | 08/06/2019, 00:04:07.297, 2014-025 Microwave.doc, file_deleted; file_closed | 2014-025 Microwave.doc, file_deleted; file_closed |

Remaining Potentially Relevant Deleted files

## Remaining Potentially Relevant Deleted files

| Original Number | Original Deleted file name | File name without date and time stamp |
|---|---|---|
| 237 | | Summary Totals from bottom |
| 48 | 08/06/2019, 00:04:07.297, 2014-026 Front Windows Repair.doc, file_deleted; file_closed | 2014-026 Front Windows Repair.doc, file_deleted; file_cl |
| 49 | 08/06/2019, 00:04:07.297, 2014-027 Exhaust Fans.doc, file_deleted; file_closed | 2014-027 Exhaust Fans.doc, file_deleted; file_closed |
| 50 | 08/06/2019, 00:03:51.636, 2015 and 2014 Highlights.docx, file_deleted; file_closed | 2015 and 2014 Highlights.docx, file_deleted; file_closed |
| 55 | 08/06/2019, 00:04:01.750, 2m Plumbing.docx, file_deleted; file_closed | 2m Plumbing.docx, file_deleted; file_closed |
| 56 | 08/06/2019, 00:04:06.406, 2m Plumbing.docx, file_deleted; file_closed | 2m Plumbing.docx, file_deleted; file_closed |
| 57 | 08/06/2019, 00:04:01.750, 2m Ventilation Project.docx, file_deleted; file_closed | 2m Ventilation Project.docx, file_deleted; file_closed |
| 58 | 08/06/2019, 00:04:06.406, 2m Ventilation Project.docx, file_deleted; file_closed | 2m Ventilation Project.docx, file_deleted; file_closed |
| 62 | 08/06/2019, 00:04:07.313, AC Exchange Specs.docx, file_deleted; file_closed | AC Exchange Specs.docx, file_deleted; file_closed |
| 63 | 08/06/2019, 00:04:07.578, AC Exchange Specs.docx, file_deleted; file_closed | AC Exchange Specs.docx, file_deleted; file_closed |
| 64 | 08/06/2019, 00:04:07.594, AC Exchange Specs.docx, file_deleted; file_closed | AC Exchange Specs.docx, file_deleted; file_closed |
| 65 | 08/06/2019, 00:04:07.313, AC Punch List.docx, file_deleted; file_closed | AC Punch List.docx, file_deleted; file_closed |
| 66 | 08/06/2019, 00:04:07.578, AC Punch List.docx, file_deleted; file_closed | AC Punch List.docx, file_deleted; file_closed |
| 67 | 08/06/2019, 00:04:07.594, AC Punch List.docx, file_deleted; file_closed | AC Punch List.docx, file_deleted; file_closed |
| 69 | 08/06/2019, 00:03:51.636, Administrator Meeting-23 Nov 2015.rtf, file_deleted; file_closed | Administrator Meeting-23 Nov 2015.rtf, file_deleted; file |
| 133 | 08/06/2019, 00:04:01.750, B J Plumbing Trim-Out.docx, file_deleted; file_closed | B J Plumbing Trim-Out.docx, file_deleted; file_closed |

Remaining Potentially Relevant Deleted files

**Remaining Potentially Relevant Deleted files**

| Original Number | Original Deleted file name | File name without date and time stamp |
|---|---|---|
| 237 | | Summary Totals from bottom |
| 134 | 08/06/2019, 00:04:06.406, B J Plumbing Trim-Out.docx, file_deleted; file_closed | B J Plumbing Trim-Out.docx, file_deleted; file_closed |
| 135 | 08/06/2019, 00:04:01.750, B.J. Jamestown Expansion Project HVAC.doc, file_deleted; file_closed | B.J. Jamestown Expansion Project HVAC.doc, file_deleted; |
| 136 | 08/06/2019, 00:04:06.406, B.J. Jamestown Expansion Project HVAC.doc, file_deleted; file_closed | B.J. Jamestown Expansion Project HVAC.doc, file_deleted; |
| 137 | 08/06/2019, 00:04:01.750, B.J. Jamestown Expansion Ventation Project.doc, file_deleted; file_closed | B.J. Jamestown Expansion Ventation Project.doc, file_del |
| 138 | 08/06/2019, 00:04:06.406, B.J. Jamestown Expansion Ventation Project.doc, file_deleted; file_closed | B.J. Jamestown Expansion Ventation Project.doc, file_del |
| 139 | 08/06/2019, 00:04:08.516, Backup of 2014 Summer Camp.xlk, file_deleted; file_closed | Backup of 2014 Summer Camp.xlk, file_deleted; file_closed |
| 142 | 08/06/2019, 00:04:06.422, Backup of Progress Report.wbk, file_deleted; file_closed | Backup of Progress Report.wbk, file_deleted; file_closed |
| 143 | 08/06/2019, 00:03:53.482, Backup of SCA Meeting Schedule.wbk, file_deleted; file_closed | Backup of SCA Meeting Schedule.wbk, file_deleted; file_cl |
| 144 | 08/06/2019, 00:04:08.516, Backup of Spring Break Camp 2014.xlk, file_deleted; file_closed | Backup of Spring Break Camp 2014.xlk, file_deleted; file_ |
| 145 | 08/06/2019, 00:04:08.688, Backup of Spring Break Camp 2015.xlk, file_deleted; file_closed | Backup of Spring Break Camp 2015.xlk, file_deleted; file_ |
| 146 | 08/06/2019, 00:04:08.719, Backup of Spring Break Camp 2015.xlk, file_deleted; file_closed | Backup of Spring Break Camp 2015.xlk, file_deleted; file_ |
| 147 | 08/06/2019, 00:04:08.688, Backup of Summer Camp 2015.xlk, file_deleted; file_closed | Backup of Summer Camp 2015.xlk, file_deleted; file_closed |
| 148 | 08/06/2019, 00:04:08.719, Backup of Summer Camp 2015.xlk, file_deleted; file_closed | Backup of Summer Camp 2015.xlk, file_deleted; file_closed |
| 156 | 08/06/2019, 00:04:07.313, Breakdown of Individual SPLOST VI ProjectsApril 2014.docx, file_deleted; file_closed | Breakdown of Individual SPLOST VI ProjectsApril 2014.docx |

Remaining Potentially Relevant Deleted files

## Remaining Potentially Relevant Deleted files

| Original Number | Original Deleted file name | File name without date and time stamp |
|---|---|---|
| 237 | | **Summary Totals from bottom** |
| 157 | 08/06/2019, 00:04:07.609, Breakdown of Individual SPLOST VI ProjectsApril 2014.docx, file_deleted; file_closed | Breakdown of Individual SPLOST VI ProjectsApril 2014.docx |
| 159 | 08/06/2019, 00:04:07.703, Combined Invoices for SPLOST VI 32K.docx, file_deleted; file_closed | Combined Invoices for SPLOST VI 32K.docx, file_deleted; f |
| 160 | 08/06/2019, 00:04:06.391, Community Day 2014, file_deleted; file_closed | **Community Day 2014, file_deleted; file_closed** |
| 161 | 08/06/2019, 00:04:06.391, Community Day 2015, file_deleted; file_closed | **Community Day 2015, file_deleted; file_closed** |
| 167 | 08/06/2019, 00:04:07.281, Computer Lab.xlsx, file_deleted; file_closed | Computer Lab.xlsx, file_deleted; file_closed |
| 168 | 08/06/2019, 00:04:07.281, Conference Room.xlsx, file_deleted; file_closed | Conference Room.xlsx, file_deleted; file_closed |
| 177 | 08/06/2019, 00:04:06.266, Director Briefing.ppt, file_deleted; file_closed | Director Briefing.ppt, file_deleted; file_closed |
| 180 | 08/06/2019, 00:03:54.203, Executive Committee - 22 Jan 15.doc, file_deleted; file_closed | Executive Committee - 22 Jan 15.doc, file_deleted; file_c |
| 181 | 08/06/2019, 00:04:02.578, Expansion Project, file_deleted; file_closed | **Expansion Project, file_deleted; file_closed** |
| 182 | 08/06/2019, 00:04:07.078, Expansion Project, file_deleted; file_closed | **Expansion Project, file_deleted; file_closed** |
| 183 | 08/06/2019, 00:03:54.828, Expenses (Misc).xlsx, file_deleted; file_closed | Expenses (Misc).xlsx, file_deleted; file_closed |
| 184 | 08/06/2019, 00:04:07.313, Field Layout.docx, file_deleted; file_closed | Field Layout.docx, file_deleted; file_closed |
| 185 | 08/06/2019, 00:04:07.578, Field Layout.docx, file_deleted; file_closed | Field Layout.docx, file_deleted; file_closed |
| 186 | 08/06/2019, 00:04:07.609, Field Layout.docx, file_deleted; file_closed | Field Layout.docx, file_deleted; file_closed |
| 191 | 08/06/2019, 00:04:07.313, Final Draw for SPLOST.docx, file_deleted; file_closed | Final Draw for SPLOST.docx, file_deleted; file_closed |

Remaining Potentially Relevant Deleted files

## Remaining Potentially Relevant Deleted files

| Original Number | Original Deleted file name | File name without date and time stamp |
|---|---|---|
| 237 | | **Summary Totals from bottom** |
| 207 | 08/06/2019, 00:04:07.281, Game Room.xlsx, file_deleted; file_closed | Game Room.xlsx, file_deleted; file_closed |
| 208 | 08/06/2019, 00:04:01.750, Guard Rail Poles.docx, file_deleted; file_closed | Guard Rail Poles.docx, file_deleted; file_closed |
| 209 | 08/06/2019, 00:04:06.422, Guard Rail Poles.docx, file_deleted; file_closed | Guard Rail Poles.docx, file_deleted; file_closed |
| 210 | 08/06/2019, 00:04:07.328, Guard Rail Poles.docx, file_deleted; file_closed | Guard Rail Poles.docx, file_deleted; file_closed |
| 211 | 08/06/2019, 00:04:07.625, Guard Rail Poles.docx, file_deleted; file_closed | Guard Rail Poles.docx, file_deleted; file_closed |
| 212 | 08/06/2019, 00:04:08.172, Guard Rail Poles.docx, file_deleted; file_closed | Guard Rail Poles.docx, file_deleted; file_closed |
| 213 | 08/06/2019, 00:04:08.703, Holiday Week Field Trips.docx, file_deleted; file_closed | Holiday Week Field Trips.docx, file_deleted; file_closed |
| 214 | 08/06/2019, 00:04:08.719, Holiday Week Field Trips.docx, file_deleted; file_closed | Holiday Week Field Trips.docx, file_deleted; file_closed |
| 215 | 08/06/2019, 00:04:00.609, Income Invoices.XLS, file_deleted; file_closed | Income Invoices.XLS, file_deleted; file_closed |
| 217 | 08/06/2019, 00:04:02.031, Invoices for 130K, file_deleted; file_closed | **Invoices for 130K, file_deleted; file_closed** |
| 218 | 08/06/2019, 00:04:06.688, Invoices for 130K, file_deleted; file_closed | **Invoices for 130K, file_deleted; file_closed** |
| 219 | 08/06/2019, 00:04:06.266, Invoices for 131,500K, file_deleted; file_closed | **Invoices for 131,500K, file_deleted; file_closed** |
| 220 | 08/06/2019, 00:04:07.563, Invoices for 131,500K, file_deleted; file_closed | **Invoices for 131,500K, file_deleted; file_closed** |
| 221 | 08/06/2019, 00:04:08.063, Invoices for 131,500K, file_deleted; file_closed | **Invoices for 131,500K, file_deleted; file_closed** |
| 222 | 08/06/2019, 00:04:06.266, Invoices for 32,260K, file_deleted; file_closed | **Invoices for 32,260K, file_deleted; file_closed** |

Remaining Potentially Relevant Deleted files

## Remaining Potentially Relevant Deleted files

| Original Number | Original Deleted file name | File name without date and time stamp |
|---|---|---|
| 237 | | Summary Totals from bottom |
| 223 | 08/06/2019, 00:04:07.563, Invoices for 32,260K, file_deleted; file_closed | Invoices for 32,260K, file_deleted; file_closed |
| 224 | 08/06/2019, 00:04:08.063, Invoices for 32,260K, file_deleted; file_closed | Invoices for 32,260K, file_deleted; file_closed |
| 225 | 08/06/2019, 00:04:08.188, Invoices for 32,260K, file_deleted; file_closed | Invoices for 32,260K, file_deleted; file_closed |
| 226 | 08/06/2019, 00:04:06.266, Invoices for SPLOST VI Part 1, file_deleted; file_closed | Invoices for SPLOST VI Part 1, file_deleted; file_closed |
| 227 | 08/06/2019, 00:04:07.578, Invoices for SPLOST VI Part 1, file_deleted; file_closed | Invoices for SPLOST VI Part 1, file_deleted; file_closed |
| 228 | 08/06/2019, 00:04:08.141, Invoices for SPLOST VI Part 1, file_deleted; file_closed | Invoices for SPLOST VI Part 1, file_deleted; file_closed |
| 229 | 08/06/2019, 00:04:08.188, Invoices for SPLOST VI Part 1, file_deleted; file_closed | Invoices for SPLOST VI Part 1, file_deleted; file_closed |
| 230 | 08/06/2019, 00:04:07.297, Invoices SPLOST VI 150K, file_deleted; file_closed | Invoices SPLOST VI 150K, file_deleted; file_closed |
| 231 | 08/06/2019, 00:04:07.313, Jamestown SPLOT VI HVAC Project #1 Back-Up.doc, file_deleted; file_closed | Jamestown SPLOT VI HVAC Project #1 Back-Up.doc, file_del |
| 232 | 08/06/2019, 00:04:07.594, Jamestown SPLOT VI HVAC Project #1 Back-Up.doc, file_deleted; file_closed | Jamestown SPLOT VI HVAC Project #1 Back-Up.doc, file_del |
| 233 | 08/06/2019, 00:04:07.609, Jamestown SPLOT VI HVAC Project #1 Back-Up.doc, file_deleted; file_closed | Jamestown SPLOT VI HVAC Project #1 Back-Up.doc, file_del |
| 240 | 08/06/2019, 00:03:53.498, Jamestown Annual Report.doc, file_deleted; file_closed | Jamestown Annual Report.doc, file_deleted; file_closed |
| 244 | 08/06/2019, 00:04:08.750, Jamestown Community Center, file_deleted; file_closed | Jamestown Community Center, file_deleted; file_closed |
| 245 | 08/06/2019, 00:04:07.125, Jamestown Community Center.ics, file_deleted; file_closed | Jamestown Community Center.ics, file_deleted; file_closed |
| 246 | 08/06/2019, 00:03:53.498, Jamestown Community Center-Executive Report.doc, file_deleted; file_closed | Jamestown Community Center-Executive Report.doc, file_del |

Remaining Potentially Relevant Deleted files

## Remaining Potentially Relevant Deleted files

| Original Number | Original Deleted file name | File name without date and time stamp |
|---|---|---|
| 237 | | Summary Totals from bottom |
| 247 | 08/06/2019, 00:03:53.154, Jamestown Community Improvement Project, file_deleted; file_closed | **Jamestown Community Improvement Project, file_deleted; fi** |
| 248 | 08/06/2019, 00:04:01.750, Jamestown Expansion Project HVAC.doc, file_deleted; file_closed | Jamestown Expansion Project HVAC.doc, file_deleted; file_ |
| 249 | 08/06/2019, 00:04:06.422, Jamestown Expansion Project HVAC.doc, file_deleted; file_closed | Jamestown Expansion Project HVAC.doc, file_deleted; file_ |
| 261 | 08/06/2019, 00:03:53.984, Jamestown Project Slab Prep.mov, file_deleted; file_closed | Jamestown Project Slab Prep.mov, file_deleted; file_close |
| 262 | 08/06/2019, 00:03:59.078, Jamestown Project Slab Prep.mov, file_deleted; file_closed | Jamestown Project Slab Prep.mov, file_deleted; file_close |
| 263 | 08/06/2019, 00:04:01.750, Jamestown Project.docx, file_deleted; file_closed | Jamestown Project.docx, file_deleted; file_closed |
| 264 | 08/06/2019, 00:04:06.422, Jamestown Project.docx, file_deleted; file_closed | Jamestown Project.docx, file_deleted; file_closed |
| 265 | 08/06/2019, 00:04:07.125, Jamestown Project.ppt, file_deleted; file_closed | Jamestown Project.ppt, file_deleted; file_closed |
| 266 | 08/06/2019, 00:04:07.125, Jamestown Project2.ppt, file_deleted; file_closed | Jamestown Project2.ppt, file_deleted; file_closed |
| 271 | 08/06/2019, 00:03:53.169, Jamestown Summer Camp Program 11 Years, file_deleted; file_closed | **Jamestown Summer Camp Program 11 Years, file_deleted; fi** |
| 275 | 08/06/2019, 00:04:07.313, Liability Release.docx, file_deleted; file_closed | Liability Release.docx, file_deleted; file_closed |
| 276 | 08/06/2019, 00:04:07.281, Main Room.xlsx, file_deleted; file_closed | Main Room.xlsx, file_deleted; file_closed |
| 279 | 08/06/2019, 00:04:07.313, Maurice McDowell SPLOST VI Meeting 28 Nov 11.docx, file_deleted; file_closed | Maurice McDowell SPLOST VI Meeting 28 Nov 11.docx, file_ |
| 281 | 08/06/2019, 00:03:58.890, Money Refund Transfer to Treasurer 7 Feb 15.xls, file_deleted; file_closed | Money Refund Transfer to Treasurer 7 Feb 15.xls, file_del |
| 283 | 08/06/2019, 00:03:58.890, Money Transfer to Treasurer 1 Mar 15.xls, file_deleted; file_closed | Money Transfer to Treasurer 1 Mar 15.xls, file_deleted; f |

27-009

Remaining Potentially Relevant Deleted files

## Remaining Potentially Relevant Deleted files

| Original Number | Original Deleted file name | File name without date and time stamp |
|---|---|---|
| 237 | | **Summary Totals from bottom** |
| 285 | 08/06/2019, 00:03:58.890, Money Transfer to Treasurer 18 Mar 15.xls, file_deleted; file_closed | Money Transfer to Treasurer 18 Mar 15.xls, file_deleted; |
| 286 | 08/06/2019, 00:03:58.890, Money Transfer to Treasurer 19 Feb 15.xls, file_deleted; file_closed | Money Transfer to Treasurer 19 Feb 15.xls, file_deleted; |
| 287 | 08/06/2019, 00:03:58.890, Money Transfer to Treasurer 2 Mar 15.xls, file_deleted; file_closed | Money Transfer to Treasurer 2 Mar 15.xls, file_deleted; f |
| 288 | 08/06/2019, 00:03:58.343, Money Transfer to Treasurer 20 Feb 14.xls, file_deleted; file_closed | Money Transfer to Treasurer 20 Feb 14.xls, file_deleted; |
| 289 | 08/06/2019, 00:03:58.343, Money Transfer to Treasurer 21 Feb 14.rtf, file_deleted; file_closed | Money Transfer to Treasurer 21 Feb.14.rtf, file_deleted; |
| 290 | 08/06/2019, 00:03:58.343, Money Transfer to Treasurer 23 Jan 14.xls, file_deleted; file_closed | Money Transfer to Treasurer 23 Jan 14.xls, file_deleted; |
| 291 | 08/06/2019, 00:03:58.343, Money Transfer to Treasurer 26 Feb 14.xls, file_deleted; file_closed | Money Transfer to Treasurer 26 Feb 14.xls, file_deleted; |
| 292 | 08/06/2019, 00:03:58.890, Money Transfer to Treasurer 26 Feb 15.xls, file_deleted; file_closed | Money Transfer to Treasurer 26 Feb 15.xls, file_deleted; |
| 293 | 08/06/2019, 00:03:58.343, Money Transfer to Treasurer 27 Feb 14.xls, file_deleted; file_closed | Money Transfer to Treasurer 27 Feb 14.xls, file_deleted; |
| 294 | 08/06/2019, 00:03:58.890, Money Transfer to Treasurer 28 Jan 15.xls, file_deleted; file_closed | Money Transfer to Treasurer 28 Jan 15.xls, file_deleted; |
| 295 | 08/06/2019, 00:03:58.343, Money Transfer to Treasurer 31 Mar 14.xls, file_deleted; file_closed | Money Transfer to Treasurer 31 Mar 14.xls, file_deleted; |
| 296 | 08/06/2019, 00:03:58.890, Money Transfer to Treasurer 4 Mar 15.xls, file_deleted; file_closed | Money Transfer to Treasurer 4 Mar 15.xls, file_deleted; f |
| 297 | 08/06/2019, 00:03:58.890, Money Transfer to Treasurer 5 Mar 15.xls, file_deleted; file_closed | Money Transfer to Treasurer 5 Mar 15.xls, file_deleted; f |
| 300 | 08/06/2019, 00:03:58.890, Money Transfer to Treasurer 7 Feb 15.xls, file_deleted; file_closed | Money Transfer to Treasurer 7 Feb 15.xls, file_deleted; f |
| 301 | 08/06/2019, 00:03:58.343, Money Transfer to Treasurer 9 Dec 13.xls, file_deleted; file_closed | Money Transfer to Treasurer 9 Dec 13.xls, file_deleted; f |

Remaining Potentially Relevant Deleted files

## Remaining Potentially Relevant Deleted files

| Original Number | Original Deleted file name | File name without date and time stamp |
|---|---|---|
| 237 | | **Summary Totals from bottom** |
| 303 | 08/06/2019, 00:03:58.343, Money Transfers, file_deleted; file_closed | **Money Transfers, file_deleted; file_closed** |
| 304 | 08/06/2019, 00:03:58.890, Money Transfers, file_deleted; file_closed | **Money Transfers, file_deleted; file_closed** |
| 305 | 08/06/2019, 00:03:52.388, Payment Contract.doc, file_deleted; file_closed | Payment Contract.doc, file_deleted; file_closed |
| 307 | 08/06/2019, 00:04:01.765, PaymentRequest PO# P166152.docx, file_deleted; file_closed | PaymentRequest PO# P166152.docx, file_deleted; file_close |
| 308 | 08/06/2019, 00:04:07.328, PaymentRequest PO# P166152.docx, file_deleted; file_closed | PaymentRequest PO# P166152.docx, file_deleted; file_close |
| 309 | 08/06/2019, 00:04:07.625, PaymentRequest PO# P166152.docx, file_deleted; file_closed | PaymentRequest PO# P166152.docx, file_deleted; file_close |
| 310 | 08/06/2019, 00:04:08.188, PaymentRequest PO# P166152.docx, file_deleted; file_closed | PaymentRequest PO# P166152.docx, file_deleted; file_close |
| 320 | 08/06/2019, 00:04:07.313, Planning 5 Year Layout-2.xlsx, file_deleted; file_closed | Planning 5 Year Layout-2.xlsx, file_deleted; file_closed |
| 321 | 08/06/2019, 00:04:07.594, Planning 5 Year Layout-2.xlsx, file_deleted; file_closed | Planning 5 Year Layout-2.xlsx, file_deleted; file_closed |
| 322 | 08/06/2019, 00:04:07.609, Planning 5 Year Layout-2.xlsx, file_deleted; file_closed | Planning 5 Year Layout-2.xlsx, file_deleted; file_closed |
| 323 | 08/06/2019, 00:03:52.388, Plumbing bid.doc, file_deleted; file_closed | Plumbing bid.doc, file_deleted; file_closed |
| 324 | 08/06/2019, 00:04:01.765, Plumbing Trim-Out.docx, file_deleted; file_closed | Plumbing Trim-Out.docx, file_deleted; file_closed |
| 325 | 08/06/2019, 00:04:06.422, Plumbing Trim-Out.docx, file_deleted; file_closed | Plumbing Trim-Out.docx, file_deleted; file_closed |
| 327 | 08/06/2019, 00:04:02.578, Prison Crew Daily Taskings, file_deleted; file_closed | **Prison Crew Daily Taskings, file_deleted; file_closed** |
| 328 | 08/06/2019, 00:04:07.078, Prison Crew Daily Taskings, file_deleted; file_closed | **Prison Crew Daily Taskings, file_deleted; file_closed** |

Remaining Potentially Relevant Deleted files

## Remaining Potentially Relevant Deleted files

| Original Number | Original Deleted file name | File name without date and time stamp |
|---|---|---|
| 237 | | **Summary Totals from bottom** |
| 329 | 08/06/2019, 00:04:07.328, Progress Report SPLOST VI Part 1.doc, file_deleted; file_closed | Progress Report SPLOST VI Part 1.doc, file_deleted; file |
| 330 | 08/06/2019, 00:04:07.625, Progress Report SPLOST VI Part 1.doc, file_deleted; file_closed | Progress Report SPLOST VI Part 1.doc, file_deleted; file |
| 331 | 08/06/2019, 00:04:08.188, Progress Report SPLOST VI Part 1.doc, file_deleted; file_closed | Progress Report SPLOST VI Part 1.doc, file_deleted; file |
| 338 | 08/06/2019, 00:03:52.857, Review Committee.docx, file_deleted; file_closed | Review Committee.docx, file_deleted; file_closed |
| 342 | 08/06/2019, 00:04:10.314, SCA (W).pptx, file_deleted; file_closed | SCA (W).pptx, file_deleted; file_closed |
| 343 | 08/06/2019, 00:04:10.314, SCA (Work).pptx, file_deleted; file_closed | SCA (Work).pptx, file_deleted; file_closed |
| 344 | 08/06/2019, 00:03:53.513, SCA Meeting Schedule.doc, file_deleted; file_closed | SCA Meeting Schedule.doc, file_deleted; file_closed |
| 345 | 08/06/2019, 00:04:00.578, SCA Pictures, file_deleted; file_closed | **SCA Pictures, file_deleted; file_closed** |
| 352 | 08/06/2019, 00:04:00.297, SCA, file_deleted; file_closed | **SCA, file_deleted; file_closed** |
| 353 | 08/06/2019, 00:04:10.266, SCA, file_deleted; file_closed | **SCA, file_deleted; file_closed** |
| 354 | 08/06/2019, 00:03:53.529, SCA.DOC, file_deleted; file_closed | SCA.DOC, file_deleted; file_closed |
| 356 | 08/06/2019, 00:04:07.266, SCA2.pptx, file_deleted; file_closed | SCA2.pptx, file_deleted; file_closed |
| 359 | 08/06/2019, 00:04:07.266, SCA-JT.ppt, file_deleted; file_closed | SCA-JT.ppt, file_deleted; file_closed |
| 360 | 08/06/2019, 00:04:10.314, SCA-JT.ppt, file_deleted; file_closed | SCA-JT.ppt, file_deleted; file_closed |
| 361 | 08/06/2019, 00:04:07.266, SCA-JT.pptx, file_deleted; file_closed | SCA-JT.pptx, file_deleted; file_closed |
| 363 | 08/06/2019, 00:04:07.281, Schedule, file_deleted; file_closed | **Schedule, file_deleted; file_closed** |

Remaining Potentially Relevant Deleted files

## Remaining Potentially Relevant Deleted files

| Original Number | Original Deleted file name | File name without date and time stamp |
|---|---|---|
| 237 | | Summary Totals from bottom |
| 375 | 08/06/2019, 00:04:06.266, SPLOST UPDATE Friday 3 Oct 14.ppt, file_deleted; file_closed | SPLOST UPDATE Friday 3 Oct 14.ppt, file_deleted; file_clo |
| 376 | 08/06/2019, 00:04:07.609, SPLOST VI  150K Projects Aug 2013 (2).xlsx, file_deleted; file_closed | SPLOST VI  150K Projects Aug 2013 (2).xlsx, file_deleted; |
| 377 | 08/06/2019, 00:04:07.313, SPLOST VI  150K Projects Aug 2013.xlsx, file_deleted; file_closed | SPLOST VI  150K Projects Aug 2013.xlsx, file_deleted; fil |
| 378 | 08/06/2019, 00:04:07.609, SPLOST VI  150K Projects Aug 2013.xlsx, file_deleted; file_closed | SPLOST VI  150K Projects Aug 2013.xlsx, file_deleted; fil |
| 379 | 08/06/2019, 00:04:07.313, SPLOST VI  Contract Projects 150K March 2014.xlsx, file_deleted; file_closed | SPLOST VI  Contract Projects 150K March 2014.xlsx, file_d |
| 380 | 08/06/2019, 00:04:07.609, SPLOST VI  Contract Projects 150K March 2014.xlsx, file_deleted; file_closed | SPLOST VI  Contract Projects 150K March 2014.xlsx, file_d |
| 381 | 08/06/2019, 00:04:08.281, SPLOST VI  Extra and Duplicate Files, file_deleted; file_closed | **SPLOST VI  Extra and Duplicate  Files, file_deleted; file** |
| 382 | 08/06/2019, 00:04:07.313, SPLOST VI  June 14 UPDATED Contract Projects 150K March 2014.xlsx, file_deleted; file_closed | SPLOST VI  June 14 UPDATED Contract Projects 150K March 2 |
| 383 | 08/06/2019, 00:04:07.609, SPLOST VI  Projects 150K May 2 Update.xlsx, file_deleted; file_closed | SPLOST VI  Projects 150K May 2 Update.xlsx, file_deleted; |
| 384 | 08/06/2019, 00:04:07.609, SPLOST VI  Projects 150K May 22 Update for Finance.xlsx, file_deleted; file_closed | SPLOST VI  Projects 150K May 22 Update for Finance.xlsx, |
| 385 | 08/06/2019, 00:04:07.281, SPLOST VI  Special Project Update February 2015.docx, file_deleted; file_closed | SPLOST VI  Special Project Update February 2015.docx, fil |
| 386 | 08/06/2019, 00:04:08.219, SPLOST VI Capital Improvements, file_deleted; file_closed | **SPLOST VI Capital Improvements, file_deleted; file_closed** |
| 387 | 08/06/2019, 00:04:08.281, SPLOST VI Final, file_deleted; file_closed | **SPLOST VI Final, file_deleted; file_closed** |
| 389 | 08/06/2019, 00:04:08.219, SPLOST VI Invoices 150K, file_deleted; file_closed | **SPLOST VI Invoices 150K, file_deleted; file_closed** |

27-013

13 of 16

Remaining Potentially Relevant Deleted files

Remaining Potentially Relevant Deleted files

| Original Number | Original Deleted file name | File name without date and time stamp |
|---|---|---|
| 237 | | Summary Totals from bottom |
| 390 | 08/06/2019, 00:04:08.281, SPLOST VI Old Current Info, file_deleted; file_closed | **SPLOST VI Old Current Info, file_deleted; file_closed** |
| 391 | 08/06/2019, 00:04:07.625, SPLOST VI Projects 13 Sept 2013 (2).docx, file_deleted; file_closed | SPLOST VI Projects 13 Sept 2013 (2).docx, file_deleted; f |
| 397 | 08/06/2019, 00:04:07.625, SPLOST VI Projects with 150 to ADMIN Sept 13 (2).docx, file_deleted; file_closed | SPLOST VI Projects with 150 to ADMIN Sept 13 (2).docx, fi |
| 398 | 08/06/2019, 00:04:07.313, SPLOST VI Projects with 150 to ADMIN Sept 13.docx, file_deleted; file_closed | SPLOST VI Projects with 150 to ADMIN Sept 13.docx, file_d |
| 399 | 08/06/2019, 00:04:07.625, SPLOST VI Projects with 150 to ADMIN Sept 13.docx, file_deleted; file_closed | SPLOST VI Projects with 150 to ADMIN Sept 13.docx, file_d |
| 400 | 08/06/2019, 00:04:07.625, SPLOST VI Projects with 32K (2).docx, file_deleted; file_closed | SPLOST VI Projects with 32K (2).docx, file_deleted; file_ |
| 401 | 08/06/2019, 00:04:07.313, SPLOST VI Projects with 32K.docx, file_deleted; file_closed | SPLOST VI Projects with 32K.docx, file_deleted; file_clos |
| 402 | 08/06/2019, 00:04:07.625, SPLOST VI Projects with 32K.docx, file_deleted; file_closed | SPLOST VI Projects with 32K.docx, file_deleted; file_clos |
| 403 | 08/06/2019, 00:04:07.328, SPLOST VI Request To Admin (Orginal for review).docx, file_deleted; file_closed | SPLOST VI Request To Admin (Orginal for review).docx, fil |
| 404 | 08/06/2019, 00:04:07.625, SPLOST VI Request To Admin (Orginal for review).docx, file_deleted; file_closed | SPLOST VI Request To Admin (Orginal for review).docx, fil |
| 405 | 08/06/2019, 00:04:08.188, SPLOST VI Request To Admin (Orginal for review).docx, file_deleted; file_closed | SPLOST VI Request To Admin (Orginal for review).docx, fil |
| 406 | 08/06/2019, 00:04:06.266, SPLOST VI Update Oct 3, 2014.pptx, file_deleted; file_closed | SPLOST VI Update Oct 3, 2014.pptx, file_deleted; file_cl |
| 407 | 08/06/2019, 00:04:07.625, SPLOST VI Updated Meeting 2 May 2014.rtf, file_deleted; file_closed | SPLOST VI Updated Meeting 2 May 2014.rtf, file_deleted; f |
| 408 | 08/06/2019, 00:04:08.141, SPLOST VI, file_deleted; file_closed | **SPLOST VI, file_deleted; file_closed** |
| 409 | 08/06/2019, 00:04:01.765, SPLOST VI.xls, file_deleted; file_closed | SPLOST VI.xls, file_deleted; file_closed |

Remaining Potentially Relevant Deleted files

## Remaining Potentially Relevant Deleted files

| Original Number | Original Deleted file name | File name without date and time stamp |
|---|---|---|
| 237 | | **Summary Totals from bottom** |
| 410 | 08/06/2019, 00:04:06.422, SPLOST VI.xls, file_deleted; file_closed | SPLOST VI.xls, file_deleted; file_closed |
| 415 | 08/06/2019, 00:04:06.266, Spring Break Camp 2014.xlsx, file_deleted; file_closed | Spring Break Camp 2014.xlsx, file_deleted; file_closed |
| 416 | 08/06/2019, 00:04:08.547, Spring Break Camp 2014.xlsx, file_deleted; file_closed | Spring Break Camp 2014.xlsx, file_deleted; file_closed |
| 417 | 08/06/2019, 00:04:08.703, Spring Break Camp 2015.xlsx, file_deleted; file_closed | Spring Break Camp 2015.xlsx, file_deleted; file_closed |
| 418 | 08/06/2019, 00:04:08.719, Spring Break Camp 2015.xlsx, file_deleted; file_closed | Spring Break Camp 2015.xlsx, file_deleted; file_closed |
| 422 | 08/06/2019, 00:04:08.547, Spring Break Registration 2014.doc, file_deleted; file_closed | Spring Break Registration 2014.doc, file_deleted; file_c |
| 423 | 08/06/2019, 00:04:08.703, Spring Break Registration 2015.doc, file_deleted; file_closed | Spring Break Registration 2015.doc, file_deleted; file_c |
| 424 | 08/06/2019, 00:04:08.734, Spring Break Registration 2015.doc, file_deleted; file_closed | Spring Break Registration 2015.doc, file_deleted; file_c |
| 425 | 08/06/2019, 00:03:53.169, Summer Camp - The Early Years.JPG, file_deleted; file_closed | Summer Camp - The Early Years.JPG, file_deleted; file_clo |
| 426 | 08/06/2019, 00:04:08.688, Summer Camp 2014, file_deleted; file_closed | **Summer Camp 2014, file_deleted; file_closed** |
| 427 | 08/06/2019, 00:04:08.719, Summer Camp 2015, file_deleted; file_closed | **Summer Camp 2015, file_deleted; file_closed** |
| 428 | 08/06/2019, 00:04:08.703, Summer Camp 2015.xlsx, file_deleted; file_closed | Summer Camp 2015.xlsx, file_deleted; file_closed |
| 429 | 08/06/2019, 00:04:08.734, Summer Camp 2015.xlsx, file_deleted; file_closed | Summer Camp 2015.xlsx, file_deleted; file_closed |
| 430 | 08/06/2019, 00:04:08.734, Summer Camp 2016, file_deleted; file_closed | **Summer Camp 2016, file_deleted; file_closed** |
| 433 | 08/06/2019, 00:04:08.734, Summer Camp Flyer 2016.doc, file_deleted; file_closed | Summer Camp Flyer 2016.doc, file_deleted; file_closed |

Remaining Potentially Relevant Deleted files

| Original Number | Original Deleted file name | File name without date and time stamp |
|---|---|---|
| 237 | | **Summary Totals from bottom** |
| 435 | 08/06/2019, 00:04:08.719, Summer Camp Registration 2015.doc, file_deleted; file_closed | Summer Camp Registration  2015.doc, file_deleted; file_cl |
| 436 | 08/06/2019, 00:04:08.734, Summer Camp Registration 2015.doc, file_deleted; file_closed | Summer Camp Registration  2015.doc, file_deleted; file_cl |
| 437 | 08/06/2019, 00:04:08.391, Summer Camp Update (2).docx, file_deleted; file_closed | Summer Camp Update (2).docx, file_deleted; file_closed |
| 438 | 08/06/2019, 00:04:08.391, Summer Camp Update.docx, file_deleted; file_closed | Summer Camp Update.docx, file_deleted; file_closed |
| 439 | 08/06/2019, 00:04:08.563, Summer Camp Update.docx, file_deleted; file_closed | Summer Camp Update.docx, file_deleted; file_closed |
| 440 | 08/06/2019, 00:03:53.169, Summer Camp, file_deleted; file_closed | **Summer Camp, file_deleted; file_closed** |
| 442 | 08/06/2019, 00:04:00.609, Supply Expense Log.XLS, file_deleted; file_closed | Supply Expense Log.XLS, file_deleted; file_closed |
| 446 | 08/06/2019, 00:04:08.719, Swimming Field Trips 2015.doc, file_deleted; file_closed | Swimming Field Trips 2015.doc, file_deleted; file_closed |
| 447 | 08/06/2019, 00:04:08.734, Swimming Field Trips 2015.doc, file_deleted; file_closed | Swimming Field Trips 2015.doc, file_deleted; file_closed |
| 452 | 08/06/2019, 00:04:00.281, Work Orders, file_deleted; file_closed | **Work Orders, file_deleted; file_closed** |
| 453 | 08/06/2019, 00:04:10.266, Work Orders, file_deleted; file_closed | **Work Orders, file_deleted; file_closed** |
| 454 | 08/06/2019, 00:04:08.391, Work Schedule (2).docx, file_deleted; file_closed | Work Schedule (2).docx, file_deleted; file_closed |
| 455 | 08/06/2019, 00:04:08.516, Work Schedule.docx, file_deleted; file_closed | Work Schedule.docx, file_deleted; file_closed |
| 237 | | Totals |

Note: Bolded items are folders.