| | |
|---|---|
| DEFENDANT'S EXHIBIT NO. | 4 |
| CASE NO. | CR 121-048 |
| | USA vs. Sammie Lee Sias |
| MARKED FOR IDENTIFICATION | 07/25/2022 |
| FILED IN EVIDENCE | 07/25/2022 |
| JOHN E. TRIPLETT, ACTING CLERK | |

## JAMESTOWN COMMUNITY CENTER
## SPLOST VI CAPITAL IMPROVEMENT PROJECTS
## 3647 KARLEEN ROAD
## HEPHZIBAH, GEORGIA 30815

Invoice# 2014-007            Lectern

Sandridge Community Association, Inc.
3647 Karleen Road
Hephzibah, Georgia 30815
Tel: 706-840-5240
Fax: 706-790-1805

Scope of Work:    Lectern with PA system

Estimated Cost:        $1,000.00

**Amount Approved:**    $1,000.00

Specifications:

- Cherry grain exterior
- Remote microphone
- Cord microphone
- Cordless microphone

Date Completed            20 May 2014

Signature:    _____
              Willa Hilton, SPLOST VI Project Treasurer

Signature:    _____
              Sammie L. Sias, President, Sandridge Community
              Association, Inc.

31-007