

08.29.2008  12:25