

08.15.2008 11:26