
LOADALL