AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)      Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Augusta Division

FILED U.S. DISTRICT COURT AUGUSTA DIV.
24 JAN 24 PM 4:48
CLERK
SO. DIST OF GA.

United States of America
v.
Sammie Lee Sias

Case No: 1:21CR00048-1

USM No: 58458-509

Date of Original Judgment: June 20, 2023
Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

Jesse Weatherspoon Owen
*Defendant's Former Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __36__ months **is reduced to** __30 months *__.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

* This term is comprised of 30 months as to each of Counts 1 and 2, to be served concurrently.

Except as otherwise provided, all provisions of the judgment dated __June 20, 2023__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 1/24/2024

Judge's signature

J. Randal Hall, Chief Judge
United States District Court
Southern District of Georgia
*Printed name and title*

Effective Date: February 1, 2024
*(if different from order date)*