# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 1:21-CR-048 |
| | ) | |
| **SAMMIE LEE SIAS** | ) | |
| | ) | |

## ORDER

Before the Court is the Government's Motion pursuant to 28 U.S.C. § 2044 to pay the criminal monetary penalties owed by the Defendant from the money deposited in the Court's Registry as an Appearance Bond.

After careful consideration, the Court **GRANTS** the Government's Motion. The Clerk is DIRECTED to withdraw, pursuant to 28 U.S.C. § 2042, the sum of $5,000.00 deposited with the Court by or on behalf of the Defendant as an Appearance Bond in this case, and apply it to the criminal monetary penalties in the above captioned case.

**SO ORDERED**, this _____ day of _____, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA