# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12208

_____

UNITED STATES OF AMERICA,

                                                          Plaintiff-Appellee,

*versus*

SAMMIE LEE SIAS,

                                                          Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 1:21-cr-00048-JRH-BKE-1

_____

JUDGMENT

2                                                                                         23-12208

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 5, 2024

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: August 5, 2024