IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff-Appellee, | ) |
| | ) |
| vs. | )   Case No. CR121-048-001 |
| | ) |
| | ) |
| SAMMIE LEE SIAS, | ) |
| | ) |
| Defendant-Appellant. | ) |

## O R D E R

The judgment in the above-styled action having been affirmed by the United States Court of

Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the judgment of the United States Court of Appeals for the

Eleventh Circuit is made the judgment of this Court.

**SO ORDERED**, this _____ day of August, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA