**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

UNITED STATES OF AMERICA     *

                  *

    v.               *     CR 121-048

                  *

SAMMIE LEE SIAS       *

---

**O R D E R**

---

Presently before the Court is Defendant Sammie Lee Sias's motion for early termination of supervised release. Sias was sentenced to serve 36 months imprisonment followed by three years of supervised release upon his convictions for destruction, alteration, or falsification of records in a federal investigation and false statement or representation to a federal agency. The Court also imposed a $5000 fine and $200 special assessment.

On February 11, 2025, Sias was released from custody to begin his supervised release term under the supervision of the United States Probation Office in this district. During his time on supervised release, Sias has complied with all conditions and has paid his financial penalties in full. While Sias's adjustment to supervision has been favorable, he has completed less than half of his supervisory term. For this reason, both the United States

Probation Office and the United States Attorney's Office oppose his motion.

Upon consideration of the foregoing, the Court finds that continuation of Sias's supervised release would benefit not only the community at large but Sias himself. Accordingly, Defendant Sammie Lee Sias's motion for early termination of supervised release (doc. 147) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this _18th_ day of May, 2026.

 

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA